# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>      Defendants. | No. 2:23-cv-04900-JAK-BFM<br><br>**ORDER RE STIPULATION TO STAY DEADLINE TO RESPOND TO COMPLAINT PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL (DKT. 16)** |

Based on a review of the parties' Stipulation to Stay Deadline to Respond to Complaint Pending Appointment of Lead Plaintiff and Lead Counsel (Dkt. 16, the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1. Defendants shall not be required to answer, move, or otherwise respond to the Complaint until after a Lead Plaintiff and Lead Counsel are appointed and have had the opportunity to file a consolidated amended complaint or designate the Complaint as the operative complaint.

2. Within 14 days following entry of the Court's order appointing Lead Plaintiff and Lead Counsel, counsel for Lead Plaintiff and Defendants shall meet and confer regarding, and submit to the Court, a deadline for Lead Plaintiff to file a consolidated amended complaint or designate the Complaint as the operative complaint, a deadline to respond to such complaint, and a briefing schedule for any motion(s) to dismiss such complaint.

3. By entering into this Stipulation, the parties do not waive, but rather expressly preserve, all rights and defenses they may have in this action, including, without limitation, any jurisdictional or other defenses Defendants may have.

 **IT IS SO ORDERED.**

 DATED: __July 24, 2023_____    _____
                                        John A. Kronstadt
                                        United States District Judge

1