UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated, | No. 2:23-cv-04900-JAK (BFMx) |
| Plaintiff, | **ORDER RE JOINT STIPULATION CONTINUING HEARING DATE (DKT. 53)** |
| v. | |
| GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN, | |
| Defendants. | |

1

Based on a review of the parties' Joint Stipulation Continuing Hearing Date (the "Stipulation" (Dkt. 53)) and the Declaration of Joshua Baker (Dkt. 53-1), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED-IN-PART**, as follows:

1.  The hearing date for Defendant's Motion to Dismiss (Dkt. 49), currently scheduled for April 1, 2024, is continued to June 3, 2024, at 8:30 a.m.

2.  By no later than 14 days after completing the mediation (*i.e.,* May 3, 2024), the Parties shall file a joint report which informs the Court whether the parties have reached a proposed settlement.

3.  If the parties have reached a proposed settlement, the joint report shall include a request to withdraw Defendant's Motion to Dismiss (Dkt. 49) and to vacate the June 3, 2024 hearing. It shall also include a proposed schedule for the settlement approval process.

4.  If the parties do not reach a proposed settlement, the joint report shall include the parties' collective and/or respective positions as to the procedural status of settlement discussions. It shall include the parties' position(s) as to whether the June 3, 2024 hearing on Defendant's Motion to Dismiss (Dkt. 49) should proceed, or be further continued to a different date proposed by the parties, to allow for further settlement efforts. The joint report shall not disclose the substance of any settlement discussions.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2