UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | No. 2:23-cv-04900-JAK (BFMx)<br><br>**ORDER RE JOINT STATUS REPORT (DKT. 56)** |

1

Based on a review of the parties' Joint Status Report (the "Stipulation" (Dkt. 56)), sufficient good cause has been shown for the requested relief.  Therefore, the Motion to Dismiss (Dkt. 49) is withdrawn without prejudice, and the hearing on the Motion to Dismiss presently scheduled for June 3, 2024 is vacated.

On or before June 17, 2024, Plaintiffs shall file a motion for preliminary approval of the settlement of the class action proceeding. A status conference as to that filing is set for June 24, 2024, at 10:00 a.m.; provided, however, if the motion is timely filed, the status conference will be taken off calendar and no appearances by counsel will be required.

**IT IS SO ORDERED.**

Dated: May 7, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2