# EXHIBIT A-1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LARRY BERGMANN, Individually and on behalf of all others similarly situated,

        Plaintiff,

        v.

GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,

        Defendants.

Case No. 2:23-cv-04900-JAK-BFM

Hon. John A. Kronstadt

- 1 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

## NOTICE OF PENDENCY AND PROPOSED
## SETTLEMENT OF CLASS ACTION

If you purchased GDS Holdings Limited ("GDS") American Depositary Shares ("ADS") during the period between July 13, 2020 and April 3, 2023, both dates inclusive ("Settlement Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice.  This is not attorney advertising.*

- If approved by the Court, the Settlement will provide $3,000,000 ("Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased GDS ADS during the Settlement Class Period.

- The approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is an average of $0.04 per damaged GDS ADS. This estimate is based on the assumptions set forth in the following two paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold GDS ADS, the purchase and sale prices, and the total number and amount of claims filed.

- Attorneys for Plaintiffs ("Lead Counsel") intend to ask the Court to award them fees of up to 30% of the Settlement Amount, or $900,000, reimbursement of litigation expenses of no more than $55,000, and an award to Plaintiffs not to exceed $6,000 in total. Collectively, the attorneys' fees and expenses and award to Plaintiffs are estimated to average $0.02 per damaged GDS ADS. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The Settlement represents an estimated average recovery of $0.06 per damaged GDS ADS for the approximately 49.4 million damaged ADS during the Settlement Class Period. ADS may have been traded more than once during the Settlement Class Period. This estimate solely reflects the average recovery per damaged share of GDS ADS. The indicated average recovery per share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share you should expect. Your actual recovery will

- 2 -

depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold ADS GDS, and the total number of claims filed.

- The Settlement resolves the Action concerning whether Defendants GDS, William Wei Huang, and Daniel Newman violated the federal securities laws by making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission or in other public statements to investors. Defendant GDS denies each and every claim and contention alleged in the Action and denies any misconduct or wrongdoing whatsoever, including by any of GDS's officers, directors, or employees.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN _____ __, 2024** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN _____ __, 2024** | Get no payment.  This is the only option that allows you to ever be part of any other lawsuit against Defendants about the legal claims in this case. |
| **OBJECT NO LATER THAN _____ __, 2024** | Write to the Court and explain why you object to the Settlement. |
| **GO TO A HEARING ON _____ __, 2024** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | Get no payment.  Give up rights. |

## INQUIRIES

**Please do not contact the Court regarding this Notice.**  All inquiries concerning this Notice, the Proof of Claim and Release Form ("Proof of Claim"), or any other questions by Settlement Class Members should be directed to:

- 3 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

| GDS Holdings Limited Securities Litigation<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson St., Ste. 205<br>Media, PA 19063<br>Tel:  866-274-4004<br>Fax:  610-565-7985<br>Email: info@strategicclaims.net | OR | Phillip Kim<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Tel: 212-686-1060<br>Fax: 212-202-3827<br>Email: philkim@rosenlegal.com |
| --- | --- | --- |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation").

- 4 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

**1.    Why did I get this Notice?**

You or someone in your family may have purchased GDS ADS between July 13, 2020 and April 3, 2023, both dates inclusive.

**2.    What is this lawsuit about?**

The case is known as *Bergmann v. GDS Holdings Limited, et al.,* Case No. 2:23-cv-04900-JAK-BFM (C.D. Cal.) ("Action"). The Action is pending in the United States District Court for the Central District of California.

The Action involves Plaintiffs' allegations that Defendants violated the federal securities laws by making false and misleading statements in GDS's filings with the U.S. Securities and Exchange Commission or other public statements to investors concerning, among other things, certain variable prepaid forward contracts entered into by GDS's CEO, William Wei Huang. The Complaint asserts that the alleged misrepresentations and omissions artificially inflated the price of GDS ADS, and that the price of the ADS dropped in response to certain subsequent disclosures. Defendant GDS has denied and continues to deny the allegations in the Complaint and all charges of wrongdoing or liability against GDS or any of its officers, directors, or employees. The Settlement shall in no event be construed as, or deemed to be evidence of, an admission or concession by Defendants with respect to any claim or any fault or wrongdoing or damage to the Settlement Class Members or any other person. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims.

**3.    Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

- 5 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

**4.      Why is there a Settlement?**

Plaintiffs and Defendant GDS do not agree regarding the merits of Plaintiffs' allegations and Defendant's defenses with respect to liability or the amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendant disagree include: (1) whether Defendants made any statements or omissions that were materially false or misleading or otherwise actionable under federal securities law; (2) whether any Defendants acted with scienter; (3) to the extent any statements or omissions were materially false or misleading, whether any subsequent disclosures corrected any prior false or misleading statements or omissions by Defendants; (4) the causes of the loss in the value of the stock; and (5) the amount of damages, if any, that could be recovered at trial.

This matter has not gone to trial. Instead, Plaintiffs and Defendant GDS have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses Defendant GDS would raise. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will prevail on Defendant GDS's motion to dismiss, whether they would be able to prevail on a motion for class certification, whether they would be able to prove their claims at trial, and whether they will be able to prove that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Plaintiffs were to win at trial, and also prevail on any appeal brought by Defendant GDS, Plaintiffs might not be able to collect some, or all, of any judgment the class would be awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Plaintiffs' allegations were eventually found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.      How do I know if I am part of the Settlement?**

The Settlement Class consists of those Persons who purchased GDS ADS between July 13, 2020 and April 3, 2023, both dates inclusive.

- 6 -

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; (b) Defendant GDS; the present and former officers and directors of GDS at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendant, or any person excluded under this subsection (b), has or had a majority ownership interest at any time; and (c) GDS's employee retirement plan(s) and/or benefit plan(s) including their participants and/or beneficiaries to the extent they purchased GDS ADS through any such plan(s). Also excluded from the Settlement Class are those persons or entities who file valid and timely requests for exclusion from the Settlement Class.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net/GDS, or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides that Defendant GDS pay $3,000,000 into a Settlement Fund. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Lead Counsel and any Award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Settlement Class Members who submit timely, valid Proofs of Claim.

- 7 -

**b.      What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold GDS ADS; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and any awards to Plaintiffs.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendants, the prices of GDS ADS were artificially inflated during the relevant period and that certain subsequent disclosures caused changes in the inflated price of GDS ADS. Defendant GDS has denied these allegations.

## **PROPOSED PLAN OF ALLOCATION**

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website: www.strategicclaims.net/GDS.

To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administrative Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. Six months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

**THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:**

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on their Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

Recognized Loss for the Company's ADS purchased during the Settlement Class Period shall be calculated as follows:

    A. For shares purchased and sold during the Settlement Class Period, the Recognized Loss per share shall be zero.

- 9 -

B.  For shares purchased during the Settlement Class Period and sold on April 4, 2023, the Recognized Loss shall be the *lesser* of: (1) $.66 per share[1]; or (2) the difference between the purchase price per share minus the sales price per share.

C. For shares purchased during the Settlement Class Period and sold during the period April 5, 2023 through July 3, 2023, inclusive, the Recognized Loss shall be the *lesser* of: (1) $1.01 per share; or (2) the difference between the purchase price per share and the average closing ADS price as of date of sale provided in Table B below.

D. For shares purchased during the Settlement Class Period and retained as of the close of trading on July 3, 2023, the Recognized Loss shall be the *lesser* of: (1) the $1.01 inflation per share; or (2) the purchase price per share minus $13.10 per share[2].

| INFLATION TABLE A | |
| --- | --- |
| ADS Purchased During the Settlement Class Period | |
| **Period** | **Inflation** |
| July 13, 2020  to April 3, 2023, inclusive | $1.01 per share |
| April 4, 2023 | $.35 per share |
| After April 4, 2023 | $0.00 per share |

**Table B**

| Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price |
| --- | --- | --- | --- | --- | --- |
| 4/5/2023 | $17.24 | $17.24 | 5/19/2023 | | |
| 4/6/2023 | $17.84 | $17.54 | 5/22/2023 | $10.71 | $14.54 |
| 4/10/2023 | $17.27 | $17.45 | 5/23/2023 | $10.50 | $14.42 |
| 4/11/2023 | $17.93 | $17.57 | 5/24/2023 | $10.29 | $14.30 |
| 4/12/2023 | $16.46 | $17.35 | 5/25/2023 | $10.21 | $14.19 |
| 4/13/2023 | $16.93 | $17.28 | 5/26/2023 | $10.16 | $14.08 |

[1]  As noted in Table A above, $.66 per share inflation represents the difference between the $1.01 inflation per share during the Settlement Class Period and the $.35 inflation per share on April 4, 2023.

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $13.10 per share was the mean (average) daily closing trading price of the Company's ADS during the 90-day period beginning on April 5, 2023 through and including July 3, 2023.

- 10 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

| Date | | | Date | | |
|---|---|---|---|---|---|
| 4/14/2023 | $16.62 | $17.18 | 5/30/2023 | $10.00 | $13.97 |
| 4/17/2023 | $17.16 | $17.18 | 5/31/2023 | $9.76 | $13.86 |
| 4/18/2023 | $17.66 | $17.23 | 6/1/2023 | $10.34 | $13.77 |
| 4/19/2023 | $16.85 | $17.20 | 6/2/2023 | $11.06 | $13.71 |
| 4/20/2023 | $16.36 | $17.12 | 6/5/2023 | $10.84 | $13.64 |
| 4/21/2023 | $16.09 | $17.03 | 6/6/2023 | $11.19 | $13.58 |
| 4/24/2023 | $15.70 | $16.93 | 6/7/2023 | $11.53 | $13.54 |
| 4/25/2023 | $14.81 | $16.78 | 6/8/2023 | $11.40 | $13.49 |
| 4/26/2023 | $14.91 | $16.66 | 6/9/2023 | $11.35 | $13.44 |
| 4/27/2023 | $15.51 | $16.58 | 6/12/2023 | $11.97 | $13.41 |
| 4/28/2023 | $15.53 | $16.52 | 6/13/2023 | $13.01 | $13.40 |
| 5/1/2023 | $15.41 | $16.46 | 6/14/2023 | $13.47 | $13.40 |
| 5/2/2023 | $13.80 | $16.32 | 6/15/2023 | $13.60 | $13.41 |
| 5/3/2023 | $13.72 | $16.19 | 6/16/2023 | $13.34 | $13.41 |
| 5/4/2023 | $14.11 | $16.09 | 6/20/2023 | $12.39 | $13.39 |
| 5/5/2023 | $14.74 | $16.03 | 6/21/2023 | $11.94 | $13.36 |
| 5/8/2023 | $14.74 | $15.97 | 6/22/2023 | $11.87 | $13.33 |
| 5/9/2023 | $13.75 | $15.88 | 6/23/2023 | $11.38 | $13.30 |
| 5/10/2023 | $12.87 | $15.76 | 6/26/2023 | $11.42 | $13.26 |
| 5/11/2023 | $11.47 | $15.60 | 6/27/2023 | $11.72 | $13.24 |
| 5/12/2023 | $11.01 | $15.43 | 6/28/2023 | $11.25 | $13.20 |
| 5/15/2023 | $11.57 | $15.29 | 6/29/2023 | $10.92 | $13.16 |
| 5/16/2023 | $10.40 | $15.12 | 6/30/2023 | $10.99 | $13.13 |
| 5/17/2023 | $10.22 | $14.96 | 7/3/2023 | $11.35 | $13.10 |
| 5/18/2023 | $10.20 | $14.80 | | | |

For purposes of calculating your Recognized Loss, the date of purchase or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of GDS ADS shall not be deemed a purchase or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim enclosed with this Notice, you must provide all your purchases of GDS ADS during the period from July 13, 2020 through and including July 3, 2023.

- 11 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Claimants. No person shall have any claim against Defendant GDS, GDS's Counsel, Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the Claimant's Proof of Claim. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.** **How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This form is attached to this Notice. You may also obtain this form on the Settlement website at www.strategicclaims.net/GDS. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/GDS by 11:59 p.m. EST on _____, 2024; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than _____, 2024, to the Claims Administrator at:

GDS Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax:  610-565-7985
info@strategicclaims.net

- 12 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10. What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the _____, 2024 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of GDS ADS during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase or sale of GDS ADS during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

**11. How do I exclude myself from the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Bergmann v. GDS Holdings Limited, et al.,* Case No. 2:23-cv-04900 (C.D. Cal.);" (B) states the date, number of shares and dollar amount of each GDS ADS purchase during the Settlement Class Period, and any sale transactions; and (C) states the number of shares of GDS ADS held by you as of the opening of trading on July 13, 2020 and the close of trading on June 30, 2023. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of GDS ADS during the Settlement Class Period, and (ii) demonstrating your status as a beneficial owner of the GDS ADS. Any such request for exclusion must be signed and submitted by you, as the beneficial

- 13 -

owner, under penalty of perjury. You must mail your exclusion request, to be received no later than _____ __, 2024, to the Claims Administrator at the following address:

GDS Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

**12.   If I do not exclude myself, can I sue the Defendants for the same thing later?**

No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.   Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.   How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance

- 14 -

of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed 30% of the Settlement Fund, or $900,000, for reimbursement of reasonable litigation expenses not to exceed $55,000, and an Award to Plaintiffs in an amount not to exceed $6,000 in total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I object to the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs, and that you think the Court should not approve any or all of the foregoing, by mailing a letter stating that you object to the Settlement in the matter of as *Bergmann v. GDS Holdings Limited, et al.,* Case No. 2:23-cv-04900 (C.D. Cal.). Be sure to include (1) your name, address, and telephone number; (2) a list of all purchases and sales of GDS ADS during the Settlement Class Period in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be received no later than _____ __, 2024:

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

Clerk of the Court
United States District Court
Central District of California
First Street Federal Courthouse
350 W. First Street, Suite 4311
Los Angeles, CA 90012

| LEAD COUNSEL: | COUNSEL FOR DEFENDANT GDS: |
|---|---|
| THE ROSEN LAW FIRM, P.A. | SIMPSON THACHER & BARTLETT LLP |
| Phillip Kim | |
| 275 Madison Avenue, 40th Floor | Alan C. Turner |
| New York, NY 10016 | 425 Lexington Avenue |
| | New York, NY 10017 |

**16.   What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.   When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on _____ __, 2024, at __:__ _.m. PT, at the U.S. District Court, Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 10C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Lead Counsel for attorneys' fees and expenses and how much to award to Plaintiffs.

- 16 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

**18.** **Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.** **What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Stipulation) ever again.

DATED: _____, 2024        _____

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

- 17 -

EXHIBIT A-1 TO STIPULATION OF SETTLEMENT; NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION