# EXHIBIT A-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>    Defendants. | Case No. 2:23-cv-04900-JAK-BFM<br><br>Hon. John A. Kronstadt<br><br><u>CLASS ACTION</u> |

**<u>SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT</u>**

- 1 -

**TO:    ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED AMERICAN DESPOSITORY SHARES ("ADS") OF GDS HOLDINGS LIMITED ("GDS") FROM JULY 13, 2020 THROUGH APRIL 3, 2023, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on _____, 2024, at _:__ _.m. PT before the Honorable John A. Kronstadt, United States District Judge of the United States District Court for the Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 10C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3) whether the application of Lead Counsel for an award of attorneys' fees of up 30% of the Settlement Amount, reimbursement of expenses of not more than $55,000, and an award of no more than $6,000 in total, to Plaintiffs should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation").

If you purchased GDS ADS during the period from July 13, 2020 through April 3, 2023, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in GDS ADS.

You may obtain copies of a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and the Proof of Claim and Release Form

- 2 -

EXHIBIT A-3 TO STIPULATION OF SETTLEMENT; SUMMARY NOTICE

("Proof of Claim"), by writing to or calling GDS Holdings Limited Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/GDS. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than _____, 2024, to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than _____, 2024.  All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than _____, 2024, by each of the following:

Clerk of the Court
United States District Court
Central District of California
First Street Federal Courthouse
350 W. First Street, Suite 4311
Los Angeles, CA 90012

EXHIBIT A-3 TO STIPULATION OF SETTLEMENT; SUMMARY NOTICE

<table>
<tr><td>LEAD COUNSEL:</td><td>COUNSEL FOR DEFENDANT:</td></tr>
<tr><td>THE ROSEN LAW FIRM, P.A.</td><td>SIMPSON THACHER & BARTLETT LLP</td></tr>
<tr><td>Phillip Kim</td><td></td></tr>
<tr><td>275 Madison Avenue, 40th Floor</td><td>Alan C. Turner</td></tr>
<tr><td>New York, NY 10016</td><td>425 Lexington Avenue</td></tr>
<tr><td></td><td>New York, NY 10017</td></tr>
</table>

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 2024

_____
BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

- 4 -

EXHIBIT A-3 TO STIPULATION OF SETTLEMENT; SUMMARY NOTICE