Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | Case No. 2:23-cv-4900-JAK (BFMx)<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date: August 26, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10C<br>Judge: Hon. John A. Kronstadt |

Lead Plaintiff KNA Family LLC ("KNA") and named plaintiff Larry Bergmann ("Plaintiffs"), individually and on behalf of the proposed settlement class, submit this Unopposed Motion for Preliminary Approval of Class Action Settlement.

PLEASE TAKE NOTICE that on August 26, 2024, or such date as determined by the Court, in the United States District Court for the Central District of California, Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes, appointing Plaintiffs as class representatives, and appointing The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing to determine whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and award to Plaintiffs. This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval, the Declaration of Laurence M. Rosen, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiffs make this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on June 10, 2024, during which Defendant's counsel advised that Defendant does not oppose this motion.

| | |
|---|---|
| Dated: June 17, 2024 | **THE ROSEN LAW FIRM, P.A.** |
| | |
| | */s/Laurence M. Rosen* |
| | Laurence M. Rosen (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | |
| | Joshua Baker (*pro hac vice*) |
| | 101 Greenwood Avenue, Suite 440 |
| | Jenkintown, PA 19046 |
| | Telephone: (215) 600-2817 |
| | Facsimile: (212) 202-3827 |
| | Email: jbaker@rosenlegal.com |
| | |
| | Phillip Kim (*pro hac vice* forthcoming) |
| | 275 Madison Avenue, 40th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 686-1060 |
| | Facsimile: (212) 202-3827 |
| | Email: philkim@rosenlegal.com |
| | |
| | *Lead Counsel for Plaintiffs* |
| | |
| | **THE SCHALL LAW FIRM** |
| | Brian Schall |
| | 2049 Century Park East, Suite 2460 |
| | Los Angeles, CA 90067 |
| | Phone: (310) 301-3335 |
| | Fax: (877) 590-0483 |
| | Email: brian@schallfirm.com |
| | |
| | *Additional Counsel for Plaintiffs* |

| | |
|---|---|
| 1 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | Ex Kano S. Sams II |
| 3 | Robert V. Prongay |
| 4 | 1925 Century Park East, Suite 2100 |
|   | Los Angeles, California 90067 |
| 5 | Telephone: (310) 201-9150 |
| 6 | Facsimile: (310) 201-9160 |
|   | Email: esams@glancylaw.com |
| 7 | Email: rprongay@glancylaw.com |
| 8 | |
| 9 | *Additional Counsel for Plaintiffs* |

- 4 -