# EXHIBIT A

**LODESTAR CHART**

| Attorney* | Hourly Rate | Hours | Lodestar |
|---|---|---|---|
| Phillip Kim (P) (2024) | $1,150.00 | 20.5 | $23,575.00 |
| Phillip Kim (P) (2023) | $975.00 | 20.1 | $19,597.50 |
| Joshua Baker (C) (2024) | $850.00 | 140.3 | $119,255.00 |
| Joshua Baker (A) (2023) | $725.00 | 91.9 | $66,627.50 |
| Erica Stone (C) (2024) | $850.00 | 5.6 | $4,760.00 |
| Erica Stone (C) (2023) | $800.00 | 0.6 | $480.00 |
| Henry Bloxenheim (A) (2024) | $450.00 | 15.1 | $6,795.00 |
| Ryan Hedrick (A) (2024) | $600.00 | 14.6 | $8,760.00 |
| Ryan Hedrick (A) (2023) | $550.00 | 3.1 | $1,705.00 |
| Ian McDowell (A) (2023) | $500.00 | 6.2 | $3,100.00 |
| **TOTALS:** | | **318.0** | **$254,655.00** |

* Partner (P), Counsel (C), Associate (A).