# EXHIBIT B

| Table 1 | | | |
|---|---|---|---|
| Task 1: Initial Investigation, Complaint, and Case Filing | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Phillip Kim (2023) Partner | $975.00 | 3.1 | $3,022.50 |
| Ian McDowell (2023) Associate | $500.00 | 2.9 | $1,450.00 |
| **Task 1 Sum:** | | **6.0** | **$4,472.50** |
| Task 2: Lead Plaintiff Motion and Appointment | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Phillip Kim (2023) Partner | $975.00 | 7.5 | $7,312.50 |
| Erica Stone (2023) Counsel | $800.00 | 0.3 | $240.00 |
| Ryan Hedrick (2023) Associate | $550.00 | 0.6 | $330.00 |
| Ian McDowell (2023) Associate | $500.00 | 3.3 | $1,650.00 |
| **Task 2 Sum:** | | **11.7** | **$9,532.50** |
| Task 3: Amended Complaint and Investigation | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Phillip Kim (2023) Partner | $975.00 | 5.4 | $5,265.00 |
| Joshua Baker (2023) Associate | $725.00 | 86.1 | $62,422.50 |
| **Task 3 Sum:** | | **91.5** | **$67,687.50** |
| Task 4: Motion to Dismiss | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Phillip Kim (2024) Partner | $1,150.00 | 0.3 | $345.00 |
| Joshua Baker (2024) Counsel | $850.00 | 101.5 | $86,275.00 |
| **Task 4 Sum:** | | **101.8** | **$86,620.00** |
| Task 5: Order to Show Cause | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Phillip Kim (2023) Partner | $975.00 | 0.4 | $390.00 |
| Joshua Baker (2023) Associate | $725.00 | 2.9 | $2,102.50 |
| Erica Stone (2023) Counsel | $800.00 | 0.3 | $240.00 |
| **Task 5 Sum:** | | **3.6** | **$2,732.50** |

| Task 6: Mediation | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Phillip Kim (2024) Partner | $1,150.00 | 10.2 | $11,730.00 |
| Joshua Baker (2024) Counsel | $850.00 | 20.9 | $17,765.00 |
| **Task 6 Sum:** | | **31.1** | **$29,495.00** |
| Task 7: Settlement | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Phillip Kim (2024) Partner | $1,150.00 | 4.3 | $4,945.00 |
| Phillip Kim (2023) Partner | $975.00 | 1.0 | $975.00 |
| Joshua Baker (2024) Counsel | $850.00 | 15.0 | $12,750.00 |
| Joshua Baker (2023) Associate | $725.00 | 0.5 | $362.50 |
| Erica Stone (2024) Counsel | $850.00 | 4.1 | $3,485.00 |
| Ryan Hedrick (2024) Associate | $600.00 | 14.6 | $8,760.00 |
| Henry Bloxenheim (2024) Associate | $450.00 | 15.1 | $6,795.00 |
| **Task 7 Sum:** | | **54.6** | **$38,072.50** |
| Task 8: Miscellaneous Court Filings and Administration | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Phillip Kim (2024) Partner | $1,150.00 | 5.7 | $6,555.00 |
| Phillip Kim (2023) Partner | $975.00 | 2.7 | $2,632.50 |
| Joshua Baker (2024) Counsel | $850.00 | 2.9 | $2,465.00 |
| Joshua Baker (2023) Associate | $725.00 | 2.4 | $1,740.00 |
| Erica Stone (2024) Counsel | $850.00 | 1.5 | $1,275.00 |
| Ryan Hedrick (2023) Associate | $550.00 | 2.5 | $1,375.00 |
| **Task 8 Sum:** | | **17.7** | **$16,042.50** |