# EXHIBIT C

| Table 2 | | | | |
|---|---|---|---|---|
| **Attorney** | **Rate** | \
colspan HOURS BY TASK | | **TOTALS** |
| | | **Task** | **Total Hours Spent by Attorney on Task** | |
| Phillip Kim (2024) Partner | $1,150.00 | Motion to Dismiss | 0.3 | **Hours: 20.5** **Amount: $23,575.00** |
| | | Mediation | 10.2 | |
| | | Settlement | 4.3 | |
| | | Miscellaneous Court Filings and Administration | 5.7 | |
| Phillip Kim (2023) Partner | $975.00 | Initial Investigation, Complaint, and | 3.1 | **Hours: 20.1** **Amount: $19,597.50** |
| | | Lead Plaintiff Motion and Appointment | 7.5 | |
| | | Amended Complaint and Investigation | 5.4 | |
| | | Order to Show Cause | 0.4 | |
| | | Settlement | 1.0 | |
| | | Miscellaneous Court Filings and Administration | 2.7 | |
| Joshua Baker (2024) Counsel | $850.00 | Motion to Dismiss | 101.5 | **Hours: 140.3** **Amount: $119,255.00** |
| | | Mediation | 20.9 | |
| | | Settlement | 15 | |
| | | Miscellaneous Court Filings and Administration | 2.9 | |
| Joshua Baker (2023) Associate | $725.00 | Amended Complaint and Investigation | 86.1 | **Hours: 91.9** **Amount: $66,627.50** |
| | | Order to Show Cause | 2.9 | |
| | | Settlement | 0.5 | |
| | | Miscellaneous Court Filings and Administration | 2.4 | |
| Erica Stone (2024) Counsel | $850.00 | Settlement | 4.1 | **Hours: 5.6** **Amount: $4,760.00** |
| | | Miscellaneous Court Filings and Administration | 1.5 | |

| | | | | |
|---|---|---|---|---|
| Erica Stone (2023) Counsel | $800.00 | Lead Plaintiff Motion and Appointment | 0.3 | **Hours: 0.6** **Amount: $480.00** |
| | | Order to Show Cause | 0.3 | |
| Henry Bloxenheim (2024) Associate | $450.00 | Settlement | 15.1 | **Hours: 15.1** **Amount: $6,795.00** |
| Ryan Hedrick (2024) Associate | $600.00 | Settlement | 14.6 | **Hours: 14.6** **Amount: $8,760.00** |
| Ryan Hedrick (2023) Associate | $550.00 | Lead Plaintiff Motion and Appointment | 0.6 | **Hours: 3.1** **Amount: $1,705.00** |
| | | Miscellaneous Court Filings and Administration | 2.5 | |
| Ian McDowell (2023) Associate | $500.00 | Initial Investigation, Complaint, and | 2.9 | **Hours: 6.2** **Amount: $3,100.00** |
| | | Lead Plaintiff Motion and Appointment | 3.3 | |