# EXHIBIT D

| EXPENSE REPORT | |
|---|---|
| **Category** | **Amount** |
| Financial Expert Fees | $2,981.50 |
| Investigator Fees | $5,000.00 |
| Online Legal Research and Document Retrieval Fees | $705.93 |
| Court Filing and Courtesy Copy Fees | $598.73 |
| *Pro Hac Vice* and Certificate of Good Standing Fees | $515.42 |
| Mediation Fees | $14,737.50 |
| Postage and FedEx Fees | $52.37 |
| Service of Process and Translation Fees | $1,157.70 |
| Press Releases and Notice to Class Members Fees | $12,377.00 |
| Travel, Transportation, Hotels, and Meals Fees | $67.27 |
| **TOTAL EXPENSES** | **$38,193.42** |