CHET A. KRONENBERG (SBN 222335)
ckronenberg@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

ALAN C. TURNER (*pro hac vice*)
aturner@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

STEPHEN P. BLAKE (SBN 260069)
sblake@stblaw.com
BO BRYAN JIN (SBN 278990)
bryan.jin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Counsel for Defendant GDS Holdings Limited*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY BERGMANN, Individually on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | Case No.  2:23-cv-4900-JAK<br><br>**DECLARATION OF BO BRYAN JIN REGARDING DEFENDANT'S COMPLIANCE WITH CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**<br><br>Judge:  Hon. John A. Kronstadt |

I, Bo Bryan Jin, declare as follows:

1.      I am a partner at the law firm Simpson Thacher & Bartlett LLP and counsel for Defendant GDS Holdings Limited ("GDS").  I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2.      On June 17, 2024, Plaintiffs filed a motion seeking preliminary approval of the proposed settlement of this action.  *See* Dkt. 61.

3.      On June 27, 2024, pursuant to the Class Action Fairness Act (CAFA), 28 U.S.C. § 1715, counsel for GDS served notice of the proposed settlement (the "CAFA Notice"), together with a compact disc containing the documents and information required by 28 U.S.C. § 1715 to the extent known as of the date of service, on the United States Attorney General and the Attorneys General of each state in the United States, the District of Columbia, American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, and the Virgin Islands via United States mail.

4.      Attached as **Exhibit A** is a true and correct copy of the CAFA Notice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 8, 2024 in Palo Alto, California.

*/s/ Bo Bryan Jin*
Bo Bryan Jin

Declaration of Bo Bryan Jin Regarding CAFA Compliance                                      2:23-cv-4900-JAK

2