Exhibit A

# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017

_____

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2472

E-mail Address
aturner@stblaw.com

June 27, 2024

VIA U.S. MAIL

The U.S. Attorney General
All U.S. State Attorneys General
Addresses Annexed Hereto

Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear Sir or Madam:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, please find enclosed information relating to the proposed settlement of the following matter:

| | |
|---|---|
| **Case Caption:** | *Larry Bergmann v. GDS Holdings Limited et al.* |
| **Case Number:** | 2:23-cv-4900-JAK |
| **Jurisdiction:** | United States District Court, Central District of California |
| **Date Settlement Filed with Court:** | June 17, 2024 |

This Notice is being sent on behalf of defendant GDS Holdings Limited ("GDS"), following Plaintiff's filing of the parties' Stipulation of Settlement for the above-captioned lawsuit in the United States District Court for the Central District of California on June 17, 2024 (ECF 60).

Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the (i) *Complaint for Violations of the Securities Exchange Act of 1934 (Larry Bergmann v. GDS Holdings Limited et al.*, 2:23-cv-4900-JAK (C.D.Cal.)) and (ii) *Amended Complaint for Violations of the Securities Exchange Act of 1934 (Larry Bergmann v. GDS Holdings Limited et al.*, 2:23-cv-4900-JAK (C.D. Cal.)) are included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** A *Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement* has been filed with the Court seeking a Fairness Hearing to be held on August 26, 2024 at 8:30 a.m. before the Honorable John A. Kronstadt.  A copy of the *Notice* is included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Notice of Pendency and Proposed Settlement of Class Action*, *Proof of Claim and Release Form*, and *Summary Notice of Pendency and Proposed Class Action Settlement* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Stipulation of Settlement* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** A copy of the *Supplemental Agreement* is included on the enclosed CD.  The enclosed copy is redacted and does not disclose the Opt-Out Threshold, as defined in the *Supplemental Agreement*. Please contact the undersigned if you wish to learn of the specific Opt-Out Threshold amount.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of today with respect to the Defendant, nor have any Notices of Dismissal been granted as to the Defendant.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each state of residence is not available nor is it feasible to produce, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the settlement is preliminarily approved and the Court authorizes dissemination of information about the settlement through the Class Notice.  Further, it is not feasible to provide any estimated proportionate share of the claims of such members to the entire settlement.  Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is not feasible to provide any meaningful estimation of the size of the class nor the estimated proportionate share of the claims of such members to the entire settlement.  Defendant does not have an independent basis to provide a reasonable estimate of the number of class members residing in each state or the estimated proportionate share of the claims of such member to the entire settlement.

The foregoing information is provided based on information currently available to the Defendant and its counsel, and reflects the status of the proceedings at the time of the mailing of this Notice.  If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that the Defendant and its counsel can address any concerns or questions you may have.

Thank you.

2

Sincerely,

/s/ Alan C. Turner
Alan C. Turner

Attorney for GDS Holdings Limited

Enclosure – CD ROM