Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN, <br><br> Defendants. | Case No. 2:23-cv-04900-JAK (BFMx) <br><br> **DECLARATION OF PHILLIP KIM RE: REQUEST TO APPEAR REMOTELY FOR AUGUST 26, 2024 PRELIMINARY APPROVAL HEARING** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: John A. Kronstadt <br> HEARING: August 26, 2024 <br> TIME: 8:30 a.m. <br> CTRM: 10C |

1

DECLARATION OF PHILLIP KIM RE: REQUEST TO APPEAR REMOTELY FOR AUGUST 26, 2024
PRELIMINARY APPROVAL HEARING
2:23-cv-04900-JAK (BFMx)

I, Phillip Kim, declare:

1.    I am an attorney duly licensed to practice in New York and various federal courts throughout the country. I have filed a *pro hac vice* application in this action. Dkt. No. 67. I am a Partner at The Rosen Law Firm, P.A., counsel for Lead Plaintiff KNA Family LLC and named plaintiff Larry Bergmann (collectively, "Plaintiffs").

2.    I am submitting this request for Lead Counsel for Plaintiffs to appear remotely at the August 26, 2024 hearing on the Settlement Approval of Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Motion"), set for August 26, 2024 at 08:30 a.m. in Courtroom 10C. Dkt. No. 61.

3.    The Preliminary Approval Motion is unopposed. Dkt. No. 66.

4.    Lead Counsel for Plaintiffs are out of state, and the Preliminary Motion is unopposed. As such, Lead Counsel for Plaintiffs respectfully request to be allowed to appear remotely at the Preliminary Approval Motion hearing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2024

/s/ Phillip Kim

DECLARATION OF PHILLIP KIM RE: REQUEST TO APPEAR REMOTELY FOR AUGUST 26, 2024
PRELIMINARY APPROVAL HEARING
2:23-cv-04900-JAK (BFMx)

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 20, 2024, I electronically filed the following **DECLARATION OF PHILLIP KIM RE: REQUEST TO APPEAR REMOTELY FOR AUGUST 26, 2024 PRELIMINARY APPROVAL HEARING** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 20, 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF PHILLIP KIM RE: REQUEST TO APPEAR REMOTELY FOR AUGUST 26, 2024 PRELIMINARY APPROVAL HEARING
2:23-cv-04900-JAK (BFMx)