UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>       Defendants. | Case No. 2:23-cv-04900-JAK (BFMx)<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR REMOTELY AT THE AUGUST 26, 2024 PRELIMINARY APPROVAL HEARING**<br><br><u>CLASS ACTION</u><br><br>JUDGE: John A. Kronstadt<br>HEARING: August 26, 2024<br>TIME:  8:30 a.m.<br>CTRM: 10C |

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The above Request having been considered and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Request of Phillip Kim, Esq., Counsel for Lead Plaintiff KNA Family LLC and Plaintiff Larry Bergmann ("Plaintiffs") to appear remotely for the hearing  on the Settlement Approval of Unopposed Motion for Preliminary Approval of Class Action Settlement, scheduled for 08:30 a.m. on August 26, 2024.

Counsel for Plaintiffs shall use the Zoom link posted on the Court's website at: https://www.cacd.uscourts.gov/honorable-john-kronstadt

IT IS SO ORDERED:

DATED: _____, 2024          _____
                                       HON.  JOHN A. KRONSTADT
                                       UNITED STATES DISTRICT JUDGE