UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | No. 2:23-cv-04900-JAK (BFMx)<br><br>**ORDER RE: REQUEST TO APPEAR REMOTELY FOR AUGUST 26, 2024 PRELIMINARY APPROVAL HEARING (DKT. 68)** |

1

Based on a review of the Declaration of Phillip Kim re: Request to Appear Remotely For August 26, 2024 Preliminary Approval Hearing, sufficient good cause as been shown and the request to appear remotely is **GRANTED**, as follows:

Phillip Kim, Esq. shall appear remotely at the hearing on the Settlement Approval of Unopposed Motion for Preliminary Approval of Class Action Settlement, presently scheduled for 8:30 a.m. on August 26, 2024. Counsel is directed to refer to the Court's Procedures and Schedules page found on the website for the United States District Court for Zoom webinar information.

**IT IS SO ORDERED.**

DATED: August 21, 2024

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2