UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV23-04900 JAK (BFMx) | Date | August 26, 2024 |
| Title | Larry Bergmann v. GDS Holdings Limited, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| T. Jackson | Phyllis Preston (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Phillip Kim (video) | Bo Jin (video) |

**Proceedings:** **PLAINTIFFS' MOTION FOR SETTLEMENT APPROVAL OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 61)**

The hearing is held via Zoom Webinar. Counsel appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant Plaintiffs' Motion for Settlement Approval of Unopposed Motion for Preliminary Approval of Class Action Settlement at Dkt. 61 (the "Motion") with certain modifications and subject to the submission of additional information. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court sets the following dates, assuming that the Motion is granted, or granted in part:

September 4, 2024:    Plaintiff's file supplemental briefing and supporting evidence as to the Motion

October 7, 2024:    Expected date for the issuance of an Order on the Motion

December 30, 2024:    Deadline for Plaintiffs to file Motion for Final Approval of Class Action Settlement, Motion for Attorney's Fees and Costs

January 27, 2025:    Final Approval Hearing

The Court vacates the order requiring status reports (Dkt. 46).

Plaintiff shall file the following on or before September 4, 2024, to supplement the briefing on the Motion:

1. Evidence to support of the requested approval of $300,000 in administrative costs;
2. Evidence to support the reasonableness of the total amount of the settlement, including a copy of the report by the Plaintiffs' expert that is cited in the current briefing in support of the Motion;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV23-04900 JAK (BFMx) | Date | August 26, 2024 |
|---|---|---|---|
| Title | Larry Bergmann v. GDS Holdings Limited, et al. | | |

3. A statement as to the method(s) that the administrator will use to determine, and/or locate records to determine, the purchase of shares by putative class members; and

4. Whether the designated portion(s), if any, of the gross settlement amount that are not approved by the Court as to attorney's fees and/or incentive awards, will be returned to the gross settlement amount for allocation among members of the class, and/or will revert to the Defendant(s).

5. Whether the amounts that would have been paid to members of the class who cannot be located, who do not submit applications for recovery, or who opt out of the settlement, will be returned to the gross settlement amount for allocation among members of the class, and/or will revert to the Defendant(s).

The Court states the tentative view that, with respect to the Motion, it will approve an award of attorney's fees within the range of $750,000 and $900,000, based on the supplemental information that is submitted in support of a motion for final approval. This shall include a basis for the hourly rates that have been presented in connection with the lodestar analysis.

The Court states the tentative view that, with respect to the Motion, it will approve incentive awards within the range of $3000 and $6000, based on the supplemental information that is submitted in support of a motion for final approval. This shall include the time spent by each of the named Plaintiffs as well as the work that each performed.

**IT IS SO ORDERED.**

|  | : | 29 |
|---|---|---|
| Initials of Preparer | TJ | |