Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | Case No. 2:23-cv-4900-JAK (BFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS**<br><br>CLASS ACTION<br><br>Date: February 10, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10C<br>Judge: Hon. John A. Kronstadt |

- 1 -
NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS; 2:23-cv-4900-JAK (BFMx)

**PLEASE TAKE NOTICE** that pursuant to the Amended Order Re: Plaintiffs' Motion for Preliminary Approval of Class Action, entered on October 9, 2024 (Dkt. No. 76), on February 10, 2025 at 8:30 a.m., before the Honorable John A. Kronstadt, United States District Judge for the Central District of California, 350 W. 1st Street, Courtroom 10C, 10th Floor, Los Angeles, California 90012, Lead Plaintiff KNA Family, LLC and named plaintiff Larry Bergmann ("Plaintiffs") will and hereby do move this Court for entry of an order awarding: (i) attorneys' fees of 25% of the Settlement Amount; (ii) expense reimbursement of $40,957.14; and (iii) an award of $3,400 in total to Plaintiffs.

Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of the Motion for Award of Attorneys' Fees and Expenses and Awards to Plaintiffs, the Declaration of Laurence M. Rosen and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Pursuant to Local Rule 7-3, Plaintiffs have conferred with Defense Counsel who do not take a position on this motion.

Respectfully submitted,

Dated: December 30, 2024

**THE ROSEN LAW FIRM, P.A.**

By: */s/Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046

- 2 -

Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jbaker@rosenlegal.com

Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Lead Counsel for Plaintiffs*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Additional Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Ex Kano S. Sams II
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com
Email: rprongay@glancylaw.com

*Additional Counsel for Plaintiffs*

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS; 2:23-cv-4900-JAK (BFMx)