# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | Case No. 2:23-cv-04900-JAK-BFM<br><br>Hon. John A. Kronstadt<br><br><u>CLASS ACTION</u> |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING/EMAILING OF THE NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR <u>EXCLUSION AND OBJECTIONS</u>**

I, Josephine Bravata, declare as follows:

1. I am the Director of Quality Assurance at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## MAILING/EMAILING OF THE NOTICE

2.      Pursuant to the Stipulation of Settlement, dated June 14, 2024 (Dkt. No. 60, the "Stipulation") and the Court's Amended Order Re Plaintiff's Motion for Preliminary Approval of Class Action, dated October 9, 2024 (Dkt. No. 76, the "Preliminary Approval Order"), SCS was retained as Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the Settlement of the above-captioned action.   I submit this declaration in order to provide the Court and the Parties information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      To provide actual notice to those persons and entities that purchased GDS Holdings Limited ("GDS") publicly traded American Depositary Shares ("ADS") during the period between July 13, 2020 and April 3, 2023, both dates inclusive (the "Settlement Class Period"), SCS printed and mailed the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release Form ("Proof of Claim") (collectively, the "Notice and Proof of Claim") to potential members of the Settlement Class.   A true and correct copy of the Notice and Proof of Claim is attached as **Exhibit A**.

4.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers/owners whose

2

securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers/owners.  The names, last-known addresses, and/or email addresses of these beneficial purchasers/owners are known only to the nominees.  SCS maintains a proprietary master list consisting of 1,038 banks and brokerage companies ("Nominee Account Holders"), as well as 1,266 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On October 17, 2024 SCS caused a letter to be mailed or e-mailed to the 2,304 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either request copies of the Notice and Proof of Claim or the direct link to the Notice and Proof of Claim then mail or email the Notice and Proof of Claim to their customers who may be beneficial purchasers/owners within 10 calendar days after receiving the copies or link or provide SCS with a list of the names, last-known mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly either mail the Notice and Proof of Claim or email a link to the Notice and Proof of Claim directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit B**.

5. On November 7, 2024, SCS received DTC Participant lists from Defense Counsel, Simpson Thacher & Bartlett LLP. SCS formatted the lists and either added the addresses from SCS's list of Nominee Account Holders and Institutional Groups or researched the addresses for the mailing. There were 24 DTC Participants not on SCS's list of Nominee Account Holders and Institutional Groups; therefore, a nominee letter was mailed to them on November 8, 2024. SCS then mailed, by first class mail, postage prepaid, the Notice and Proof of Claim to 201 DTC Participants identified in the records that were provided to SCS by Defense Counsel. This mailing was completed on November 8, 2024.

6. Following these mailings, SCS received 10,601 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Notice and Proof of Claim be mailed by SCS, SCS received requests from two nominees for 14,620 Notice and Proof of Claims so that the nominees could forward them to their clients, and SCS also received notice that two nominees printed and mailed their 671 clients the Notice and Proof of Claim. To date, 26,093 Notice and Proof of Claims were mailed to potential Settlement Class Members.

7. Additionally, SCS emailed 13,526 links to the Notice and Proof of Claim upon the request of nominees, and SCS was notified by a nominee that they

emailed 16,316 of their clients to notify them of this settlement and provide a direct link to the Notice and Proof of Claim on the settlement webpage.

8. In total, 55,935 potential Settlement Class Members were notified either by mailed Notice and Proof of Claim or emailed a direct link to the Notice and Proof of Claim.

9. Out of the 26,093 Notice and Proof of Claims mailed by SCS or a nominee, 353 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 24, and SCS immediately mailed another Notice and Proof of Claim to the updated addresses. The remaining 329 Notice and Proof of Claims returned as undeliverable were "skip-traced" to obtain updated addresses and 65 were re-mailed to updated addresses.

10. SCS also published the Notice and Proof of Claim with the Depository Trust Company ("DTC") on its Legal Notice System ("LENS") on October 17, 2024. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

## PUBLICATION OF THE SUMMARY NOTICE

11. Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published in print once in the *Investor's Business Daily* on November 11, 2024 and

electronically twice on the *GlobeNewswire* on November 4, 2024 and November 11, 2024, as shown in the confirmations of publication attached hereto as **Exhibit C**.

## TOLL-FREE PHONE LINE

12. SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

13. On October 15, 2024, SCS established a webpage on its website at www.strategicclaims.net/GDS. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Notice and Proof of Claim, the Preliminary Approval Order, and the Stipulation with exhibits.

## REPORT ON EXCLUSIONS AND OBJECTIONS

14. The Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than January 6, 2025. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has received one request for exclusion. The exclusion request was filed on

6

behalf of an entity that purchased and sold shares during the Settlement Class Period; therefore, the entity has no compensable losses and is not a Settlement Class Member. **Exhibit D** is a copy of the exclusion request.

15. According to the Notice, Summary Notice and settlement webpage, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs must be submitted to the Clerk of the Court as well as Lead Counsel and Defense Counsel, no later than January 6, 2025. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that an objection was filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of December 2024, in Media, Pennsylvania.

Josephine Bravata

7



**EXHIBIT A**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated, | Case No. 2:23-cv-04900-JAK-BFM |
| Plaintiff, | Hon. John A. Kronstadt |
| v. | |
| GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN, | |
| Defendants. | |

**NOTICE OF PENDENCY AND PROPOSED
SETTLEMENT OF CLASS ACTION**

If you purchased GDS Holdings Limited ("GDS") American Depositary Shares ("ADS") during the period between July 13, 2020 and April 3, 2023, both dates inclusive ("Settlement Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice.  This is not attorney advertising.*

- If approved by the Court, the Settlement will provide $3,000,000 ("Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased GDS ADS during the Settlement Class Period.

- The approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is an average of $0.04 per damaged GDS ADS. This estimate is based on the assumptions set forth in the following two paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold GDS ADS, the purchase and sale prices, and the total number and amount of claims filed.

- Attorneys for Plaintiffs ("Lead Counsel") intend to ask the Court to award them fees of up to 30% of the Settlement Amount, or $900,000, reimbursement of litigation expenses of no more than $55,000, and an award to Plaintiffs not to exceed $6,000 in total. Collectively, the attorneys' fees and expenses and award to Plaintiffs are estimated to average $0.02 per damaged GDS ADS. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The Settlement represents an estimated average recovery of $0.06 per damaged GDS ADS for the approximately 49.4 million damaged ADS during the Settlement Class Period. ADS may have been traded more than once during the Settlement Class Period. This estimate solely reflects the average recovery per damaged share of GDS ADS. The indicated average recovery per share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share you should expect. Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold ADS GDS, and the total number of claims filed.

- The Settlement resolves the Action concerning whether Defendants GDS, William Wei Huang, and Daniel Newman violated the federal securities laws by making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission or in other public statements to investors. Defendant GDS denies each and every claim and contention alleged in the Action and denies any misconduct or wrongdoing whatsoever, including by any of GDS's officers, directors, or employees.

- 1 -

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN JANUARY 13, 2025** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN JANUARY 6, 2025** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against Defendants about the legal claims in this case. |
| **OBJECT NO LATER THAN JANUARY 6, 2025** | Write to the Court and explain why you object to the Settlement. |
| **GO TO A HEARING ON FEBRUARY 10, 2025** | Ask to speak in Court about the fairness of the Settlement no later than January 6, 2025. |
| **DO NOTHING** | Get no payment. Give up rights. |

### INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form ("Proof of Claim"), or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| GDS Holdings Limited Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel: 866-274-4004 Fax: 610-565-7985 Email: info@strategicclaims.net | **OR** | Phillip Kim THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 Tel: 212-686-1060 Fax: 212-202-3827 Email: philkim@rosenlegal.com |

### DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation").

### COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

**1.     Why did I get this Notice?**

You or someone in your family may have purchased GDS ADS between July 13, 2020 and April 3, 2023, both dates inclusive.

**2.     What is this lawsuit about?**

The case is known as *Bergmann v. GDS Holdings Limited, et al.,* Case No. 2:23-cv-04900-JAK-BFM (C.D. Cal.) ("Action"). The Action is pending in the United States District Court for the Central District of California.

The Action involves Plaintiffs' allegations that Defendants violated the federal securities laws by making false and misleading statements in GDS's filings with the U.S. Securities and Exchange Commission or other public statements to investors concerning, among other things, certain variable prepaid forward contracts entered into by GDS's CEO, William Wei Huang. The Complaint asserts that the alleged misrepresentations and omissions artificially inflated the price of GDS ADS, and that the price of the ADS dropped in response to certain subsequent disclosures. Defendant GDS has denied and continues to deny

- 2 -

the allegations in the Complaint and all charges of wrongdoing or liability against GDS or any of its officers, directors, or employees. The Settlement shall in no event be construed as, or deemed to be evidence of, an admission or concession by Defendants with respect to any claim or any fault or wrongdoing or damage to the Settlement Class Members or any other person. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims.

**3.     Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.     Why is there a Settlement?**

Plaintiffs and Defendant GDS do not agree regarding the merits of Plaintiffs' allegations and Defendant's defenses with respect to liability or the amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendant disagree include: (1) whether Defendants made any statements or omissions that were materially false or misleading or otherwise actionable under federal securities law; (2) whether any Defendants acted with scienter; (3) to the extent any statements or omissions were materially false or misleading, whether any subsequent disclosures corrected any prior false or misleading statements or omissions by Defendants; (4) the causes of the loss in the value of the stock; and (5) the amount of damages, if any, that could be recovered at trial.

This matter has not gone to trial. Instead, Plaintiffs and Defendant GDS have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses Defendant GDS would raise. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will prevail on Defendant GDS's motion to dismiss, whether they would be able to prevail on a motion for class certification, whether they would be able to prove their claims at trial, and whether they will be able to prove that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Plaintiffs were to win at trial, and also prevail on any appeal brought by Defendant GDS, Plaintiffs might not be able to collect some, or all, of any judgment the class would be awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Plaintiffs' allegations were eventually found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.     How do I know if I am part of the Settlement?**

The Settlement Class consists of those Persons or Entities who purchased GDS ADS between July 13, 2020 and April 3, 2023, both dates inclusive.

**6.     Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; (b) Defendant GDS; the present and former officers and directors of GDS at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendant, or any person excluded under this subsection (b), has or had a majority ownership interest at any time; and (c) GDS's employee retirement plan(s) and/or benefit plan(s) including their participants and/or beneficiaries to the extent they purchased GDS ADS through any such plan(s). Also excluded from the Settlement Class are those persons or entities who file valid and timely requests for exclusion from the Settlement Class.

- 3 -

**7.      I am still not sure whether I am included.**

If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net/GDS, or fill out and return the Proof of Claim described in Question 9, to see if you qualify.

**8.      What does the Settlement provide?**

**a.      What is the Settlement Fund?**

The proposed Settlement provides that Defendant GDS pay $3,000,000 into a Settlement Fund. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Lead Counsel and any Award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Settlement Class Members who submit timely, valid Proofs of Claim.

**b.      What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold GDS ADS; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and any awards to Plaintiffs.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendants, the prices of GDS ADS were artificially inflated during the relevant period and that certain subsequent disclosures caused changes in the inflated price of GDS ADS. Defendant GDS has denied these allegations.

<u>**PROPOSED PLAN OF ALLOCATION**</u>

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website: www.strategicclaims.net/GDS.

To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph

- 4 -

(*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administrative Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. Six months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

## **THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:**

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on their Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

Recognized Loss for the Company's ADS purchased during the Settlement Class Period shall be calculated as follows:

A. For shares purchased and sold during the Settlement Class Period, the Recognized Loss per share shall be zero.

B. For shares purchased during the Settlement Class Period and sold on April 4, 2023, the Recognized Loss shall be the *lesser* of: (1) $0.66 per share[1]; or (2) the difference between the purchase price per share minus the sales price per share.

C. For shares purchased during the Settlement Class Period and sold during the period April 5, 2023 through July 3, 2023, inclusive, the Recognized Loss shall be the *lesser* of: (1) $1.01 per share; or (2) the difference between the purchase price per share and the average closing ADS price as of date of sale provided in Table B below.

D. For shares purchased during the Settlement Class Period and retained as of the close of trading on July 3, 2023, the Recognized Loss shall be the *lesser* of: (1) the $1.01 inflation per share; or (2) the purchase price per share minus $13.10 per share[2].

---

[1] As noted in Table A above, $0.66 per share inflation represents the difference between the $1.01 inflation per share during the Settlement Class Period and the $0.35 inflation per share on April 4, 2023.

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $13.10 per share was the mean (average) daily closing trading price of the Company's ADS during the 90-day period beginning on April 5, 2023 through and including July 3, 2023.

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

| INFLATION TABLE A | |
|---|---|
| ADS Purchased During the Settlement Class Period | |
| **Period** | **Inflation** |
| July 13, 2020 to April 3, 2023, inclusive | $1.01 per share |
| April 4, 2023 | $0.35 per share |
| After April 4, 2023 | $0.00 per share |

**Table B**

| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2023 | $17.24 | $17.24 | | 5/5/2023 | $14.74 | $16.03 | | 6/6/2023 | $11.19 | $13.58 |
| 4/6/2023 | $17.84 | $17.54 | | 5/8/2023 | $14.74 | $15.97 | | 6/7/2023 | $11.53 | $13.54 |
| 4/10/2023 | $17.27 | $17.45 | | 5/9/2023 | $13.75 | $15.88 | | 6/8/2023 | $11.40 | $13.49 |
| 4/11/2023 | $17.93 | $17.57 | | 5/10/2023 | $12.87 | $15.76 | | 6/9/2023 | $11.35 | $13.44 |
| 4/12/2023 | $16.46 | $17.35 | | 5/11/2023 | $11.47 | $15.60 | | 6/12/2023 | $11.97 | $13.41 |
| 4/13/2023 | $16.93 | $17.28 | | 5/12/2023 | $11.01 | $15.43 | | 6/13/2023 | $13.01 | $13.40 |
| 4/14/2023 | $16.62 | $17.18 | | 5/15/2023 | $11.57 | $15.29 | | 6/14/2023 | $13.47 | $13.40 |
| 4/17/2023 | $17.16 | $17.18 | | 5/16/2023 | $10.40 | $15.12 | | 6/15/2023 | $13.60 | $13.41 |
| 4/18/2023 | $17.66 | $17.23 | | 5/17/2023 | $10.22 | $14.96 | | 6/16/2023 | $13.34 | $13.41 |
| 4/19/2023 | $16.85 | $17.20 | | 5/18/2023 | $10.20 | $14.80 | | 6/20/2023 | $12.39 | $13.39 |
| 4/20/2023 | $16.36 | $17.12 | | 5/19/2023 | $10.14 | $14.66 | | 6/21/2023 | $11.94 | $13.36 |
| 4/21/2023 | $16.09 | $17.03 | | 5/22/2023 | $10.71 | $14.54 | | 6/22/2023 | $11.87 | $13.33 |
| 4/24/2023 | $15.70 | $16.93 | | 5/23/2023 | $10.50 | $14.42 | | 6/23/2023 | $11.38 | $13.30 |
| 4/25/2023 | $14.81 | $16.78 | | 5/24/2023 | $10.29 | $14.30 | | 6/26/2023 | $11.42 | $13.26 |
| 4/26/2023 | $14.91 | $16.66 | | 5/25/2023 | $10.21 | $14.19 | | 6/27/2023 | $11.72 | $13.24 |
| 4/27/2023 | $15.51 | $16.58 | | 5/26/2023 | $10.16 | $14.08 | | 6/28/2023 | $11.25 | $13.20 |
| 4/28/2023 | $15.53 | $16.52 | | 5/30/2023 | $10.00 | $13.97 | | 6/29/2023 | $10.92 | $13.16 |
| 5/1/2023 | $15.41 | $16.46 | | 5/31/2023 | $9.76 | $13.86 | | 6/30/2023 | $10.99 | $13.13 |
| 5/2/2023 | $13.80 | $16.32 | | 6/1/2023 | $10.34 | $13.77 | | 7/3/2023 | $11.35 | $13.10 |
| 5/3/2023 | $13.72 | $16.19 | | 6/2/2023 | $11.06 | $13.71 | | | | |
| 5/4/2023 | $14.11 | $16.09 | | 6/5/2023 | $10.84 | $13.64 | | | | |

For purposes of calculating your Recognized Loss, the date of purchase or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of GDS ADS shall not be deemed a purchase or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim enclosed with this Notice, you must provide all your purchases of GDS ADS during the period from July 13, 2020 through and including July 3, 2023.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Claimants. No person shall have any claim against Defendant GDS, GDS's Counsel, Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation,

- 6 -

or further orders of the Court. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the Claimant's Proof of Claim. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.    How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This form is attached to this Notice. You may also obtain this form on the Settlement website at www.strategicclaims.net/GDS. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/GDS by 11:59 p.m. EST on January 13, 2025; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than January 13, 2025, to the Claims Administrator at:

GDS Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: 610-565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.    What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the January 6, 2025 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of GDS ADS during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase or sale of GDS ADS during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

**11.    How do I exclude myself from the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Bergmann v. GDS Holdings Limited, et al.,* Case No. 2:23-cv-04900 (C.D. Cal.);" (B) states the date, number of shares and dollar amount of each GDS ADS purchase during the Settlement Class Period, and any sale transactions; and (C) states the number of shares of GDS ADS held by you as of the opening of trading on July 13, 2020 and the close of trading on April 3, 2023. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of GDS ADS during the Settlement Class Period, and (ii) demonstrating your status as a beneficial owner of the

- 7 -

GDS ADS. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than January 6, 2025, to the Claims Administrator at the following address:

GDS Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

**12.     If I do not exclude myself, can I sue the Defendants for the same thing later?**

No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.     Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.     How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed 30% of the Settlement Fund, or $900,000, for reimbursement of reasonable litigation expenses not to exceed $55,000, and an Award to Plaintiffs in an amount not to exceed $6,000 in total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.     How do I tell the Court that I object to the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs, and that you think the Court should not approve any or all of the foregoing, by mailing a letter stating that you object to the Settlement in the matter of as *Bergmann v. GDS Holdings Limited, et al.,* Case No. 2:23-cv-04900 (C.D. Cal.). Be sure to include (1) your name, address, and telephone number; (2) a list of all purchases and sales of GDS ADS during the Settlement Class Period in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be received no later than January 6, 2025:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR DEFENDANT |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | GDS: |
| Central District of California | Phillip Kim | SIMPSON THACHER & |
| First Street Federal Courthouse | 275 Madison Avenue, 40th Floor | BARTLETT LLP |
| 350 W. First Street, Suite 4311 | New York, NY 10016 | Alan C. Turner |
| Los Angeles, CA 90012 | | 425 Lexington Avenue |
| | | New York, NY 10017 |

**16.** **What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.** **When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on February 10, 2025, at 8:30 a.m. PT, at the U.S. District Court, Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 10C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Lead Counsel for attorneys' fees and expenses and how much to award to Plaintiffs.

**18.** **Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.** **What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Stipulation) ever again.

DATED: OCTOBER 9, 2024

               _____

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission: January 13, 2025**

IF YOU PURCHASED THE PUBLICLY-TRADED AMERICAN DEPOSITARY SHARES ("ADS") of GDS HOLDINGS LIMITED ("GDS") BETWEEN JULY 13, 2020 AND APRIL 3, 2023, BOTH DATES INCLUSIVE ("SETTLEMENT CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE DEFENDANT, THE PRESENT AND FORMER OFFICERS AND DIRECTORS OF GDS AT ALL RELEVANT TIMES, THE IMMEDIATE FAMILY MEMBERS, LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS OF SUCH EXCLUDED PERSONS, ANY ENTITY IN WHICH ANY EXCLUDED PERSON HAS OR HAD A MAJORITY OWNERSHIP INTEREST AT ANY TIME, AND GDS'S EMPLOYEE RETIREMENT PLAN(S) AND/OR BENEFIT PLAN(S), INCLUDING THEIR PARTICIPANTS AND/OR BENEFICIARIES TO THE EXTENT THEY PURCHASED GDS ADS THROUGHT ANY SUCH PLAN(S). ALSO EXCLUDED ARE THOSE WHO VALIDLY OPT-OUT, AND THOSE WITH NO COMPENSATORY LOSSES).

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT A PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM BY 11:59 P.M. EST ON JANUARY 13, 2025 AT WWW.STRATEGICCLAIMS.NET/GDS.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN JANUARY 13, 2025 TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

GDS Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY JANUARY 13, 2025 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU NEVERTHELESS WILL BE BOUND BY THE FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1.  I (we) purchased the publicly-traded American Depositary Shares ("ADS") of GDS Holdings Limited ("GDS") during the Settlement Class Period. (Do not submit this Proof of Claim if you did not purchase GDS ADS during the Settlement Class Period.)

2.  By submitting this Proof of Claim, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above or am (are) acting for such person(s); that I am (we are) not a Defendant(s) in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice of Pendency and Proposed Settlement of Class Action ("Notice"); that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund; that I (we) elect to participate in the proposed Settlement; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase of GDS ADS, and each sale, if any, of the same. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of GDS ADS listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities, such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates) of each of the "Released Parties" of all "Released Claims" as those terms are defined in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation").

8.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees,

-11-

legatees, and estates) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning defined in the Stipulation.

10. "Released Claims" has the meaning defined in the Stipulation.

11. "Unknown Claims" has the meaning defined in the Stipulation.

12. I (we) agree and acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the Released Claims, but I (we) agree and acknowledge that, upon the Effective Date as defined in the Stipulation, I (we) shall be deemed to have, and by operation of the Final Judgment shall have, fully, finally and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. I (we) agree and acknowledge that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with the authority to file on behalf of (a) accounts of multiple Persons and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their clients' transactions in the approved electronic spreadsheet format, which is available by request to the Claims Administrator at efile@strategicclaims.net or by visiting the website www.strategicclaims.net/institutional-filers/. One spreadsheet may contain the information for multiple Persons and institutional accounts who constitute distinct legal entities ("Legal Entities"), but all Representative Filers MUST also submit a manually signed Proof of Claim, as well as proof of authority to file (see Item 2 of the Claimant's Statement) along with the electronic spreadsheet. The transactions and holdings in GDS ADS should be reported in the electronic file so that each resulting Claim corresponds to a single Legal Entity, regardless of the number of individually managed accounts the Legal Entity has, as only one Claim will be processed per Legal Entity (e.g. a Representative Filer reporting the transactions for a fund with multiple sub-accounts should report one total holding at the start of the Settlement Class Period, one total holding at the close of trading on July 3, 2023, and a single set of transactions that includes all transactions made by the Legal Entity across their sub-accounts; this would constitute and be processed as a single Claim). The Claims Administrator reserves the right to combine a Legal Entity's accounts into a single Claim prior to processing in the event that a Legal Entity's accounts are divided across multiple Claims when submitted by the Representative Filer. The Claims Administrator also reserves the right to request additional documentary proof regarding a Legal Entity's transactions and holdings in GDS ADS prove and accurately process the Claim. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim hosted at www.strategicclaims.net/GDS. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim.

15. In order to provide accurate claims processing you must provide all transactions in GDS ADS between July 13, 2020 and July 3, 2023, both dates inclusive.

-12-

GDS

## I. CLAIMANT INFORMATION

| Beneficial Owner Name | | |
|---|---|---|
| Record Owner Name | | |
| Address | | |
| | | |
| City | State | Zip Code |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN GDS HOLDINGS LIMITED AMERICAN DEPOSITARY SHARES

**Beginning Holdings:**

A. State the total number of American Depositary Shares ("ADS") of GDS Holdings Limited ("GDS") held at the close of trading on July 12, 2020 (*must be documented).* If none, write "zero" or "0."

**Purchases:**

B. Separately list each and every purchase of GDS ADS between July 13, 2020 and July 3, 2023, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of ADS Purchased | Price per ADS | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

-13-

GDS

**Sales:**

C.  Separately list each and every sale of GDS ADS between July 13, 2020 and July 3, 2023, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of ADS Sold | Price per ADS | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

D.  State the total number of GDS ADS held at the close of trading on July 3, 2023 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ | | _____ |

## IV. CERTIFICATION

I (We) submit this Proof of Claim under the terms of the Stipulation and Settlement described in the Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Central District of California with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of GDS ADS during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

-14-

GDS

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed. (See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/GDS NO LATER THAN 11:59 P.M. ON JANUARY 13, 2025, OR POSTMARKED NO LATER THAN JANUARY 13, 2025 AND MUST BE MAILED TO:**

GDS Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

A Proof of Claim received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by January 13, 2025 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proofs of Claim and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim.  Please notify the Claims Administrator of any change of address.

**REMINDER CHECKLIST**

o  Please be sure to sign this Proof of Claim above.  If this Proof of Claim is submitted on behalf of joint claimants, then both claimants must sign.

o  Please remember to attach supporting documents.  Do NOT send any stock certificates.  Keep copies of everything you submit.

o  Do NOT use highlighter on the Proof of Claim or any supporting documents.

o  If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or to deliver payment to you.

-15-

GDS Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**



**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

October 17, 2024

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED GDS HOLDINGS LIMITED ("GDS") AMERICAN DEPOSITARY SHARES ("ADS") DURING THE PERIOD BETWEEN JULY 13, 2020 AND APRIL 3, 2023, BOTH DATES INCLUSIVE ("SETTLEMENT CLASS PERIOD").

Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; (b) Defendant GDS; the present and former officers and directors of GDS at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendant, or any person excluded under this subsection (b), has or had a majority ownership interest at any time; and (c) GDS's employee retirement plan(s) and/or benefit plan(s) including their participants and/or beneficiaries to the extent they purchased GDS ADS through any such plan(s).

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| GDS Holdings Limited Securities Litigation<br>Case No. 2:23-cv-04900-JAK-BFM<br>Exclusion Deadline: January 6, 2025<br>Objection Deadline: January 6, 2025<br>Claim Filing Deadline: January 13, 2025<br>Settlement Hearing: February 10, 2025 | Cusip Number: 36165L108<br>Ticker Symbol: NASDAQ: GDS |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

**Please comply in one of the following ways:**

1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will email links to the location of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release Form ("Proof of Claim") or mail the Notice and Proof of Claim. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample Notice and Proof of Claims to do the mailing then mail the Notice and Proof of Claims within ten (10) days of receipt; or
4. Request the link to the location of the Notice and Proof of Claim and email the link to each of your beneficial purchasers/owners within ten (10) calendar days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed:**

- **$0.02 per emailed Notice and Proof of Claim link,** OR
- **$0.02 per name, address and email address** if you are providing us the records, OR
- **$0.02 per Notice and Proof of Claim mailed, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Notice and Proof of Claim and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Notice and Proof of Claim and other important case-related documents are available on our website at www.strategicclaims.net/GDS. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
GDS Holdings Limited Securities Litigation

**EXHIBIT C**

**AFFIDAVIT**

**STATE OF NEW JERSEY** )

) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

NOV-11-2024;

ADVERTISER: GDS HOLDINGS LIMITED;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
11  day of  November 2024

_____
Notary Public



LARRY BRICKMAN, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,

Defendants.

Case No. 2:20-cv-04900-JAK-BFM

Hon. John A. Kronstadt

CLASS ACTION

## SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

**TO:   ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED AMERICAN DEPOSITORY SHARES ("ADS") OF GDS HOLDINGS LIMITED ("GDS") FROM JULY 13, 2020 THROUGH APRIL 3, 2023, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on February 10, 2025, at 8:30 a.m. PT before the Honorable John A. Kronstadt, United States District Judge of the United States District Court for the Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 10C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3) whether the application of Lead Counsel for an award of attorneys' fees of up 30% of the Settlement Amount, reimbursement of expenses of not more than $55,000, and an award of no more than $6,000 in total, to Plaintiffs should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation").

If you purchased GDS ADS during the period from July 13, 2020 through April 3, 2023, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in GDS ADS.

You may obtain copies of a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and the Proof of Claim and Release Form ("Proof of Claim"), by writing to or calling the Claims Administrator at:  GDS Holdings Limited Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims. net, or going to the website, www.strategicclaims.net/GDS. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than January 13, 2025, to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than January 6, 2025.  All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than January 6, 2025, by each of the following:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | SIMPSON THACHER & BARTLETT LLP |
| Central District of California | Phillip Kim | Alan C. Turner |
| First Street Federal Courthouse | 275 Madison Avenue, | 425 Lexington Avenue |
| 350 W. First Street, Suite 4311 | 40th Floor | New York, NY 10017 |
| Los Angeles, CA 90012 | New York, NY 10016 | |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor, New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: October 9, 2024          BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**B14** WEEK OF NOVEMBER 11, 2024   **FUTURES**   INVESTORS.COM

## Grains

WHEAT (CBOT) - 5,000 bu minimum - cents per bushel

CORN (CBOT) - 5,000 bu minimum - cents per bushel

OATS (CBOT) - 5,000 bu minimum - cents per bushel

SOYBEANS (CBOT) - 5,000 bu minimum - cents per bushel

SOYBEAN MEAL (CBOT) - 100 tons - dollars per ton

SOYBEAN OIL (CBOT) - 60,000 lbs - cents per lb

WHEAT (CBOT) - 5,000 bu minimum - cents per bushel

ROUGH RICE (CBOT) - 2,000 CWT - dollars per CWT

## Meats

CATTLE (CME) - 40,000 lbs. - cents per lb.

FEEDER CATTLE (CME) - 50,000 lbs. - cents per lb.

## Spot Prices

| Food | Current | Previous |
|---|---|---|
| Coffee, Brazilian, Comp. | 2.5493 | 2.5361 |
| Coffee, Colombian, NY lb. | 2.7676 | 2.7542 |
| Flour, hard winter Kansas City cwt | 15.75 | 15.45 |
| Hogs, Iowa-South Minnesota avg. cwt | 89.71 | 87.32 |
| Pork loins, 13-19 lbs, Mid-US lb | 1.0258 | 1.0109 |
| Steers, feeder, Oklahoma City, avg cwt | 267.25 | 267.25 |
| Cocoa beans NY per ton | n.a. | n.a. |
| Cocoa butter African styl $ met ton | n.a. | n.a. |
| Corn, No. 2 yellow. Cent. Ill. bu | 3.9500 | 3.9600 |
| Oats, No. 2 milling, Mnpls, $ per bu. | 4.2675 | 4.1825 |
| Soybean Meal, Cent. Ill., rail, ton 48% | 323.50 | 323.50 |
| Soybeans, No. 1 yellow Illinois, bu | 9.6800 | 9.9000 |
| Wheat, Spring 14%-pro Mnpls, $/bu. | 8.2300 | 8.3750 |
| Wheat No. 2 Chi soft | n.a. | n.a. |
| Degummed corn oil, crude wkd. avg. | n.a. | n.a. |
| Soybean oil, crude, Central Illinois lb. | 0.4539 | 0.4539 |
| Comex spot price $ per lb. | 4.2275 | 4.4100 |
| Molybdenum per metric ton LME | n.a. | n.a. |

## Foods

COCOA (ICE) - 10 metric tons - $ per ton

COFFEE C (ICE) - 37,500 lbs. - cents per lb.

ORANGE JUICE (ICE) - 15,000 lbs. - cents per lb.

SUGAR-WORLD 11 (ICE) - 112,000 lbs. - cents per lb.

## Metals

GOLD (CMX) - 100 troy oz. - dollars per troy oz.

MINI GOLD (CMX) - 50 troy oz. - dollars per troy oz.

PLATINUM (NYM) - 50 troy oz. - dollars per troy oz.

PALLADIUM (NYM) - 100 troy oz - dollars per oz

SILVER (CMX) - 5,000 troy oz. - dollars per troy oz.

### Textiles & Fibers

| | Current | Previous |
|---|---|---|
| Cotton 1 1/16 strand lw-md Mmphs, per lb | 0.6544 | 0.6680 |
| Coal, Central Appalachia, 12,500 Btu, 1.2 SO2 | 76.300 | 76.300 |

### Raw Products

| | Current | Previous |
|---|---|---|
| Natural Gas Henry Hub, $ per mmbtu | n.a. | n.a. |

### Gold

| | | |
|---|---|---|
| London Morning Fixing | $2667.05 | $2726.20 |
| London afternoon fixing | $2692.00 | $2662.00 |
| NY Handy & Harman | $2691.15 | $2692.00 |
| NY Engelhard | $2745.00 | $2692.00 |
| NY Mercantile | $2687.50 | $2698.40 |

a–Asked,b–Bid,n–Normal,r–Revised,nq–Not Quoted,n.a.– Not Available.

## REUTERS/JEFFERIES CRB INDEX

High 281.68   Low 281.68   Close 281.68  -4.52   Since Jan 1 +6.77%



## HOGS LEAN (CME) - 40,000 lbs. - cents per lb.

## MINI SILVER (CMX) - 2,500 troy oz. - cents per oz.

## HI GRADE COPPER (CMX) - 25,000 lbs. - dollars per lb.

## Oils

LIGHT SWEET CRUDE (NYM) - 1,000 bbl. - dollars per bbl.

NY HARBOR GAS BLEND (NYM) - 42,000 gallons - dollars per gallon

NATURAL GAS (NYM) - 10,000 mm btu's, $ per mm btu

HEATING OIL (NYM) - 42,000 gal, cents per gal

## Woods And Fibers

LUMBER (CME) - 27,500 bd. ft. - $ per 1,000 bd. ft.

COTTON 2 (ICE) - 50,000 lbs. - dollars per lb.

## Financials

US TREASURY BONDS (CBOT) - $100,000 prin- pts & 32nds of 100 pct

10 YEAR TREASURY (CBOT) - $100,000 prin-pts & 32nds & a half 32nd

5 YEAR TREASURY (CBOT) - $100,000 prin-pts & 32nds & a half 32nd

2 YR. TREASURY NOTES (CBOT) - $200,000 prin-pts & 32nds & a quarter 32nd

US DOLLAR INDEX (ICE) - 1000 x index

AUSTRALIAN DOLLAR (IMM) - 100,000 dollars, $ per A $

BRITISH POUND (IMM) - 62,500 pounds, $ per pound

CANADIAN DOLLAR (IMM) - 100,000 dollars, $ per Cdn. dlr

JAPANESE YEN (IMM) - 12.5 million yen, $ per 100 yen

SWISS FRANC (IMM) - 125,000 francs, $ per franc

EURO - 125,000 Euros, $ per Euro

MEXICAN PESO (IMM) - 500,000 pesos, $ per peso

S&P MINI INDEX (CME) - 50 x index

MINI DOW JONES (CBOT) - $5 x DJIA index

NASDAQ 100 INDEX (CME) - $100 x index

MINI NASDAQ 100 INDE (CME) - $20 x index

RUSSELL 2000 (CME) - 500 x index

30 DAY FEDERAL FUNDS (CBOT) - $5 million - pts. of 100 pct.

## Key Commodity Futures

CORN — Dec 24 — PRICE MO — %F=83.9 — %S=74.9 — CLOSE 4.31 — OPEN INTEREST 611209 — CBOT

SOYBEANS — Jan 25 — PRICE MO — %F=70.4 — %S=54.8 — CLOSE 10.30% — OPEN INTEREST 358358 — CBOT

CATTLE — Dec 24 — PRICE MO — %F=16.6 — %S=25.9 — CLOSE 183.70 — OPEN INTEREST 122529 — CME

HOGS LEAN — Dec 24 — PRICE MO — %F=55 — %S=69.3 — CLOSE 80.42 — OPEN INTEREST 117309 — CME

COFFEE C — Mar 25 — PRICE MO — %F=56.4 — %S=42.9 — CLOSE 253.10 — OPEN INTEREST 84007 — ICE

SUGAR-WORLD 11 — Mar 25 — PRICE MO — %F=31.6 — %S=36 — CLOSE 21.82 — OPEN INTEREST 357296 — ICE

GOLD — Dec 24 — PRICE MO — %F=39 — %S=51.9 — CLOSE 2694.80 — OPEN INTEREST 348934 — CMX

SILVER — Dec 24 — PRICE MO — %F=24 — %S=36.5 — CLOSE 31.00% — OPEN INTEREST 99644 — CMX

HI GRADE COPPER — Dec 24 — PRICE MO — %F=47.4 — %S=48.4 — CLOSE 4.31 — OPEN INTEREST 103173 — CMX

LIGHT SWEET CRUDE — Dec 24 — PRICE MO — %F=71 — %S=63.6 — CLOSE 70.38 — OPEN INTEREST 254863 — NYM

HEATING OIL — Dec 24 — PRICE MO — %F=69.9 — %S=65.4 — CLOSE 223.89 — OPEN INTEREST 122220 — NYM

NATURAL GAS — Jan 25 — PRICE MO — %F=27.1 — %S=27.2 — CLOSE 2.922 — OPEN INTEREST 339507 — NYM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LARRY BERGMANN, Individually and on behalf of all others similarly situated, Plaintiff,
v.
GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN, Defendants.

Case No. 2:23-cv-04900-JAK-BFM
Hon. John A. Kronstadt
CLASS ACTION

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

TO: ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED AMERICAN DEPOSITORY SHARES ("ADS") OF GDS HOLDINGS LIMITED ("GDS") FROM JULY 13, 2020 THROUGH APRIL 3, 2023, BOTH DATES INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on February 10, 2025, at 8:30 a.m. PT before the Honorable John A. Kronstadt, United States District Judge of the United States District Court for the Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 10C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;
(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;
(3) whether the application of Lead Counsel for an award of attorneys' fees of up to 30% of the Settlement Amount, reimbursement of expenses of not more than $55,000, and an award of no more than $6,000 in total, to Plaintiffs should be approved; and
(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation").

If you purchased GDS ADS during the period from July 13, 2020 through April 3, 2023, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in GDS ADS.

You may obtain copies of a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and the Proof of Claim and Release Form ("Proof of Claim"), by writing to or calling the Claims Administrator at: GDS Holdings Limited Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; Info@strategicclaims.net, or going to the website, www.strategicclaims.net/GDS. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than January 13, 2025, to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than January 6, 2025. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, and Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than January 6, 2025, by each of the following:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | SIMPSON THACHER & BARTLETT LLP |
| Central District of California | Phillip Kim | Alan C. Turner |
| First Street Federal Courthouse | 275 Madison Avenue, | 425 Lexington Avenue |
| 350 W. First Street, Suite 4311 | 40th Floor | New York, NY 10017 |
| Los Angeles, CA 90012 | New York, NY 10016 | |

If you have any questions about the Settlement, you may call or write to Lead Counsel:
THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor, New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: October 9, 2024
BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

©2024 Investor's Business Daily, LLC. All rights reserved.



Josephine Bravata <jbravata@strategicclaims.net>

**GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA**

**donotreply@globenewswire.com** <donotreply@globenewswire.com>                Mon, Nov 4, 2024 at 9:01 AM
To: jbravata@strategicclaims.net
Cc: jbravata@strategicclaims.net, lrosen@rosenlegal.com



Boost the trust and credibility of your next press release. Get CLEAR Verified by GlobeNewswire

# Release Distribution Confirmation

## The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of GDS Holdings Limited Publicly-Traded American Depositary Shares - GDS

**Cross time: 11/04/24 09:00 AM ET: Eastern Time - View release on GlobeNewswire.com**

**This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.**

**If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930**

---

This message was distributed by GlobeNewswire.
2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of GDS Holdings Limited Publicly-Traded American…



## The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of GDS Holdings Limited Publicly-Traded American Depositary Shares - GDS

November 04, 2024 09:00 ET| Source: The Rosen Law Firm PA    Follow

LOS ANGELES, Nov. 04, 2024 (GLOBE NEWSWIRE) -- The Rosen Law Firm, P.A. announces that the United States District Court for the Central District of California has approved the following announcement of a proposed class action settlement that would benefit purchasers of GDS Holdings Limited publicly-traded American Depositary Shares (NASDAQ: GDS):

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated, | Case No. 2:23-cv-04900-JAK-BFM |
| Plaintiff, | Hon. John A. Kronstadt |
| v. | CLASS ACTION |
| GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN, Defendants. | |

SUMMARY NOTICE OF PENDENCY AND

PROPOSED CLASS ACTION SETTLEMENT

TO:    ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED AMERICAN DEPOSITARY SHARES ("ADS") OF GDS HOLDINGS LIMITED ("GDS") FROM JULY 13, 2020 THROUGH APRIL 3, 2023, BOTH DATES INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on February 10, 2025, at 8:30 a.m. PT before the Honorable John A. Kronstadt, United States District Judge of the United States District Court for the Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 10C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3) whether the application of Lead Counsel for an award of attorneys' fees of up 30% of the Settlement Amount, reimbursement of expenses of not more than $55,000, and an award of no more than $6,000 in total, to Plaintiffs should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation").

If you purchased GDS ADS during the period from July 13, 2020 through April 3, 2023, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in GDS ADS.

You may obtain copies of a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and the Proof of Claim and Release Form ("Proof of Claim"), by writing to or calling the Claims Administrator at: GDS Holdings Limited Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/GDS. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than January 13, 2025, to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than January 6, 2025. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than January 6, 2025, by each of the following:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | SIMPSON THACHER & BARTLETT LLP |
| Central District of California | Phillip Kim | Alan C. Turner |
| First Street Federal Courthouse | 275 Madison Avenue, 40th Floor | 425 Lexington Avenue |
| 350 W. First Street, Suite 4311 | New York, NY 10016 | New York, NY 10017 |
| Los Angeles, CA 90012 | | |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.

Phillip Kim

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: October 9, 2024

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Share**

**Tags**

Class Action

**Company Profile**

The Rosen Law Firm PA

Industry: Consumer Services

Website:
https://www.rosenlegal.com

**Press Release Actions**

Print

 **Gmail**

---

**GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA**

---

**donotreply@globenewswire.com** <donotreply@globenewswire.com>                                    Mon, Nov 11, 2024 at 9:01 AM
To: jbravata@strategicclaims.net
Cc: jbravata@strategicclaims.net, lrosen@rosenlegal.com



Boost the trust and credibility of your next press release. Get CLEAR Verified by GlobeNewswire

# Release Distribution Confirmation

## The Rosen Law Firm, P.A. Announces that this is a Reminder of a Proposed Class Action Settlement on Behalf of Purchasers of GDS Holdings Limited Publicly-Traded American Depositary Shares - GDS

**Cross time: 11/11/24 09:00 AM ET: Eastern Time - View release on GlobeNewswire.com**

**This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.**

**If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930**

---

This message was distributed by GlobeNewswire.
2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us



NEWSROOM    SERVICES    CONTACT US    ENGLISH ⌄    SIGN IN    REGISTER    🔍





**The Rosen Law Firm, P.A. Announces that this is a Reminder of a Proposed Class Action Settlement on Behalf of Purchasers of GDS Holdings Limited Publicly-Traded American Depositary Shares - GDS**

November 11, 2024 09:00 ET| Source: The Rosen Law Firm PA    Follow

**Company Profile**

The Rosen Law Firm PA

Industry: Consumer Services

Website:
https://www.rosenlegal.com

**Press Release Actions**

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

LOS ANGELES, Nov. 11, 2024 (GLOBE NEWSWIRE) -- The Rosen Law Firm, P.A. announces that the United States District Court for the Central District of California has approved the following announcement of a proposed class action settlement that would benefit purchasers of GDS Holdings Limited publicly-traded American Depositary Shares (NASDAQ: GDS):

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | Case No. 2:23-cv-04900-JAK-BFM<br><br>Hon. John A. Kronstadt<br><br>CLASS ACTION |

**SUMMARY NOTICE OF PENDENCY AND**

**PROPOSED CLASS ACTION SETTLEMENT**

**TO:  ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED AMERICAN DEPOSITARY SHARES ("ADS") OF GDS HOLDINGS LIMITED ("GDS") FROM JULY 13, 2020 THROUGH APRIL 3, 2023, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on February 10, 2025, at 8:30 a.m. PT before the Honorable John A. Kronstadt, United States District Judge of the United States District Court for the Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 10C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3) whether the application of Lead Counsel for an award of attorneys' fees of up to 30% of the Settlement Amount, reimbursement of expenses of not more than $55,000, and an award of no more than $6,000 in total, to Plaintiffs should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation").

If you purchased GDS ADS during the period from July 13, 2020 through April 3, 2023, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in GDS ADS.

You may obtain copies of a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and the Proof of Claim and Release Form ("Proof of Claim"), by writing to or calling the Claims Administrator at: GDS Holdings Limited Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/GDS. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than January 13, 2025, to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than January 6, 2025. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than January 6, 2025, by each of the following:

| | | |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>Central District of California<br>First Street Federal Courthouse<br>350 W. First Street, Suite 4311<br>Los Angeles, CA 90012 | LEAD COUNSEL:<br>THE ROSEN LAW FIRM, P.A.<br>Phillip Kim<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016 | COUNSEL FOR DEFENDANT:<br>SIMPSON THACHER & BARTLETT LLP<br>Alan C. Turner<br>425 Lexington Avenue<br>New York, NY 10017 |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.

Phillip Kim

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: October 9, 2024

_____

BY ORDER OF THE UNITED STATES

DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

**Tags**

Class Action

**Share**

f

in

reddit

✉

⊞



**WF Asian Reconnaissance Fund Limited**

c/o Maples Corporate Services Limited

12 December 2024

GDS Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
USA

**Notice of Exclusion from Settlement Class in *Bergmann v. GDS Holdings Limited, et. al.,* Case No. 2:23-cv-04900 (C.D. Cal.)**

To Whom it May Concern,

We refer to the Notice of Pendency and Proposed Settlement of Class Action in respect of Larry Bergmann v. GDS Holdings Limited et. al (Case No. 2:23-cv-04900-JAK-BFM) dated 9 October 2024 (the "**Notice**").

Pursuant to the Notice, we request to be excluded from the Settlement Class in *Bergmann v. GDS Holdings Limited, et al.,* Case No. 2:23-cv-04900 (C.D. Cal.).

Please see below, the relevant details as required by the Notice:

| | |
|---|---|
| Name: | WF Asian Reconnaissance Fund Limited |
| Address: | c/o Maples Corporate Services Limited |
| Phone Number: | |
| Email: | |
| Date, number of shares and dollar amount of each GDS ADS purchased or sold during the Settlement Class Period: | See Appendix A |
| Number of shares of GDS ADS held as of the opening of trading on July 13, 2020: | 0 |
| Number of shares of GDS ADS held as of the close of trading on April 3, 2023: | 0 |
| Documentary Proof | See Appendix B |

WF ASIAN RECONNAISSANCE FUND LIMITED

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Yours Faithfully,
For and on behalf of WF Asian Reconnaissance Fund
Limited


By:        _____

Name:      Vineet Mitera

Title:     Director

Date:      12 December 2024

# Appendix A

Case 2:23-cv-04900-JAK-BFM    Document 81-1    Filed 12/30/24    Page 35 of 54    Page ID #:1272

WF ASIAN RECONNAISSANCE FUND LTD.
GDS HOLDINGS LTD - ADR (US)
Trade History from 13 July 2020 to 3 April 2023

| Ref | Trade Date | Settle Date | Security | B/S | Quantity | Currency | Gross Price (USD) | Gross Consideration (USD) | Net Consideration (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 09-May-2022 | 11-May-2022 | GDS HOLDINGS LTD - ADR (US) | B | 5,100 | USD | 25.9100 | 132,141.00 | 132,220.28 |
| 2 | 09-May-2022 | 11-May-2022 | GDS HOLDINGS LTD - ADR (US) | B | 603,500 | USD | 26.2943 | 15,868,610.05 | 15,881,304.94 |
| 3 | 10-May-2022 | 12-May-2022 | GDS HOLDINGS LTD - ADR (US) | B | 189,400 | USD | 26.2772 | 4,976,901.68 | 4,981,878.58 |
| 4 | 19-May-2022 | 23-May-2022 | GDS HOLDINGS LTD - ADR (US) | B | 142,500 | USD | 30.8833 | 4,400,870.25 | 4,405,271.12 |
| 5 | 24-Jun-2022 | 28-Jun-2022 | GDS HOLDINGS LTD - ADR (US) | B | 76,300 | USD | 34.4711 | 2,630,144.93 | 2,632,775.07 |
| 6 | 26-Sep-2022 | 28-Sep-2022 | GDS HOLDINGS LTD - ADR (US) | S | 116,249 | USD | 20.4443 | 2,376,628.38 | 2,374,197.32 |
| 7 | 26-Sep-2022 | 28-Sep-2022 | GDS HOLDINGS LTD - ADR (US) | S | 160,000 | USD | 20.7182 | 3,314,912.00 | 3,311,521.17 |
| 8 | 27-Sep-2022 | 29-Sep-2022 | GDS HOLDINGS LTD - ADR (US) | S | 33,468 | USD | 20.5430 | 687,533.12 | 686,829.84 |
| 9 | 27-Sep-2022 | 29-Sep-2022 | GDS HOLDINGS LTD - ADR (US) | S | 200,000 | USD | 19.9658 | 3,993,160.00 | 3,989,075.39 |
| 10 | 28-Sep-2022 | 30-Sep-2022 | GDS HOLDINGS LTD - ADR (US) | S | 122,805 | USD | 19.0847 | 2,343,696.58 | 2,341,299.22 |
| 11 | 28-Sep-2022 | 30-Sep-2022 | GDS HOLDINGS LTD - ADR (US) | S | 103,998 | USD | 18.6825 | 1,942,943.26 | 1,940,955.82 |
| 12 | 28-Sep-2022 | 30-Sep-2022 | GDS HOLDINGS LTD - ADR (US) | S | 100,000 | USD | 18.8874 | 1,888,740.00 | 1,886,808.00 |
| 13 | 28-Sep-2022 | 30-Sep-2022 | GDS HOLDINGS LTD - ADR (US) | S | 51,500 | USD | 19.2490 | 991,323.50 | 990,706.00 |
| 14 | 29-Sep-2022 | 03-Oct-2022 | GDS HOLDINGS LTD - ADR (US) | S | 128,780 | USD | 17.2410 | 2,220,301.00 | 2,218,029.85 |

| | Quantity |
|---|---|
| As of the opening of trading on 13 July 2020 | 0 |
| As of the close of trading on 3 April 2023 | 0 |

# Appendix B

# GDS ADS Trade Confirmations



Liquidnet Asia Ltd
24th Floor
28 Hennessy Road, Wanchai
Hong Kong
T +852 3798 6900 F +852 3798 6789
www.liquidnet.com
Produced on 09-MAY-2022 21:14:46

## TRADE CONFIRMATION

Attention:
Ward Ferry Management Limited
WF ASIAN RECONNAISSANCE FUND LTD/RECONNAISSANCE
operations@wardferry.com

We hereby confirm that you have **PURCHASED** the following security:

| | |
|---|---|
| Security Name: | GDS Holdings Limited ADR Representing 8 Ord Shs |
| Security Identifiers (ISIN): | US36165L1089 |
| (SEDOL): | BD6FLL7 |
| (CUSIP): | 36165L108 |
| Quantity: | 5,100 shares |
| Local Price: | 25.910000 USD |
| Trade Date: | 09-MAY-2022 |
| Settlement Date: | 11-MAY-2022 |
| Gross Consideration: | 132,141.00 USD |
| Commission plus RPA/CSA: | 79.28 USD |
| Net Settlement Amount: | 132,220.28 USD |
| Liquidnet Reference Number: | 53483138 |

| | Our Settlement Instructions | Your Settlement Instructions |
|---|---|---|
| Sub Agent: | GOLDMAN, SACHS AND CO. | MORGAN STANLEY NY |
| Sub Agent BIC: | GOLDUS33XX | |
| Custodian: | GOLDMAN, SACHS AND CO. | |
| Custodian BIC: | GOLDUS33XXX | |
| A/C Number: | | |
| A/C Reference: | | None |
| Depository Name: | DTC | DTC |
| Depository ID: | DTCYID/00000005 | 0050 |

Please revert back to Liquidnet Asia Ltd, within twenty-four hours of trade date, should you have any discrepancy with the details on this trade confirmation. Please contact the Trade Support group on        or send an email to aptradesupport@liquidnet.com detailing your concerns.
Information about the time of the transaction will be supplied upon request.
LNAL introduced this transaction on your behalf for execution by LNI, acting as agent.

The information contained herein is provided by Liquidnet Asia Ltd from information supplied by third parties (including you). Liquidnet Asia Ltd shall not be liable to any person for any loss or damage incurred as a result of any inaccuracy in such information.

With Regards,
Liquidnet Asia Ltd
Liquidnet Asia Limited is regulated by
the Hong Kong Securities and Futures
Commission with respect to regulated
activities in Hong Kong; and is
recognised as a Recognised Market
Operator by the Monetary Authority
of Singapore.
Registered in Hong Kong No. 1025259.
Liquidnet Asia Limited is a member of
the Stock Exchange of Hong Kong



**CICC**
**中金香港证券**

中國國際金融香港證券有限公司
CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED
EXCHANGE PARTICIPANT OF THE STOCK EXCHANGE OF HONG KONG LTD.
CE No.:AEN894

*29th Floor,*
*One International Finance Centre,*
*1 Harbour View Street,*
*Central, HK*
*Tel: (852) 28722000*
*Fax: (852) 28722102*

10 May 2022    Page    1    of    1

# Trade Confirmation

To:      WF ASIAN RECONNAISSANCE FUND LTD

Attn:    OPERATIONS DEPT.

From:    CICC HK SEC.LTD.

**TRADE DETAILS :**

CODE:    WFAR000 (CASH)
NAME:    WF ASIAN RECONNAISSANCE FUND LTD

**Listed stock traded on**      **09 May 2022**

| Trade No | Settle Date | Instrument Code and Name | B/S | Quantity | Unit Price | Cur | Consideration | Transaction Costs | | Sett.Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 211103637 | 11 May 2022 | US<br>GDS<br>GDS HOLDINGS LTD (NMS)<br><br>ISIN:    US36165L1089<br>SEDOL:    BD6FLL7 | BUY | 603,500 | 26.294300 | USD | 15,868,610.05 | Brokerage:<br>SEC Fee : | 12,694.89<br>0.00 | 15,881,304.94 |
| | | | | 603,500 | | | 15,868,610.05 | | 12,694.89 | 15,881,304.94 |

**Settlement Instruction :**
PLEASE INSTRUCT YOUR CUSTODIAN TO RECEIVE THE ABOVE
SHARES AGAINST PAYMENT:

****  DTC 0908 A/C #          ****
CITIBANK NYC/CUSTHK CITIBANK (CITIUS33)
AGENT ID: 27603 INSTITUTIONAL ID: 64113
CITI HK SK A/C #

ANY COSTS ARISING FROM SETTLEMENT FAILURE DUE TO YOUR
ACCORD WILL BE PASSED TO YOU ACCORDINGLY.

PLEASE NOTIFY US WITHIN 24 HRS IF THERE IS ANY
DISCREPANCY. OTHERWISE WE ASSUME YOUR FULL
AGREEMENT

THANKS & REGARDS
SETTLEMENT DEPT.
CICCHKS

Case 2:23-cv-04900-JAK-BFM Document 81-1 Filed 12/30/24 Page 38 of 54 Page ID #:1275

**Goldman Sachs International (GSI)**



Plumtree Court | 25 Shoe Lane | London EC4A 4AU | England
Tel:
BIC:

GSI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority
and is a member of the London Stock Exchange.

## Notification of Trade Details - Original

| To: | WF ASIAN RECONNAISSANCE FUND LIMITED - MS | Confirmation Ref: |
|---|---|---|

F.A.O:
Dept:

EMAIL:

Fund ID:
Account:

You have **Bought** on **Agent** terms

| Trade Date | **May 10 2022** |
|---|---|
| Settlement Date | **May 12 2022** |

| Security Name | **GDS HOLDINGS LIMITED SPONSORED ADR CMN** | | | | | | |
|---|---|---|---|---|---|---|---|
| ISIN: | **US36165L1089** | Sedol: | **BD6FLL7** | Cusip: | **36165L108** | Ticker: | **GDS** |

| Quantity | **189,400** |
|---|---|
| Gross Price | **USD 26.2772** |
| Gross Consideration | **USD 4,976,901.68** |

Expenses:
   Commission   USD 4,976.90

| Total Expenses | **USD 4,976.90** | Net Price | **USD 26.3035** |
|---|---|---|---|
| Net Consideration | **USD 4,981,878.58** | | |

We will **Deliver Versus Payment** at Place of Settlement: **The Depository Trust Company (DTCC) (BIC: DTCYUS33)**

| From: | **GOLDMAN SACHS** | To: | **CLIENT** |
|---|---|---|---|
| | **5208DTC ELIG.SECS.ONLY** | | **0050DTC ELIG.SECS.ONLY** |
| | **ALL OTHERS** | | **ALL OTHERS** |

Please email eq-sg-cmo@gs.com or alternatively contact your Primary Client Services Specialist if you have any queries
regarding this confirmation.

Execution Time and Venue Available on Request.
This transaction is subject to London Stock Exchange rules if it was, in whole or in part, 'on exchange' as defined in such rules. This security,
if purchased by a customer or for his account, may be pledged until payment is made, either separately or together with other customers'
securities, either for the sum due to Goldman Sachs International or, if pledged with other securities, for a greater amount, all without further
notice to the customer. Should you note any discrepancies in the trade details shown, please contact us immediately so that we can resolve
any disputes. You will subsequently receive a hard copy form which will serve as the official trade confirmation and will take precedence in the
event of any discrepancy with the terms shown here.

**Goldman Sachs International (GSI)**



Plumtree Court | 25 Shoe Lane | London EC4A 4AU | England
Tel: ·
BIC:

GSI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority
and is a member of the London Stock Exchange.

## Notification of Trade Details - Original

---

| To: | WF ASIAN RECONNAISSANCE FUND LIMITED - MS | Confirmation Ref: |
|---|---|---|
| | | F.A.O: |
| | | Dept: |
| | | EMAIL: |

Fund ID:
Account:

---

You have **Bought** on **Agent** terms

---

| Trade Date | **May 19 2022** | | | | | | |
|---|---|---|---|---|---|---|---|
| Settlement Date | **May 23 2022** | | | | | | |
| | | | | | | | |
| Security Name | **GDS HOLDINGS LIMITED SPONSORED ADR CMN** | | | | | | |
| ISIN: | **US36165L1089** | Sedol: | **BD6FLL7** | Cusip: | **36165L108** | Ticker: | **GDS** |
| | | | | | | | |
| Quantity | **142,500** | | | | | | |
| Gross Price | **USD 30.8833** | | | | | | |
| Gross Consideration | **USD 4,400,870.25** | | | | | | |

---

Expenses:

Commission  USD 4,400.87

| Total Expenses | **USD 4,400.87** | Net Price | **USD 30.9142** |
|---|---|---|---|
| Net Consideration | **USD 4,405,271.12** | | |

---

We will **Deliver Versus Payment** at Place of Settlement: **The Depository Trust Company (DTCC) (BIC: DTCYUS33)**

| From: | **GOLDMAN SACHS** | To: | **CLIENT** |
|---|---|---|---|
| | **5208DTC ELIG.SECS.ONLY** | | **0050DTC ELIG.SECS.ONLY** |
| | **ALL OTHERS** | | **ALL OTHERS** |

---

Please email eq-sg-cmo@gs.com or alternatively contact your Primary Client Services Specialist if you have any queries
regarding this confirmation.

Execution Time and Venue Available on Request.
This transaction is subject to London Stock Exchange rules if it was, in whole or in part, 'on exchange' as defined in such rules. This security,
if purchased by a customer or for his account, may be pledged until payment is made, either separately or together with other customers'
securities, either for the sum due to Goldman Sachs International or, if pledged with other securities, for a greater amount, all without further
notice to the customer. Should you note any discrepancies in the trade details shown, please contact us immediately so that we can resolve
any disputes. You will subsequently receive a hard copy form which will serve as the official trade confirmation and will take precedence in the
event of any discrepancy with the terms shown here.

# J.P.Morgan

Case 2:23-cv-04900-JAK-BFM   Document 81-1   Filed 12/30/24   Page 41 of 54   Page ID #:1278

To: WARD FERRY MANAGEMENT LIMITED

Attention:

Address::

## CONFIRMATION FOR SUB-ACCOUNT WF ASIAN RECONNAISSANCE FD LTD

As Agent, J.P. Morgan Securities LLC confirms your PURCHASE of the following securities:

**Market:** UNITED STATES

**J.P. MORGAN INTERNAL ACCOUNT IDs:**

Trade Date: 24 Jun 22
Trading Time: 17:20:59.000000
Trading Time Zone: BST
Settlement Date: 28 Jun 22

**Trade Status:** NEW

| Trade ID | Sub Account Number | SEDOL | ISIN | Security Name | Arr Type (a) | Trade Ccy | Shares | Quantity Type | Price | Principal Amount | Commission (or Comm. Equiv.) | Net Proceeds | Fx Rate | Sett Ccy | Settlement Total | Trade Disclosures (b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BD6FLL7 | US36165L1089 | GDS HOLDINGS LTD - ADR (USD) | N | USD | 76,300 | SHS | 34.4711* | 2,630,144.93 | 2,630.14 | 2,632,775.07 | | USD | 2,632,775.07 | |

***Settlement Instructions: Delivery vs. Payment (our security account is linked to our cash account)***
*Deliver/Receive Securities to/from:* DTC 0352 , J.P. Morgan Securities LLC (JPMSUS3XXXX)

***We confirm your settlement instructions as follows:***
*Cash/Securities:* 0050-MORGAN STANLEY & CO LLC A/c 038Y10217

(a), (b) For a full description, please refer to the legends listed elsewhere on this confirmation.

1. *AVG PRICE SHOWN-DETAILS ON REQUEST

Introduced by J.P. Morgan Securities plc, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

This confirmation is issued in accordance with the rules of the Securities and Exchange Commission. Details of individual executions are available upon request.
We will assume you agree to this confirmation if we do not hear from you within 24 hours. For any queries, please contact J.P. Morgan Securities (Asia Pacific) Limited's Client Service Team at TEL: (852) 2800-8799; Fax: (852) 2525-3356.

## CONFIRMATION FOR SUB-ACCOUNT WF ASIAN RECONNAISSANCE FD LTD

(a) Arrangement Type Legend:

| | |
|---|---|
| I | The introducing broker on this transaction will receive a portion of the remuneration. Please contact J.P. MORGAN SECURITIES LLC for further details. |
| D | A portion of the remuneration received on this transaction may be remitted to the account. Please contact J.P. MORGAN SECURITIES LLC for further details. |
| N | Not applicable. |

(b) Trade Disclosure Legend:

| | |
|---|---|
| i | Non-Traditional products. See jpmorgan.com/NTF and the prospectus for special risks and features. |
| ii | Sold pursuant to registration statement or where prospectus otherwise required. |
| iii | Offering materials enclosed or to follow via email for online delivery or via postal service. |
| iv | These securities have not been registered under the US Securities Act of 1933, and may only be offered and sold pursuant to registration under the 1933 Act or an available exemption therefrom or in accordance with Regulation S. |
| v | The issuer of these securities is controlled by, controlling, or under common control with JPMS. |
| vi | J.P. MORGAN SECURITIES LLC makes a market in this security. |
| vii | A director of J.P. Morgan Securities LLC is also a director of the issuer. |
| viii | Callable Stock. Contact your broker for more information. |
| ix | 10B-18 |
| x | J.P. MORGAN SECURITIES LLC IS AN AFFILIATE OF THE ISSUER. |
| xi | WHEN, AS AND IF ISSUED |
| xii | Solicited |
| xiii | Unsolicited |
| xiv | We are acting fully or in part as Principal. Commission field is a Commission equivalent – details upon request. |
| xv | Short |
| xvi | Short Exempt |

Introduced by J.P. Morgan Securities plc, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

This confirmation is issued in accordance with the rules of the Securities and Exchange Commission. Details of individual executions are available upon request.
We will assume you agree to this confirmation if we do not hear from you within 24 hours. For any queries, please contact J.P. Morgan Securities (Asia Pacific) Limited's Client Service Team at TEL: (852) 2800-8799; Fax: (852) 2525-3356.

J.P. Morgan Securities LLC
Member of FINRA, NYSE, SIPC

Case 2:23-cv-04900-JAK-BFM   Document 81-1   Filed 12/30/24   Page 42 of 54   Page ID #:1279

## CONFIRMATION FOR SUB-ACCOUNT WF ASIAN RECONNAISSANCE FD LTD

1. IT IS AGREED BETWEEN YOU AND US THAT THIS TRANSACTION, AS DESCRIBED ON THE FACE HEREOF, IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS. THIS CONFIRMATION SHALL INURE TO OUR BENEFIT INCLUDING SUCCESSORS AND ASSIGNS AND SHALL BE CONCLUSIVE IF NOT OBJECTED TO PROMPTLY TO IN WRITING.

2. IF REQUIRED PAYMENT OR DELIVERY OF SECURITIES IS NOT MADE BY SETTLEMENT DATE, POSITIONS MAY BE CLOSED OUT AND APPROPRIATE CHARGES, INCLUDING INTEREST, MAY BE MADE TO YOUR ACCOUNT.

3. UNTIL FULLY PAID FOR, SECURITIES IN A CASH ACCOUNT, AS DEFINED BY REGULATION T, ARE OR MAY BE PERIODICALLY, WITHOUT PRIOR NOTICE, HYPOTHECATED OR REHYPOTHOCATED. UNDER CIRCUMSTANCES WHICH WILL PERMIT THE COMMINGLING OF INSTRUMENTS CARRIED FOR THE ACCOUNTS OF OTHER CUSTOMERS, FOR ANY AMOUNT, WHETHER UNDER GENERAL LOANS OR OTHERWISE, OR MAY BE LOANED OUT OR DELIVERED ON CONTRACTS FOR OTHER CUSTOMERS WITHOUT HAVING IN OUR POSSESSION AND CONTROL A LIKE AMOUNT OF SIMILAR INSTRUMENTS.

4. ON WRITTEN REQUEST, WE WILL FURNISH: THE TIME OF EXECUTION, NAME OF THE OTHER PARTY, IF APPLICABLE, AND DETAILS OF THE REMUNERATION RECEIVED FROM OTHER PERSONS WHEN WE ACT AS AGENT FOR SUCH PERSONS.

5. WITH RESPECT TO TRANSACTIONS INVOLVING AN OFFERING OF SECURITIES, THE UNDERWRITERS MAY OVER-ALLOT OR EFFECT TRANSACTIONS WHICH STABILIZE OR MAINTAIN THE MARKET PRICE OF SUCH SECURITIES AT A LEVEL ABOVE THAT WHICH MIGHT OTHERWISE PREVAIL IN THE OPEN MARKET. SUCH STABILIZING, IF COMMENCED, MAY BE DISCONTINUED AT ANY TIME.

6. IF THIS IS A TRANSACTION IN WHEN-ISSUED OR WHEN-DISTRIBUTED SECURITIES, THE FINAL FIGURES WILL BE FORWARDED TO YOU WHEN AVAILABLE IN A FINAL CONFIRMATION REFLECTING THE SETTLEMENT DATE, UPON ISSUE OR DELIVERY. SUCH TRANSACTIONS SHALL BE SETTLED OR CANCELLED AT SUCH TIME AND PLACE AND IN SUCH MANNER AS THE EXCHANGE OR MARKET TO WHOSE REQUIREMENTS THE TRANSACTION IS SUBJECT MAY DETERMINE. WE MAY REQUIRE SECURITY TO SECURE SUCH TRANSACTIONS AND MAY CLOSE OUT SUCH TRANSACTION IF SUCH SECURITY IS NOT FURNISHED.

7. THIS TRANSACTION AND ALL OTHER TRANSACTIONS WITH US HAVE BEEN ENTERED INTO IN CONSIDERATION OF EACH OTHER. IN THE EVENT THAT (I)YOU SHALL DEFAULT IN RESPECT OF THIS OR ANY OTHER TRANSACTION WITH US, (II)YOU APPLY FOR, CONSENT TO, OR ARE THE SUBJECT OF AN APPLICATION OR PETITION FOR THE APPOINTMENT OF OR THE TAKING OF POSSESSION BY A RECEIVER, CUSTODIAN TRUSTEE, LIQUIDATOR, OR SIMILAR PERSON OF YOURSELF OR OF ALL OR A SUBSTANTIAL PART OF YOUR PROPERTY, (III)YOU ADMIT, YOUR INABILITY OR BECOME GENERALLY UNABLE TO PAY YOUR DEBTS AS SUCH DEBTS BECOME DUE OR SHALL HAVE A NEGATIVE NET WORTH, (IV)YOU MAKE A GENERAL ASSIGNMENT FOR THE BENEFIT OF YOUR CREDITORS, (V)YOU FILE, OR HAVE FILED OR ENTERED AGAINST YOU, A PETITION OR ORDER FOR RELIEF UNDER TITLE 11 OF THE UNITED STATES CODE, AS AMENDED, OR ANY SIMILAR LAW OF ANY JURISDICTION REGARDING REORGANIZATION, LIQUIDATION, DISSOLUTION, INSOLVENCY OR RELIEF OF DEBTORS, (VI)YOU HAVE FILED AGAINST YOU AN APPLICATION FOR A PROTECTIVE DECREE UNDER SECTION 5 OF THE SECURITIES INVESTOR PROTECTION ACT OF 1970, AS AMENDED, (VII)WE BELIEVE THAT WE MAY NOT BE ABLE TO APPLY WITHOUT DELAY PROPERTY WE ARE HOLDING OR EXPECT TO RECEIVE FROM YOU AGAINST YOUR OBLIGATION, OR (VIII) WE BELIEVE THAT AN EVENT OR CIRCUMSTANCES HAS OCCURRED WHICH IN OUR JUDGMENT MATERIALLY IMPAIRS YOUR CREDITWORTHINESS OR ABILITY TO PERFORM YOUR OBLIGATIONS, WE MAY (A) CANCEL OR OTHERWISE LIQUIDATE THIS AND ANY OTHER TRANSACTION WITHOUT PRIOR NOTICE TO YOU ( AND YOU WILL BE LIABLE TO US FOR ANY RESULTING LOSS, COST AND EXPENSE, INCLUDING COST OF COLLECTION AND ATTORNEY'S FEES), (B) SET OFF ANY OBLIGATION TO YOU AGAINST ANY OF YOUR OBLIGATIONS TO US, OR OUR AFFILIATES, (C) REALIZE UPON PROPERTY SECURING ANY OBLIGATIONS TO US OR OUR AFFILIATES AND (D) TAKE ANY OTHER ACTION NECESSARY OR APPROPRIATE TO PROTECT AND ENFORCE OUR RIGHTS UNDER THIS OR ANY OTHER AGREEMENT BETWEEN YOU AND US OR OUR AFFILIATES, AND TO REDUCE ANY RISK TO US OF LOSS OR DELAY. ANY GRACE OR NOTICE PERIOD REQUIRED BY AGREEMENT OR CUSTOM PRIOR TO EXERCISE OF SUCH REMEDIES MAY BE SHORTENED OR ELIMINATED BY US IF, IN OUR DISCRETION, IT IS REASONABLE TO DO SO UNDER THE CIRCUMSTANCES. IN ORDER TO SECURE ANY OBLIGATIONS TO US OR OUR AFFILIATES UNDER THIS OR ANY OTHER TRANSACTION YOU HEREBY GRANT TO US A SECURITY INTEREST IN ALL SECURITIES MONEYS OR OTHER PROPERTY HERETOFORE OR HEREAFTER HELD BY OR FOR US OR OUR AFFILIATES. IN THE EVENT OF A BREACH OR DEFAULT HEREUNDER, WE SHALL HAVE ALL RIGHTS AND REMEDIES AVAILABLE TO A SECURED CREDITOR UNDER THE UNIFORM COMMERCIAL CODE AS THEN IN EFFECT IN NEW YORK IN ADDITION TO RIGHTS AND REMEDIES PROVIDED HEREIN OR OTHERWISE BY LAW.

8. ANY REPUDIATION, BREACH OR DEFAULT HEREUNDER SHALL CONSTITUTE AT JPMS.S ELECTION A DEFAULT UNDER ALL OTHER AGREEMENTS OR CONFIRMATIONS BETWEEN US. UPON ANY REPUDIATION, BREACH OR DEFAULT, JPMS SHALL BE ENTITLED, WITHOUT LIMITING OTHER RIGHTS OR REMEDIES IT MAY HAVE, TO LIQUIDATE, HEDGE OR OFFSET YOUR OBLIGATION BY SALE OF PROPERTY IN YOUR ACCOUNT(S), PURCHASE OF PROPERTY, CANCELLATION OF TRANSACTIONS, AND/OR OFFSET AGAINST OTHER ACCOUNTS YOU MAY HAVE AT JPMS OR OBLIGATIONS OF JPMS TO YOU. PURCHASES OR SALES MAY BE PUBLIC OR PRIVATE, AND MAY BE MADE WITHOUT NOTICE AND IN SUCH MANNER AS JPMS MAY IN ITS DISCRETION DETERMINE. YOU SHALL REMAIN LIABLE FOR ANY BALANCE DUE AND ANY LOSS INCURRED BY JPMS IN ACTING PURSUANT HERETO.

9. IF THIS TRANSACTION IS A SALE BY YOU OF AN INSTRUMENT NOT HELD IN YOUR ACCOUNT WITH US AND IT IS NOT MARKED SHORT, YOU REPRESENT THAT YOU OWN SUCH INSTRUMENT AND IT IS AGREED THAT YOU WILL PROMPTLY DELIVER SUCH INSTRUMENT TO US.

10. NO WAIVER, NOTICE, DEMAND OR FORBEARANCE ON THE PART OF JPMS SHALL BE DEEMED CONTINUING. IF ANY PROVISIONS HEREIN ARE OR BECOME INCONSISTENT WITH ANY LAW, RULE OR REGULATION, SUCH PROVISION SHALL BE DEEMED TO BE RESCINDED OR MODIFIED ACCORDINGLY AND IN ALL OTHER RESPECTS THIS CONFIRMATION SHALL NOT BE AFFECTED.

11. MONTHLY ACCOUNT STATEMENTS SHALL BE CONSIDERED ACCEPTED AND APPROVED BY YOU ABSENT WRITTEN NOTICE OF OBJECTION WITHIN TEN DAYS AFTER RECEIPT.

12. IF ANY PART OF THIS AGREEMENT IS HELD TO BE VOID OR UNENFORCEABLE OR INCONSISTENT WITH ANY OTHER AGREEMENT TO WHICH THIS CONFIRMATION RELATES, THIS SHALL NOT AFFECT THE VALIDITY OR ENFORCEABILITY OF THE REMAINING PARTS OF THE CONFIRMATION. IF THE TRANSACTION INVOLVES SECURITIES, THE PARTIES ACKNOWLEDGE THAT IT IS A "SECURITIES CONTRACT" UNDER 11 U.S.C. SECTION 741(7), AS AMENDED. YOU AGREE WE MAY RELY ON ALL INSTRUCTIONS WE BELIEVE TO BE GENUINE.

13. THIS CONFIRMATION IS SUBJECT TO: THE CONSTITUTION, BY-LAWS, CUSTOMS, AND INTERPRETATIONS OF THE EXCHANGE OR MARKETPLACE WHERE EXECUTED; ALL APPLICABLE FEDERAL LAWS AND REGULATIONS; AND SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK WITHOUT REGARD TO ITS CONFLICT OF LAWS PROVISION.

14. AMERICAN STYLE SHORT OPTION POSITIONS ARE LIABLE FOR ASSIGNMENT AT ANY TIME; EUROPEAN STYLE SHORT OPTIONS ARE SUBJECT TO ASSIGNMENT ONLY AT EXPIRATION.

15. THE "FEE" COLLECTED IS INTENDED TO OFFSET FEES CHARGED BY VARIOUS REGULATORY BODIES. THE AMOUNT COLLECTED MAY BE MORE OR LESS THAN THE AMOUNT ULTIMATELY PAID TO THE VARIOUS REGULATORY BODIES. IN THE EVENT OF THE FORMER, NO REIMBURSEMENT WILL BE DISTRIBUTED BACK TO YOU AND, IN THE EVENT OF THE LATTER, THERE WILL BE NO ADDITIONAL CHARGE MADE TO YOU.

16. THE ACTUAL YIELD OF AN ASSET-BACKED SECURITY (SECURITIES WHICH REPRESENT AN INTEREST IN OR ARE SECURED BY A POOL OR RECEIVABLES OR OTHER FINANCIAL ASSETS THAT ARE SUBJECT TO CONTINUOUS PREPAYMENT) MAY VARY ACCORDING TO THE RATE AT WHICH THE UNDERLYING ASSETS ARE PREPAID. ADDITIONAL INFORMATION CONCERNING THE FACTORS THAT AFFECT YIELD WILL BE FURNISHED UPON WRITTEN REQUEST.

17. JPMS OR AN AFFILIATE MAY ACT AS PRIMARY MARKET MAKER OR COMPETITIVE MARKET MAKER IN OPTION TRADES EXECUTED ON AN OPTIONS EXCHANGE, AND MAY HAVE A POSITION (LONG OR SHORT) IN SUCH SECURITIES AND MAY BE ON THE OPPOSITE SIDE OF PUBLIC ORDERS EXECUTED IN SUCH SECURITIES.

18. THIS CONFIRMATION IS COMPUTED FOR PAYMENT IN NEW YORK FUNDS ON SETTLEMENT DATE. IF PAYMENT IS MADE AT A LATER DATE, ADDITIONAL INTEREST TO DATE OF PAYMENT MAY BE CHARGED.

19. THIS CONFIRM AND OUR COMMUNICATIONS WITH YOU MADE IN CONNECTION WITH THE TRANSACTIONS REFERRED TO HEREIN CONTAIN(ED) (I) INFORMATION OBTAINED FROM MULTIPLE DIRECT, INDIRECT, AFFILIATED, UNAFFILIATED, PUBLIC AND PROPRIETARY DATA SOURCES (INCLUDING, BUT NOT LIMITED TO, IDENTIFYING INFORMATION, MARKET DATA, CALCULATED DATA, REFERENCE DATA, VALUATIONS, RATINGS, COUPON AND DIVIDEND RATES AND OTHER FUNDAMENTAL DATA), AND (II) INFORMATION WHICH IS CALCULATED BASED UPON SUCH INFORMATION (INCLUDING BUT NOT LIMITED TO, MARKET VALUES, ESTIMATED YIELD AND ESTIMATED ANNUAL INCOME). ALTHOUGH JPMS BELIEVE THESE SOURCES ARE REPUTABLE, JPMS DOES NOT INDEPENDENTLY REVIEW OR VERIFY SUCH INFORMATION AND NEITHER JPMS NOR ANY SUCH SOURCE WILL HAVE ANY DUTY OR OBLIGATION TO VERIFY, CORRECT, COMPLETE OR UPDATE ANY SUCH INFORMATION. SUCH INFORMATION IS BEING PROVIDED TO YOU WITH ALL FAULTS FOR USE ENTIRELY AT YOUR OWN RISK, WITHOUT ANY WARRANTY WHATSOEVER BY JPMS OR ANY SUCH SOURCE. NEITHER JPMS NOR ANY SUCH SOURCE SHALL HAVE ANY LIABILITY WHATSOEVER RELATING TO ANY INACCURACY OR LACK OF TIMELINESS OR COMPLETENESS OF SUCH INFORMATION OR ANY USE THEREOF OR FOR OMISSIONS THEREFROM NOR FOR ANY LOST PROFITS, INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES. MOREOVER, SUCH SOURCES RETAIN EXCLUSIVE PROPRIETARY RIGHTS IN SUCH INFORMATION. YOU SHALL USE SUCH INFORMATION ONLY FOR YOUR OWN USE AND PURPOSES AND NOT FOR USE (OTHER THAN IN CONNECTION WITH THE TRANSACTION FOR WHICH THE INFORMATION IS PROVIDED) OR RETRANSMISSION WITHOUT PRIOR WRITTEN APPROVAL OF THE SOURCE, OR FOR ANY UNLAWFUL OR UNAUTHORIZED PURPOSE.

20. THIS CONFIRMATION INCORPORATES, AND THE TRANSACTIONS CONFIRMED ARE HEREBY SUBJECT TO, ANY WRITTEN AGREEMENT BETWEEN YOU AND US. THE TERMS OF THIS CONFIRMATION GOVERN IN THE EVENT OF ANY INCONSISTENCY WITH THE TERM OF ANY OTHER AGREEMENTS.

21. ZERO COUPON ISSUES PAY NO PERIODIC INTEREST, MAY BE CALLED BELOW MATURITY VALUE, AND IF CALLED, MAY BE CALLED BELOW MATURITY VALUE WITHOUT NOTICE TO YOU UNLESS REGISTERED.

22. INSTRUMENTS SOLD, OFFERED OR RECOMMENDED ARE NOT DEPOSITS OR FDIC INSURED UNLESS WE DISCLOSE OTHERWISE.

23. YOUR CAPACITY WAS FOR YOUR OWN ACCOUNT UNLESS YOU EXPRESSLY SPECIFIED OTHERWISE TO US IN WRITING AND GAVE SUFFICIENT INFORMATION IN WRITING PRIOR TO THE TRANSACTION FOR US TO RELY UPON THE CREDIT OF ANOTHER PARTY IN YOUR CREDIT IN ANOTHER CAPACITY.

24. IF A DEFERRED COMMISSION OR OTHER CHARGE IS TO BE IMPOSED UPON REDEMPTION OR AS A CONDITION OF PAYMENT OF PRINCIPAL OR INTEREST, THE CUSTOMER MAY BE REQUIRED TO MAKE SUCH A PAYMENT. INFORMATION CONCERNING SUCH DEFERRED COMPENSATION OR OTHER CHARGE WILL BE FURNISHED UPON WRITTEN REQUEST.

25. NON-U.S. BROKER-DEALERS AFFILIATED WITH JPMS, INCLUDING BUT NOT LIMITED TO, J.P. MORGAN SECURITIES PLC, J.P. MORGAN SE, J.P. MORGAN SECURITIES CANADA INC., J.P. MORGAN WHITEFRIARS INC., J.P. MORGAN SECURITIES (FAR EAST) LIMITED, J.P. MORGAN SECURITIES (ASIA PACIFIC) LIMITED, J.P. MORGAN SECURITIES ASIA PRIVATE LIMITED, J.P. MORGAN SECURITIES (TAIWAN) LIMITED, J.P. MORGAN SECURITIES AUSTRALIA LIMITED, J.P. MORGAN SECURITIES PHILIPPINES, INC., J.P. MORGAN SECURITIES SINGAPORE PRIVATE LIMITED, AND PT J.P. MORGAN SECURITIES INDONESIA, ARE NOT MEMBERS OF THE SIPC.

26. J.P. MORGAN SECURITIES LLC ("JPMS") MAY PAY FROM TIME TO TIME FOR CERTAIN ORDER FLOW IN THE FORM OF DISCOUNTS, REBATES, REDUCTIONS OF FEES OR CREDITS. AS A RESULT OF SENDING ORDERS TO CERTAIN TRADING CENTERS, JPMS RECEIVES PAYMENT FOR ORDER FLOW IN THE FORM OF DISCOUNTS, REBATES, REDUCTIONS OF FEES OR CREDITS. UNDER SOME CIRCUMSTANCES, THE AMOUNT OF SUCH REMUNERATION MAY EXCEED THE AMOUNT THAT JPMS IS CHARGED BY SUCH TRADING CENTERS. THIS DOES NOT ALTER JPMS' POLICY TO ROUTE CUSTOMER ORDERS TO THE TRADING CENTER WHERE IT BELIEVES CLIENTS WILL RECEIVE THE BEST EXECUTION, TAKING INTO ACCOUNT PRICE, RELIABILITY, MARKET DEPTH, QUALITY OF SERVICE, SPEED, AND EFFICIENCY. ADDITIONAL DETAILS ARE AVAILABLE UPON REQUEST.

Introduced by J.P. Morgan Securities plc, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

This confirmation is issued in accordance with the rules of the Securities and Exchange Commission. Details of individual executions are available upon request.
We will assume you agree to this confirmation if we do not hear from you within 24 hours. For any queries, please contact J.P. Morgan Securities (Asia Pacific) Limited's Client Service Team at TEL: (852) 2800-8799; Fax: (852) 2525-3356.

**Goldman Sachs International (GSI)**

Plumtree Court | 25 Shoe Lane | London EC4A 4AU | England
Tel: ·
BIC:

GSI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority
and is a member of the London Stock Exchange.

## Notification of Trade Details - Original

---

To:  WF ASIAN RECONNAISSANCE FUND     Confirmation Ref:
     LIMITED - MS
                                      F.A.O:
                                      Dept:

                                      EMAIL:

Fund ID:
Account:

---

You have **Sold** on **Agent** terms

---

Trade Date          **Sep 26 2022**
Settlement Date     **Sep 28 2022**

Security Name       **GDS HOLDINGS LIMITED SPONSORED ADR CMN**
ISIN:               **US36165L1089**      Sedol:  **BD6FLL7**      Cusip:  **36165L108**      Ticker:  **GDS**

Quantity            **116,249**
Gross Price         **USD 20.444291**
Gross Consideration **USD 2,376,628.38**

---

Expenses:
        Sec Fee  USD 54.43
        Commission  USD 2,376.63

Total Expenses      **USD 2,431.06**              Net Price        **USD 20.423378**
Net Consideration   **USD 2,374,197.32**

---

Please **Deliver Versus Payment** at Place of Settlement: **The Depository Trust Company (DTCC) (BIC: DTCYUS33)**

To:  **GOLDMAN SACHS**                  From:  **CLIENT**
     **5208DTC ELIG.SECS.ONLY**                **0050DTC ELIG.SECS.ONLY**
     **ALL OTHERS**                            **ALL OTHERS**

---

Please email eq-sg-cmo@gs.com or alternatively contact your Primary Client Services Specialist if you have any queries
regarding this confirmation.

Execution Time and Venue Available on Request.
This transaction is subject to London Stock Exchange rules if it was, in whole or in part, 'on exchange' as defined in such rules. This security,
if purchased by a customer or for his account, may be pledged until payment is made, either separately or together with other customers'
securities, either for the sum due to Goldman Sachs International or, if pledged with other securities, for a greater amount, all without further
notice to the customer. Should you note any discrepancies in the trade details shown, please contact us immediately so that we can resolve
any disputes. You will subsequently receive a hard copy form which will serve as the official trade confirmation and will take precedence in the
event of any discrepancy with the terms shown here.

# Email Notice of Execution message

Sanford C. Bernstein
London +44 (0)20 7 170 5000
New York +1 212 756 4184
Hong Kong +852 2918 5768
India +91 22 68421410
Private & Confidential

## This is a NEW Notice of Execution

| | |
|---|---|
| Attention of: | WARD  FERRY,OPERATIONS |
| Company: | |
| Email/Fax Address: | |
| From Email: | |
| Date: | Sep 26, 2022 |
| Trade Reference: | |
| Security: | GDS HOLDINGS LTD - ADR |
| Ticker: | GDS |
| SEDOL Code: | BD6FLL7 |
| ISIN Code: | US36165L1089 |

### We have SOLD for you as AGENT

> **160,000.000** shares in **GDS HOLDINGS LTD - ADR** at a price of **USD 20.7182**

Traded on **Sep 26, 2022** . Settlement due on **Sep 28, 2022.**

### Charges

| | | |
|---|---|---|
| Gross Consideration: | USD | 3,314,912.00 |
| Commission: | USD | 3,314.91 |
| Local Fee: | USD | 75.92 |
| Local Tax: | USD | 0.00 |
| Stamp Duty: | USD | 0.00 |
| Net Consideration: | USD | 3,311,521.17 |

Account Breakdown:

| | Qty | Gross Consideration | Commission | Fee | Transaction Tax | Stamp Duty | Net Consideration |
|---|---|---|---|---|---|---|---|
| WF RECO FUND (MS) | 160,000.000 | 3,314,912.00 | 3,314.91 | 75.92 | 0.00 | 0.00 | 3,311,521.17 |

> We will receive versus payment
>
> Our Delivery Instructions: Clearing system Account:

> Consideration for settlement is **3,311,521.17** settling in **USD (US Dollar)**

*This notice of execution is for informational purposes only and is not the formal trade confirmation or contract note that may be required by local law. A formal trade confirmation or contract note will be provided to you separately as required. If the information in this notice of execution is incorrect, please notify your Sanford C. Bernstein representative immediately. For institutional clients who have been onboarded with our Irish entity, Sanford C. Bernstein Ireland Limited ("SCBIL"), SCBIL may have either acted as a receiving and transmitting broker in respect of this transaction in passing your order to its affiliate, or it may have introduced you to its affiliate for them to execute directly with you.*

# Email Notice of Execution message

Sanford C. Bernstein
London +44 (0)20 7 170 5000
New York +1 212 756 4184
Hong Kong +852 2918 5768
India +91 22 68421410
Private & Confidential

## This is a NEW Notice of Execution

Attention of:              WARD_FERRY,OPERATIONS
Company:
Email/Fax Address:

From Email:
Date:                      Sep 27, 2022
Trade Reference:

Security:                  GDS HOLDINGS LTD - ADR
Ticker:                    GDS
SEDOL Code:                BD6FLL7
ISIN Code:                 US36165L1089

### We have SOLD for you as AGENT

**33,468.000** shares in **GDS HOLDINGS LTD - ADR** at a price of **USD 20.5430**

Traded on **Sep 27, 2022** . Settlement due on **Sep 29, 2022**.

### Charges

| | | |
|---|---|---|
| Gross Consideration: | USD | 687,533.12 |
| Commission: | USD | 687.53 |
| Local Fee: | USD | 15.75 |
| Local Tax: | USD | 0.00 |
| Stamp Duty: | USD | 0.00 |
| Net Consideration: | USD | 686,829.84 |

Account Breakdown:

| | Qty | Gross Consideration | Commission | Fee | Transaction Tax | Stamp Duty | Net Consideration |
|---|---|---|---|---|---|---|---|
| WF RECO FUND (MS) | 33,468.000 | 687,533.12 | 687.53 | 15.75 | 0.00 | 0.00 | 686,829.84 |

We will receive versus payment

Our Delivery        Clearing system
Instructions:       Account:

Consideration for settlement is **686,829.84** settling in **USD (US Dollar)**

**\*\*\* Comments \*\*\***
Trade Swept to As Of Account - Automatic

*This notice of execution is for informational purposes only and is not the formal trade confirmation or contract note that may be required by local law. A formal trade confirmation or contract note will be provided to you separately as required. If the information in this notice of execution is incorrect, please notify your Sanford C. Bernstein representative immediately. For institutional clients who have been onboarded with our Irish entity, Sanford C. Bernstein Ireland Limited ("SCBIL"), SCBIL may have either acted as a receiving and transmitting broker in respect of this transaction in passing your order to its affiliate, or it may have introduced you to its affiliate for them to execute directly with you.*

**Goldman Sachs International (GSI)**



Plumtree Court | 25 Shoe Lane | London EC4A 4AU | England
Tel: +44 (20) 7774-1000
BIC: GSILGB2X

GSI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority
and is a member of the London Stock Exchange.

## Notification of Trade Details - Original

| To: | WF ASIAN RECONNAISSANCE FUND LIMITED - MS | Confirmation Ref: |
|---|---|---|

F.A.O:
Dept:

EMAIL:

Fund ID:
Account:

**You have Sold on Agent terms**

| Trade Date | **Sep 27 2022** |
|---|---|
| Settlement Date | **Sep 29 2022** |

| Security Name | **GDS HOLDINGS LIMITED SPONSORED ADR CMN** | | | | | | |
|---|---|---|---|---|---|---|---|
| ISIN: | **US36165L1089** | Sedol: | **BD6FLL7** | Cusip: | **36165L108** | Ticker: | **GDS** |

| Quantity | **200,000** |
|---|---|
| Gross Price | **USD 19.9658** |
| Gross Consideration | **USD 3,993,160.00** |

Expenses:

 Sec Fee  USD 91.45
 Commission  USD 3,993.16

| Total Expenses | **USD 4,084.61** | | Net Price | **USD 19.945377** |
|---|---|---|---|---|
| Net Consideration | **USD 3,989,075.39** | | | |

Please **Deliver Versus Payment** at Place of Settlement: **The Depository Trust Company (DTCC) (BIC: DTCYUS33)**

| To: | **GOLDMAN SACHS** | From: | **CLIENT** |
|---|---|---|---|
| | **5208DTC ELIG.SECS.ONLY** | | **0050DTC ELIG.SECS.ONLY** |
| | **ALL OTHERS** | | **ALL OTHERS** |

Please email eq-sg-cmo@gs.com or alternatively contact your Primary Client Services Specialist if you have any queries
regarding this confirmation.

Execution Time and Venue Available on Request.
This transaction is subject to London Stock Exchange rules if it was, in whole or in part, 'on exchange' as defined in such rules. This security, if purchased by a customer or for his account, may be pledged until payment is made, either separately or together with other customers' securities, either for the sum due to Goldman Sachs International or, if pledged with other securities, for a greater amount, all without further notice to the customer. Should you note any discrepancies in the trade details shown, please contact us immediately so that we can resolve any disputes. You will subsequently receive a hard copy form which will serve as the official trade confirmation and will take precedence in the event of any discrepancy with the terms shown here.



# TRADE ADVICE

To:      Ward Ferry Management Limited                September 28, 2022

Fax:

Attention:

From:      CLSA Americas, LLC

Attn: Kenneth Bell / Hope White      Phone: (212) 408-5612/5889 Fax: (917) 849-5505

| **We confirm that acting as agent, we have** | | **SELL** | **Breakdown of Fees, Taxes or Duties** | |
|---|---|---|---|---|
| Stock: | GDS HOLDINGS LTD - ADR | | SEC Fee | 53.67 USD |
| Symbol: | | GDS | | |
| Sedol: | | BD6FLL7 | | |
| Isin: | | US36165L1089 | | |
| Side: | | SELL | | |
| Quantity: | | 122805 | | |
| Price: | 19.0847 | USD | | |
| Principal: | 2,343,696.58 | USD | | |
| Commission: | 2,343.69 | USD | | |
| Broker Fee: | 53.67 | USD | | |
| Net Money: | 2,341,299.22 | USD @ 19.07 | | |
| Trade Date: | 28-Sep-2022 | | | |
| Settle Date: | 30-Sep-2022 | | | |
| Ref Acct: | WF Asian Reconnaissance Fund Ltd | | | |

**CLSA Americas, LLC Settlement instructions are:**      **We know your Settlement Instructions as:**

Merrill Lynch                      Morgan Stanley & Co. Incorporated

NSCC: CLSA

CLSA Americas LLC. provides this transactional data for your informational purposes only.CLSA Americas LLC. believes the data to be reliable, but does not guarantee its accuracy. You will receive an Official Trade Confirmation of the transaction from our clearing agent.  Please direct all inquiries regarding this Advice to:  nyops@clsa.com or 212 408-5889 / 5929

**Goldman Sachs International (GSI)**

Plumtree Court | 25 Shoe Lane | London EC4A 4AU | England
Tel:
BIC:

GSI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority
and is a member of the London Stock Exchange.

## Notification of Trade Details - Original

To:   WF ASIAN RECONNAISSANCE FUND         Confirmation Ref:
      LIMITED - MS
                                           F.A.O:
                                           Dept:

                                           EMAIL:

Fund ID:
Account:

**You have Sold on Agent terms**

| | |
|---|---|
| Trade Date | **Sep 28 2022** |
| Settlement Date | **Sep 30 2022** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Security Name | **GDS HOLDINGS LIMITED SPONSORED ADR CMN** | | | | | | |
| ISIN: | **US36165L1089** | Sedol: | **BD6FLL7** | Cusip: | **36165L108** | Ticker: | **GDS** |

| | |
|---|---|
| Quantity | **103,998** |
| Gross Price | **USD 18.682506** |
| Gross Consideration | **USD 1,942,943.26** |

Expenses:
      Sec Fee  USD 44.50
      Commission  USD 1,942.94

| | | | |
|---|---|---|---|
| Total Expenses | **USD 1,987.44** | Net Price | **USD 18.663396** |
| Net Consideration | **USD 1,940,955.82** | | |

Please **Deliver Versus Payment** at Place of Settlement: **The Depository Trust Company (DTCC) (BIC: DTCYUS33)**

| To: | **GOLDMAN SACHS** | From: | **CLIENT** |
|---|---|---|---|
| | **5208DTC ELIG.SECS.ONLY** | | **0050DTC ELIG.SECS.ONLY** |
| | **ALL OTHERS** | | **ALL OTHERS** |

Please email eq-sg-cmo@gs.com or alternatively contact your Primary Client Services Specialist if you have any queries
regarding this confirmation.

Execution Time and Venue Available on Request.
This transaction is subject to London Stock Exchange rules if it was, in whole or in part, 'on exchange' as defined in such rules. This security, if purchased by a customer or for his account, may be pledged until payment is made, either separately or together with other customers' securities, either for the sum due to Goldman Sachs International or, if pledged with other securities, for a greater amount, all without further notice to the customer. Should you note any discrepancies in the trade details shown, please contact us immediately so that we can resolve any disputes. You will subsequently receive a hard copy form which will serve as the official trade confirmation and will take precedence in the event of any discrepancy with the terms shown here.

# Email Notice of Execution message

Sanford C. Bernstein
London +44 (0)20 7 170 5000
New York +1 212 756 4184
Hong Kong +852 2918 5768
India +91 22 68421410
Private & Confidential

## This is a NEW Notice of Execution

| | |
|---|---|
| Attention of: | WARD_FERRY,OPERATIONS |
| Company: | |
| Email/Fax Address: | |

| | |
|---|---|
| From Email: | |
| Date: | Sep 28. 2022 |
| Trade Reference: | |

| | |
|---|---|
| Security: | GDS HOLDINGS LTD - ADR |
| Ticker: | GDS |
| SEDOL Code: | BD6FLL7 |
| ISIN Code: | US36165L1089 |

### We have SOLD for you as AGENT

**100,000.000** shares in **GDS HOLDINGS LTD - ADR** at a price of **USD 18.8874**

Traded on **Sep 28, 2022** . Settlement due on **Sep 30, 2022**.

### Charges

| | | |
|---|---|---|
| Gross Consideration: | USD | 1,888,740.00 |
| Commission: | USD | 1,888.74 |
| Local Fee: | USD | 43.26 |
| Local Tax: | USD | 0.00 |
| Stamp Duty: | USD | 0.00 |
| Net Consideration: | USD | 1,886,808.00 |

Account Breakdown:

| | Qty | Gross Consideration | Commission | Fee | Transaction Tax | Stamp Duty | Net Consideration |
|---|---|---|---|---|---|---|---|
| WF RECO FUND (MS) | 100,000.000 | 1,888,740.00 | 1,888.74 | 43.26 | 0.00 | 0.00 | 1,886,808.00 |

| We will receive versus payment | |
|---|---|
| Our Delivery Instructions: | Clearing system Account: |

Consideration for settlement is **1,886,808.00** settling in **USD (US Dollar)**

*This notice of execution is for informational purposes only and is not the formal trade confirmation or contract note that may be required by local law. A formal trade confirmation or contract note will be provided to you separately as required. If the information in this notice of execution is incorrect, please notify your Sanford C. Bernstein representative immediately. For institutional clients who have been onboarded with our Irish entity, Sanford C. Bernstein Ireland Limited ("SCBIL"), SCBIL may have either acted as a receiving and transmitting broker in respect of this transaction in passing your order to its affiliate, or it may have introduced you to its affiliate for them to execute directly with you.*



Liquidnet Asia Ltd
24th Floor
28 Hennessy Road, Wanchai
Hong Kong
T +852 3798 6900 F +852 3798 6789
www.liquidnet.com
Produced on 28-SEP-2022 21:32:38

## TRADE CONFIRMATION

Attention:
Ward Ferry Management Limited
WF ASIAN RECONNAISSANCE FUND LTD/RECONNAISSANCE

We hereby confirm that you have **SOLD** the following security:

| | |
|---|---|
| Security Name: | GDS Holdings Limited ADR Representing 8 Ord Shs |
| Security Identifiers (ISIN): | US36165L1089 |
| (SEDOL): | BD6FLL7 |
| (CUSIP): | 36165L108 |
| Quantity: | 51,500 shares |
| Local Price: | 19.249000 USD |
| Trade Date: | 28-SEP-2022 |
| Settlement Date: | 30-SEP-2022 |
| Gross Consideration: | 991,323.50 USD |
| Commission plus RPA/CSA: | 594.79 USD |
| SEC Fee: | 22.71 USD |
| Net Settlement Amount: | 990,706.00 USD |
| Liquidnet Reference Number: | 55198823 |

| | Our Settlement Instructions | Your Settlement Instructions |
|---|---|---|
| Sub Agent: | GOLDMAN, SACHS AND CO. | MORGAN STANLEY NY |
| Sub Agent BIC: | GOLDUS33XX | |
| Custodian: | GOLDMAN, SACHS AND CO. | |
| Custodian BIC: | GOLDUS33XXX | |
| A/C Number: | | |
| A/C Reference: | | None |
| Depository Name: | DTC | DTC |
| Depository ID: | DTCYID/00000005 | 0050 |

Please revert back to Liquidnet Asia Ltd, within twenty-four hours of trade date, should you have any discrepancy with the details on this trade confirmation. Please contact the Trade Support group on
        or send an email to aptradesupport@liquidnet.com detailing your concerns.
Information about the time of the transaction will be supplied upon request.
LNAL introduced this transaction on your behalf for execution by LNI, acting as agent.

The information contained herein is provided by Liquidnet Asia Ltd from information supplied by third parties (including you). Liquidnet Asia Ltd shall not be liable to any person for any loss or damage incurred

as a result of any inaccuracy in such information.

With Regards,
Liquidnet Asia Ltd
Liquidnet Asia Limited is regulated by
the Hong Kong Securities and Futures
Commission with respect to regulated
activities in Hong Kong; and is
recognised as a Recognised Market
Operator by the Monetary Authority
of Singapore.
Registered in Hong Kong No. 1025259.
Liquidnet Asia Limited is a member of
the Stock Exchange of Hong Kong

## Goldman Sachs International (GSI)

Plumtree Court | 25 Shoe Lane | London EC4A 4AU | England
Tel:
BIC:

GSI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority
and is a member of the London Stock Exchange.



# Notification of Trade Details - Original

| To: | WF ASIAN RECONNAISSANCE FUND LIMITED - MS | Confirmation Ref: |
|-----|---|---|
| | | F.A.O:<br>Dept: |
| | | EMAIL: |

Fund ID:
Account:

**You have Sold on Agent terms**

| Trade Date | **Sep 29 2022** |
| Settlement Date | **Oct 03 2022** |

| Security Name | **GDS HOLDINGS LIMITED SPONSORED ADR CMN** | | | | | | |
|---|---|---|---|---|---|---|---|
| ISIN: | **US36165L1089** | Sedol: | **BD6FLL7** | Cusip: | **36165L108** | Ticker: | **GDS** |

| Quantity | **128,780** |
| Gross Price | **USD 17.241039** |
| Gross Consideration | **USD 2,220,301.00** |

Expenses:
    Sec Fee  USD 50.85
    Commission  USD 2,220.30

| Total Expenses | **USD 2,271.15** | | Net Price | **USD 17.223403** |
| Net Consideration | **USD 2,218,029.85** |

**Please Deliver Versus Payment at Place of Settlement: The Depository Trust Company (DTCC) (BIC: DTCYUS33)**

| To: | **GOLDMAN SACHS**<br>**5208DTC ELIG.SECS.ONLY**<br>**ALL OTHERS** | From: | **CLIENT**<br>**0050DTC ELIG.SECS.ONLY**<br>**ALL OTHERS** |
|-----|---|---|---|

Please email eq-sg-cmo@gs.com or alternatively contact your Primary Client Services Specialist if you have any queries
regarding this confirmation.

Execution Time and Venue Available on Request.
This transaction is subject to London Stock Exchange rules if it was, in whole or in part, 'on exchange' as defined in such rules. This security,
if purchased by a customer or for his account, may be pledged until payment is made, either separately or together with other customers'
securities, either for the sum due to Goldman Sachs International or, if pledged with other securities, for a greater amount, all without further
notice to the customer. Should you note any discrepancies in the trade details shown, please contact us immediately so that we can resolve
any disputes. You will subsequently receive a hard copy form which will serve as the official trade confirmation and will take precedence in the
event of any discrepancy with the terms shown here.



EXPRESS WORLDWIDE DOX *DHL*

2024-12-12 MYDHL+ 1.0 / *30-0821*

From : WFM Asia (HK) Limited

Origin:

To : GDS Holdings Limited Securities Litigation    Contact:
Strategic Claims Services                           Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
**19063 MEDIA  Pennsylvania**
 United States of America

# US-PHL-NJS PHLC

| Day | Time | Piece |
|-----|------|-------|

Pce/Shpt Weight

**0.5 kg    1 / 1**

DEC 1 6 2024

**ADI**

Ref: