# EXHIBIT 3

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN, <br><br> Defendants. | Case No. 2:23-cv-04900-JAK-BFM <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF LAURENCE M. ROSEN CONCERNING PRELIMINARY ATTORNEYS' FEES AND EXPENSES** <br><br> Date: February 10, 2024 <br> Time: 8:30 A.M. <br> Courtroom: 10C <br> Judge: Hon. John A. Kronstadt |

1

I, Laurence M. Rosen, declare as follows:

1.     I am the Managing Partner of The Rosen Law Firm, P.A. ("Rosen Law"), Court-appointed Lead Counsel in the above-captioned Action. I am an attorney duly licensed to practice law in California and before this Court. I submit this Declaration in support of the application for an award of attorneys' fees and reimbursement of litigation expenses incurred by Rosen Law in connection with services rendered in this Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.     Rosen Law has been involved in this Action since its inception in June 2023 and continuing throughout all other aspects of this litigation.

3.     Rosen Law has rendered the following legal services in connection with the prosecution of this Action: (a) conducted an extensive factual investigation, which included the review of publicly available documents about GDS Holdings Limited ("GDS") and the individual defendants; (b) filed the initial complaint; (c) filed a motion for appointment of lead plaintiff and lead counsel; (d) consulted with a private investigator relating to the allegations in this Action; (e) consulted with a damages expert; (f) researched, drafted and filed the Amended Class Action Complaint ("Amended Complaint"); (g) opposed Defendant GDS's motion to dismiss the Amended Complaint; (h) participated in a mediation with Jed Melnick, Esq. of JAMS, including drafting a detailed mediation statement and reviewing Defendants' mediation statement; (i) negotiated an agreement on the terms of a settlement; (j) negotiated the written settlement documents; (k) presented those settlement terms to this Court by way of a motion for preliminary approval of the proposed settlement; (l) attended a hearing on the preliminary approval motion and submitted supplemental information per the Court's request; (m) oversaw the provision of Notice to the proposed Settlement Class and monitored the work of the

DECLARATION OF LAURENCE M. ROSEN; No. 2:23-cv-04900-JAK-BFM

Claims Administrator; and (n) prepared a motion for final approval of the Settlement.

4. Attached hereto as Exhibit A is a detailed summary indicating the amount of time spent by each Rosen Law attorney who worked at least five hours on the Action from its inception through and including December 19, 2024, and the lodestar calculation for those individuals based on their hourly rate at the time the work was performed. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by Rosen Law. The hours reflected in Exhibit A incorporate the adjustments made by the Court in its Amended Preliminary Approval Order (Dkt. No. 76). The hourly rates reflect Rosen Law's then-current hourly rates, support for which is provided in the accompanying Memorandum of Points and Authorities in Support of Motion for Award of Attorneys' Fees and Expenses and Awards to Plaintiffs.

5. I have reviewed these time and expense records to prepare this Declaration. The purpose of this review was to confirm both the accuracy of the time entries and expenses and the necessity for, and reasonableness of, the time and expenses committed to the litigation. I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment will be sought, as stated in this Declaration, are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation.

6. My firm's rates are set based on periodic analysis of rates used by firms performing comparable work and that have been approved by courts. The hourly rates for the time spent in 2023 on this Action by attorneys from my firm are the same rates as those approved in 2023 in the matter *In re FAT Brands, Inc. Sec. Litig.,* Case No. 2:22-cv-1820-MCS-RAO (C.D. Cal.) (Dkt. Nos. 67-2, 71). The hourly rates for the time spent in 2024 on this Action by attorneys from my firm are the same rates as those approved in 2024 in the matter *Oh v. Hanmi Fin. Corp.,*

3

DECLARATION OF LAURENCE M. ROSEN; No. 2:23-cv-04900-JAK-BFM

Case No. 2:20-cv-2844-FLA-JCx (C.D. Cal.) (Dkt. Nos. 94-4, 98). Different timekeepers within the same employment category (*e.g.,* partners, counsel, associates) may have different rates based on a variety of factors, including years of practice, years at the firm, year in the current position (*e.g.,* years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at our firm or other firms. In 2024, the hourly rates for Rosen Law attorneys increased due to the factors discussed herein as well as promotions and inflation.

7.     As detailed in Exhibit A, the total number of hours expended on this Action by my firm for attorneys who worked at least five hours on this Action from its inception through December 19, 2024 is 390.4 hours (329.8 incorporating the Court's adjustments). The total lodestar for my firm for that period based on the timekeepers' historical and current hourly rates is $316,045.00 ($269,357.50 with the Court's adjustments). My firm's lodestar figures are based upon the firm's hourly rates, which do not include costs for expense items.

8.     I anticipate that Rosen Law will perform approximately 30 hours of additional professional work in this Action following this submission in connection with, *inter alia*, drafting final approval reply papers, traveling to and attending the Settlement Hearing, administration of the Settlement, communications with class members, overseeing the Claims Administrator in its claims processing function, and filing a motion for distribution.

9.     Attached hereto as Exhibits B and C are two charts summarizing the work Lead Counsel performed in the Action through December 19, 2024, in the format outlined in the Court's Initial Standing Order for Civil Cases ("Standing Order") at ¶10(e) and Exhibit G thereto. Specifically, Exhibit B is a chart setting forth nine major tasks undertaken by Lead Counsel in the Action, and a breakdown, for each task, of the hours spent by each attorney who worked on that task (as originally recorded and as adjusted by the Court's Amended Preliminary Approval

DECLARATION OF LAURENCE M. ROSEN; No. 2:23-cv-04900-JAK-BFM

Order), their hourly rates in effect when the work was performed, and their historic-rate lodestar (and adjusted lodestar) for work on that task, with subtotals for each task. Exhibit C sets forth the same information in another format. It provides a list of all attorneys with their rates, total hours (as recorded and as adjusted), and lodestar (same), and a breakdown of how much time they devoted to each of the nine tasks. As with Exhibit A, only attorneys who worked at least five hours on this Action are included in Exhibits B and C. Lead Counsel will email the Court the time entries in addition to the summary tables as noted in Exhibit G of the Standing Order.

10.    Attached hereto as Exhibit D is a chart summarizing Rosen Law's expenses incurred to date in connection with the prosecution of this Action. As detailed in Exhibit D, my firm has incurred $40,464.11 in expenses to date in connection with this Action. Expense items are recorded separately, and these amounts are not duplicated in my firm's hourly rates. The expenses incurred in this Action are reflected in the records of my firm, which are regularly prepared and maintained in the ordinary course of business. These records are prepared from expense vouchers, check records, and financial statements and are an accurate record of the expenses incurred.

11.    Copies of Exhibits A, B, C, and D are being provided to the Court in Excel format, as per the Court's Standing Order.

12.    A copy of Rosen Law's firm résumé is attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2024.

/s/*Laurence M. Rosen*

5

DECLARATION OF LAURENCE M. ROSEN; No. 2:23-cv-04900-JAK-BFM

# EXHIBIT A

**LODESTAR CHART**

| Attorney* | Hourly Rate | Hours | Adjusted Hours | Lodestar | Adjusted Lodestar |
|---|---|---|---|---|---|
| Phillip Kim (P) (2024) | $1,150 | 26.5 | 26.2 | $30,475.00 | $30,130.00 |
| Phillip Kim (P) (2023) | $975 | 20.1 | 19.7 | $19,597.50 | $19,207.50 |
| Joshua Baker (C) (2024) | $850 | 185.8 | 149.3 | $157,930.00 | $126,905.00 |
| Joshua Baker (A) (2023) | $725 | 91.9 | 79.4 | $66,627.50 | $57,565.00 |
| Erica Stone (C) (2024) | $850 | 18.9 | 18.9 | $16,065.00 | $16,065.00 |
| Erica Stone (C) (2023) | $800 | 0.6 | 0.0 | $480.00 | $0.00 |
| Ryan Hedrick (A) (2024) | $600 | 21.7 | 17.1 | $13,020.00 | $10,260.00 |
| Ryan Hedrick (A) (2023) | $550 | 3.1 | 2.5 | $1,705.00 | $1,375.00 |
| Ian McDowell (A) (2024) | $500 | 0.5 | 0.5 | $250.00 | $250.00 |
| Ian McDowell (A) (2023) | $500 | 6.2 | 6.2 | $3,100.00 | $3,100.00 |
| Henry Bloxenheim (A) (2024) | $450 | 15.1 | 10.0 | $6,795.00 | $4,500.00 |
| **TOTALS:** | | **390.4** | **329.8** | **$316,045.00** | **$269,357.50** |

* Partner (P), Counsel (C), Associate (A).

# EXHIBIT B

| Table 1 | | | | | |
|---|---|---|---|---|---|
| Task 1: Initial Investigation, Complaint, and Case Filing | | | | | |
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |
| Phillip Kim (2023) Partner | $975 | 3.1 | 3.1 | $3,022.50 | $3,022.50 |
| Ian McDowell (2023) Associate | $500 | 2.9 | 2.9 | $1,450.00 | $1,450.00 |
| **Task 1 Sum:** | | **6.0** | **6.0** | **$4,472.50** | **$4,472.50** |
| Task 2: Lead Plaintiff Motion and Appointment | | | | | |
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |
| Phillip Kim (2023) Partner | $975 | 7.5 | 7.5 | $7,312.50 | $7,312.50 |
| Erica Stone (2023) Counsel | $800 | 0.3 | 0.0 | $240.00 | $0.00 |
| Ryan Hedrick (2023) Associate | $550 | 0.6 | 0.0 | $330.00 | $0.00 |
| Ian McDowell (2023) Associate | $500 | 3.3 | 3.3 | $1,650.00 | $1,650.00 |
| **Task 2 Sum:** | | **11.7** | **10.8** | **$9,532.50** | **$8,962.50** |
| Task 3: Amended Complaint and Investigation | | | | | |
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |
| Phillip Kim (2023) Partner | $975 | 5.4 | 5.4 | $5,265.00 | $5,265.00 |
| Joshua Baker (2023) Associate | $725 | 86.1 | 75.0 | $62,422.50 | $54,375.00 |
| **Task 3 Sum:** | | **91.5** | **80.4** | **$67,687.50** | **$59,640.00** |

| Task 4: Motion to Dismiss | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |
| Phillip Kim (2024)Partner | $1,150 | 0.3 | 0.0 | $345.00 | $0.00 |
| Joshua Baker (2024) Counsel | $850 | 101.5 | 70.0 | $86,275.00 | $59,500.00 |
| **Task 4 Sum:** | | **101.8** | **70.0** | **$86,620.00** | **$59,500.00** |
| Task 5: Order to Show Cause | | | | | |
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |
| Phillip Kim (2023) Partner | $975 | 0.4 | 0.0 | $390.00 | $0.00 |
| Joshua Baker (2023) Associate | $725 | 2.9 | 2.0 | $2,102.50 | $1,450.00 |
| Erica Stone (2023) Counsel | $800 | 0.3 | 0.0 | $240.00 | $0.00 |
| **Task 5 Sum:** | | **3.6** | **2.0** | **$2,732.50** | **$1,450.00** |
| Task 6: Mediation | | | | | |
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |
| Phillip Kim (2024) Partner | $1,150 | 10.2 | 10.2 | $11,730.00 | $11,730.00 |
| Joshua Baker (2024) Counsel | $850 | 20.9 | 20.9 | $17,765.00 | $17,765.00 |
| **Task 6 Sum:** | | **31.1** | **31.1** | **$29,495.00** | **$29,495.00** |
| Task 7: Settlement Agreement Negotiation and Drafting | | | | | |
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |

| Phillip Kim (2024) Partner | $1,150 | 4.3 | 4.3 | $4,945.00 | $4,945.00 |
|---|---|---|---|---|---|
| Phillip Kim (2023) Partner | $975 | 1.0 | 1.0 | $975.00 | $975.00 |
| Joshua Baker (2024) Counsel | $850 | 15.0 | 10.0 | $12,750.00 | $8,500.00 |
| Joshua Baker (2023)Associate | $725 | 0.5 | 0.0 | $362.50 | $0.00 |
| Erica Stone (2024) Counsel | $850 | 4.1 | 4.1 | $3,485.00 | $3,485.00 |
| Ryan Hedrick (2024) Associate | $600 | 14.6 | 10.0 | $8,760.00 | $6,000.00 |
| Henry Bloxenheim (2024) Associate | $450 | 15.1 | 10.0 | $6,795.00 | $4,500.00 |
| **Task 7 Sum:** | | **54.6** | **39.4** | **$38,072.50** | **$28,405.00** |
| Task 8: Miscellaneous Court Filings and Administration | | | | | |
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |
| Phillip Kim (2024) Partner | $1,150 | 5.7 | 5.7 | $6,555.00 | $6,555.00 |
| Phillip Kim (2023) Partner | $975 | 2.7 | 2.7 | $2,632.50 | $2,632.50 |
| Joshua Baker (2024) Counsel | $850 | 2.9 | 2.9 | $2,465.00 | $2,465.00 |
| Joshua Baker (2023) Associate | $725 | 2.4 | 2.4 | $1,740.00 | $1,740.00 |
| Erica Stone (2024) Counsel | $850 | 1.5 | 1.5 | $1,275.00 | $1,275.00 |

| Attorney | Rate | Hours | Adjusted Hours | Fee | Adjusted Fee |
|---|---|---|---|---|---|
| Ryan Hedrick (2023) Associate | $550 | 2.5 | 2.5 | $1,375.00 | $1,375.00 |
| **Task 8 Sum:** | | **17.7** | **17.7** | **$16,042.50** | **$16,042.50** |
| Task 9: Settlement Administration and Final Approval Motions* | | | | | |
| **Attorney** | **Rate** | **Hours** | **Adjusted Hours** | **Fee** | **Adjusted Fee** |
| Phillip Kim (2024) Partner | $1,150 | 6.0 | N/A | $6,900.00 | N/A |
| Joshua Baker (2024) Counsel | $850 | 45.5 | N/A | $38,675.00 | N/A |
| Erica Stone (2024)Counsel | $850 | 13.3 | N/A | $11,305.00 | N/A |
| Ryan Hedrick (2024) Associate | $600 | 7.1 | N/A | $4,260.00 | N/A |
| Ian McDowell (2024) Associate | $500 | 0.5 | N/A | $250.00 | N/A |
| **Task 9 Sum:** | | **72.4** | **N/A** | **$61,390.00** | **N/A** |

*includes time spent on preliminary approval motion papers post-dating Lead Counsel's prior submission

# EXHIBIT C

| Table 2 | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Rate** | **HOURS BY TASK** | | | **TOTALS** |
| | | **Task** | **Total Hours Spent by Attorney on Task** | **Adjusted Hours** | **Hours (Adjusted) Amount (Adjusted)** |
| Phillip Kim (2024) Partner | $1,150 | Motion to Dismiss | 0.3 | 0.0 | **Hours: 26.5 (26.2) Amount: $30,475.00 ($30,130.00)** |
| | | Mediation | 10.2 | 10.2 | |
| | | Settlement Agreement | 4.3 | 4.3 | |
| | | Miscellaneous Court Filings and Administration | 5.7 | 5.7 | |
| | | Settlement Administration and Approval | 6.0 | 6.0 | |
| Phillip Kim (2023) Partner | $975 | Initial Investigation, Complaint, and Case Filing | 3.1 | 3.1 | **Hours: 20.1 (19.7) Amount: $19,597.50 ($19,207.50)** |
| | | Lead Plaintiff Motion and Appointment | 7.5 | 7.5 | |
| | | Amended Complaint and Investigation | 5.4 | 5.4 | |
| | | Order to Show Cause | 0.4 | 0.0 | |
| | | Settlement Agreement | 1.0 | 1.0 | |
| | | Miscellaneous Court Filings and Administration | 2.7 | 2.7 | |
| Joshua Baker (2024) Counsel | $850 | Motion to Dismiss | 101.5 | 70.0 | **Hours: 185.8 (149.3) Amount: $157,930.00 ($126,905.00)** |
| | | Mediation | 20.9 | 20.9 | |
| | | Settlement Agreement | 15 | 10 | |
| | | Miscellaneous Court Filings and Administration | 2.9 | 2.9 | |
| | | Settlement Administration and Approval | 45.5 | 45.5 | |

| | | | | | |
|---|---|---|---|---|---|
| Joshua Baker (2023) Associate | $725 | Amended Complaint and Investigation | 86.1 | 75.0 | **Hours: 91.9 (79.4) Amount: $66,627.50 ($57,565.00)** |
| | | Order to Show Cause | 2.9 | 2.0 | |
| | | Settlement Agreement | 0.5 | 0.0 | |
| | | Miscellaneous Court Filings and Administration | 2.4 | 2.4 | |
| Erica Stone (2024) Counsel | $850 | Settlement Agreement | 4.1 | 4.1 | **Hours: 18.9 (18.9) Amount: $16,065.00 ($16,065.00)** |
| | | Miscellaneous Court Filings and Administration | 1.5 | 1.5 | |
| | | Settlement Administration and Approval | 13.3 | 13.3 | |
| Erica Stone (2023) Counsel | $800 | Lead Plaintiff Motion and Appointment | 0.3 | 0.0 | **Hours: 0.6 (0.0) Amount: $480.00 ($0.00)** |
| | | Order to Show Cause | 0.3 | 0.0 | |
| Ryan Hedrick (2024) Associate | $600 | Settlement Agreement | 14.6 | 10.0 | **Hours: 21.7 (17.1) Amount: $13,020.00 ($10,260.00)** |
| | | Settlement Administration and Approval | 7.1 | 7.1 | |
| Ryan Hedrick (2023) Associate | $550 | Lead Plaintiff Motion and Appointment | 0.6 | 0.0 | **Hours: 3.1 (2.5) Amount: $1,705.00 ($1,375.00)** |
| | | Miscellaneous Court Filings and Administration | 2.5 | 2.5 | |
| Ian McDowell (2024) Associate | $500 | Settlement Administration and Approval | 0.5 | 0.5 | **Hours: 0.5 (0.5) Amount: $250.00 ($250.00)** |
| Ian McDowell (2023) Associate | $500 | Initial Investigation, Complaint, and Case Filing | 2.9 | 2.9 | **Hours: 6.2 (6.2) Amount: $3,100.00 ($3,100.00)** |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Lead Plaintiff Motion and Appointment | 3.3 | 3.3 |  |
| Henry Bloxenheim (2024) Associate | $450 | Settlement Agreement | 15.1 | 10.0 | **Hours: 15.1 (10.0)** **Amount: $6,795.00 ($4,500.00)** |

# EXHIBIT D

| EXPENSE REPORT | |
|---|---|
| **Category** | **Amount** |
| Financial Expert Fees | $2,981.50 |
| Investigator Fees | $5,000.00 |
| Online Legal Research and Document Retrieval Fees | $816.23 |
| Court Filing and Courtesy Copy Fees | $598.73 |
| *Pro Hac Vice* and Certificate of Good Standing Fees | $1,015.42 |
| Mediation Fees | $14,737.50 |
| Postage and FedEx Fees | $52.37 |
| Service of Process and Translation Fees | $1,157.70 |
| Press Releases and Notice to Class Members Fees | $12,377.00 |
| Travel, Transportation, Hotels, and Meals Fees | $1,727.66 |
| **TOTAL EXPENSES** | **$40,464.11** |

# EXHIBIT E

**THE ROSEN LAW FIRM P.A.**
**BIOGRAPHY**

**I.      ATTORNEYS**

**LAURENCE ROSEN – MANAGING PARTNER**

Laurence Rosen is a 1988 graduate of New York University School of Law.  He earned an M.B.A. in finance and accounting at the University of Chicago Graduate School of Business and a B.A. in Economics from Emory University.  Mr. Rosen served as a law clerk to the Honorable Stanley S. Brotman, Senior United States District Judge for the District of New Jersey.  Mr. Rosen entered private practice as an associate at the law firm of Skadden Arps Slate Meagher & Flom in New York City where he participated in a number of complex securities class action and derivative litigation matters. He later served as an associate at McCarter & English in Newark, New Jersey where he specialized in securities and business litigation.

After practicing general securities and commercial litigation in New York City with Solton Rosen & Balakhovsky LLP, Mr. Rosen founded The Rosen Law Firm to represent investors exclusively in securities class actions and derivative litigation.  Mr. Rosen is admitted to practice law in New York, California, Florida, New Jersey and the District of Columbia.  Mr. Rosen is also admitted to practice before numerous United States District Courts throughout the country and the United States Court of Appeals for the Second, Fourth, and Sixth Circuits.

In 2019-2024 Lawdragon named Mr. Rosen as one of the 500 Leading Plaintiff Financial Lawyers.  Mr. Rosen was also named by law360 as Titan of Plaintiffs' Bar for 2020. Mr. Rosen was selected to *Super Lawyers* in 2017-2024.

**PHILLIP KIM – PARTNER**

Mr. Kim graduated from Villanova University School of Law in 2002.  He received a B.A. in Economics from The Johns Hopkins University in Baltimore, Maryland in 1999.  Prior to joining

The Rosen Law Firm, Mr. Kim served as Assistant Corporation Counsel for the City of New York in the Special Federal Litigation Division.  In that position, Mr. Kim defended a number of class action lawsuits, litigated numerous individual actions, and participated in more than seven trials. Mr. Kim focuses his practice on securities class actions and shareholder derivative litigation. Mr. Kim is admitted to the bar of the State of New York and admitted to practice in the Southern, Eastern, Northern and Western Districts of New York, the District of Colorado, the Eastern District of Wisconsin, the Eastern District of Michigan, and United States Court of Appeals for the Second, Sixth and Ninth Circuits.

In 2019-2024 Lawdragon named Mr. Kim as one of the 500 Leading Plaintiff Financial Lawyers.  In 2023-2024 Mr. Kim was selected to *Super Lawyers.* Mr. Kim was recognized by Best Lawyers in The Best Lawyers of America 2024-2025.

**JACOB A. GOLDBERG – PARTNER**

Mr. Goldberg is a 1988 graduate of Columbia University.  Mr. Goldberg received his J.D., *cum laude*, from the Temple University School of Law in 1992.  For over 23 years, Mr. Goldberg has litigated complex cases at the highest levels, championing the rights of investors, employees and consumers.  Mr. Goldberg has recovered over $200 million for investors in securities class actions.  In addition to serving in leadership roles in securities class actions,  Mr. Goldberg  has litigated many cases under state corporations laws, against faithless boards of directors both on behalf of shareholders, in the mergers and acquisitions context, and, derivatively, on behalf of corporations, to remedy harm to the corporation itself.  Mr. Goldberg is admitted to practice law in the Commonwealth of Pennsylvania, New York, the United States Supreme Court, the United

States Court of Appeals for the Second, Third, Fourth and Sixth Circuits, and various United States District Courts across the country.

In 2019-2024 Lawdragon named Mr. Goldberg as one of the 500 Leading Plaintiff Financial Lawyers.

**JONATHAN A. SAIDEL – PARTNER**

Mr. Saidel has had a long and distinguished career in Pennsylvania politics, as well as in the roles of attorney, accountant and author. He served as Philadelphia city controller for four consecutive terms, each time earning reelection by a wide margin, and enacting financial reforms that have saved taxpayers upwards of $500 million. Later, in 2010 he went on to campaign for lieutenant governor of Pennsylvania, where he was runner-up to Scott Conklin by only a few thousand votes out of almost 1 million cast. A Lifelong resident of Northeast Philadelphia, Mr. Saidel's tireless dedication to fiscal discipline reduced the city's tax burden and spurred economic development. Mr. Saidel also pushed for important business tax incentives and expanded minority and small business lending, all of which have revitalized the city, helping it prosper and come back from the brink of bankruptcy in the early 1990's to become one of the most vibrant cities on the East Coast.

Mr. Saidel's book, "Philadelphia: A New Urban Direction", is widely considered an essential guide for effective government and corporate governance and is required reading at many colleges and universities.

Mr. Saidel received his JD from the Widener University of Law and is a graduate of Temple University. He is also an adjunct lecturer at the University of Pennsylvania Fels Institute of Government, and Drexel University's MBA Program. In addition to being a Certified Public Account, Jonathan is a recipient of the National Association of Local Government Auditor's Knighton Award, the President's Council on Integrity and Efficiency Award for Excellence,

ROSEN LAW FIRM BIOGRAPHY                    3

multiple special project awards from the National Association of Local Government Auditors, and the "Controller of the Year" award, a peer recognition presented by the Pennsylvania City Controllers Association.

**SARA FUKS – PARTNER**

Ms. Fuks graduated from Fordham University School of Law, *cum laude*, in February 2005, where she was a member of Fordham Law Review.  She received her B.A. in Political Science, *magna cum laude*, from New York University in 2001.  Ms. Fuks began her practice at Dewey Ballantine, LLP where she focused on general commercial litigation and then went on to prosecute numerous ERISA and securities class actions as an associate at Milberg LLP.  Ms. Fuks is admitted to the bar of the State of New York and admitted to practice in the United States District Courts for the Southern District and Eastern District of New York, and the Eastern District of Michigan.  Ms. Fuks was selected to *SuperLawyers* in 2021-2024 and *SuperLawyers* Rising Stars in 2017-2019.

**JONATHAN HORNE – PARTNER**

Mr. Horne is a 2009 graduate of New York University School of Law, where he received the Lederman/Milbank Law, Economics, and Business fellowship, and holds a B.A. in Economics & Philosophy from the University of Toronto.  Mr. Horne began his practice at Kaye Scholer LLP. Mr. Horne specializes in securities litigation.  He is admitted to practice in New York and the United States District Courts for the District of Colorado and the Southern and Eastern Districts of New York. Mr. Horne was named a Super Lawyer – Rising Star for the New York Metro Area every year since 2015.

**YU SHI – PARTNER**

Mr. Shi received his J.D. from Columbia Law School in 2011 and his B.A., *cum laude*, from Columbia University in 2008.  In 2024, Lawdragon recognized Mr. Shi as one of the 500

Leading Plaintiffs Financial Lawyers.  In 2022, Law360 named Mr. Shi as one of the nation's top securities attorneys under the age of 40. He has been selected to *Super Lawyers* each year since 2018.  Mr. Shi began his career as a Special Assistant Corporation Counsel in the New York City Law Department's Economic Development Division.  Mr. Shi joined The Rosen Law Firm in 2012 and focuses his practice on securities litigation.  He is admitted to practice in the State of New York, the United States District Courts for the Eastern District of New York, Southern Districts of New York, and the District of Colorado, and the United States Court of Appeals for the Second Circuit.

**JONATHAN STERN – PARTNER**

Mr. Stern graduated from New York University School of Law in May of 2008, where he was a Development Editor of the Annual Survey of American Law.  He received his B.A. in Philosophy with Honors from McGill University.  Mr. Stern began his practice in the litigation department of Simpson Thacher & Bartlett LLP, and then went on to practice at the litigation boutique of Simon & Partners LLP, where he participated in a Federal trial.  Mr. Stern is admitted to the bar of the State of New York and admitted to practice in the United States Southern and Eastern District Courts of New York and the United States Court of Appeals for the Second Circuit. for the First, Sixth, Seventh, Eighth and Ninth Circuits, and the United States Supreme Court.

**JING CHEN – PARTNER**

Ms. Chen received a Juris Doctor degree from Pace University School of Law in 2011, Juris Master degree from China University of Political Science and Law in Beijing, China and B.A. in English Literature and Linguistics from Shandong University in Jinan, China.  She is admitted to practice in New York, New Jersey and China. Prior to joining The Rosen Law Firm, Ms. Chen practiced corporate law, commercial transactions and arbitration for over two years.

**BRIAN ALEXANDER – PARTNER**

Mr. Alexander graduated from Harvard Law School, *cum laude*, in 2008.   He received a B.A. from Cornell University, *magna cum laude*, in 2003.  Prior to joining the Rosen Law Firm, Mr. Alexander practiced complex commercial litigation at Boies Schiller Flexner LLP and other prominent law firms in New York. He also served as a law clerk to the Honorable Raymond J. Dearie of the United States District Court for the Eastern District of New York.  He is admitted to practice in New York and in the United States District Courts for the Eastern and Southern Districts of New York.  Mr. Alexander was recognized by Best Lawyers as Best Lawyers: Ones to Watch 2025.

**ROBIN BRONZAFT HOWALD – COUNSEL**

Ms. Howald is a graduate of Stanford Law School where she was a member of the Stanford Law Review.  Ms. Howald earned her BA from Barnard College, magna cum laude.  Ms. Howald joined the firm in 2021 and focuses her practice on securities litigation.  For the last 15 years, Ms. Howald has prosecuted major securities litigations.  She was one of the lead attorneys in cases that achieved settlements of $250 million for injured investors, including *Schleicher v. Wendt*, 618 F.3d 679 (7th Cir. 2010) ($41.5 million), *In re Mannkind Corp. Securities Litigation* (C.D. California) ($23 million); *In re ECI Telecom Ltd. Securities Litigation* (Eastern District of Virginia) ($21.75 million), *In re Gilat Satellite Networks, Ltd. Securities Litigation* (E.D.N.Y.) ($20 million), *In re Musicmaker.com Securities Litigation*, 2001 WL 34062431 (C.D. Cal. 2001) ($13.75 million), *In re Puda Coal Inc. Securities Litigation* (S.D.N.Y.) ($8.6 million following reconsideration of grant of summary judgment), *Jenson v. Fiserv Trust Co.*, 256 F. App'x. 924 (9th Cir. 2007) ($8.5 million recovered for victims of a Ponzi scheme).  Ms. Howald is admitted to the bars of California, New York, the United States District Courts for the Eastern and Southern Districts of New York, the

Central, Eastern, and Northern Districts of California, the Eastern District of Michigan,  and the United States Court of Appeals.

**GONEN HAKLAY – COUNSEL**

Mr. Haklay graduated from Stanford University School of Law in 1995.  He received a B.A. in Political Science from The University of Massachusetts at Amherst in 1992.  After several years as an associate at a large Philadelphia law firm, Mr. Haklay joined the Philadelphia District Attorney's office.  As a prosecutor, he tried over 100 criminal jury cases and handled both capital and non-capital homicide cases.  After 12 years as prosecutor, Mr. Haklay joined a prominent plaintiffs' firm where he tried over ten asbestos cases, recovering millions of dollars for his clients.  As a young man, Mr. Haklay served as an infantryman in the Israel Defense Forces.  Mr. Haklay is admitted to the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States Third Circuit Court of Appeals.  Mr. Haklay was recognized by Best Lawyers as Best Lawyers: Ones to Watch 2025.

**DANIEL TYRE-KARP – COUNSEL**

Prior to joining The Rosen Law Firm in May 2018, Mr. Tyre-Karp was a senior associate in the securities litigation and corporate governance group at Weil, Gotshal & Manges, where he advised corporate and individual clients on a variety of high-stakes regulatory and litigation matters in state and federal courts.  Mr. Tyre-Karp's extensive experience includes working on several of the largest recent shareholder class action litigations (*In re American International Group, Inc. 2008 Securities Litigation*, Docket No. 08-CV-4772 (S.D.N.Y.) and related opt-out actions; *In re El Paso Corporation Shareholder Litigation*, Docket No. 6949 (Del. Ch.)), participating in complex business and bankruptcy litigations (*In re Lehman Brothers Holdings, Inc., et al*, Docket No. 1:08-bk-13555 (Bankr. S.D.N.Y.), and advising numerous clients facing

ROSEN LAW FIRM BIOGRAPHY                    7

FINRA and SEC investigations. Mr. Tyre-Karp graduated with honors from Wesleyan University in 2003 and received his J.D. from New York University School of Law in 2009, where he served as Senior Notes Editor of the Journal of Legislation and Public Policy.  He is admitted to practice in New York and the United States District Courts for the Southern and Eastern Districts of New York. Mr. Tyre-Karp was recognized by Best Lawyers as Best Lawyers: Ones to Watch 2025.

ERICA STONE – COUNSEL

Ms. Stone graduated from the Benjamin N. Cardozo School of Law in 2013. She received her B.A. in Political Science and Communications, *cum laude,* from the University of Pennsylvania in 2009. She is admitted to practice in New York, New Jersey, and the United States District Courts for the Southern District and Eastern District of New York, the District of New Jersey, the Eastern District of Wisconsin, and the Eastern District of Michigan.  In 2024, Ms. Stone was selected to *Super Lawyers.* Ms. Stone was recognized by Best Lawyers as Best Lawyers: Ones to Watch 2025.

JOSHUA BAKER – COUNSEL

Mr. Baker graduated from the New York University School of Law in 2013.  He received a B.A. from the University of Maryland in 2009.  Prior to joining the Rosen Law Firm, Mr. Baker practiced complex commercial litigation for a New York firm.  He is admitted to practice in New York, Massachusetts, and United States District Courts for the Eastern and Southern Districts of New York and the District of Massachusetts.  Mr. Baker was recognized by Best Lawyers as Best Lawyers: Ones to Watch 2025.

BRENT LAPOINTE – COUNSEL

Mr. LaPointe received his J.D., *cum laude*, from the University of Michigan Law School in 2010, where he served as an Articles Editor on both the Michigan Journal of Law Reform and the Michigan Journal of Gender & Law. Mr. LaPointe received a B.B.A. in Accounting &

Information Systems and Political Science, *cum laude*, from the University of Massachusetts-Amherst in 2006. Mr. LaPointe focuses his practice on securities litigation. Mr. LaPointe is admitted to the bars of New York and Missouri and the United States District Courts for the Southern District and Eastern District of New York, Western District of Missouri, Eastern District of Michigan, District of Kansas, and the United States Court of Appeals for the Second Circuit and Eighth Circuit. Mr. LaPointe was recognized by Best Lawyers as Best Lawyers: Ones to Watch 2025.

**HENRY BLOXENHEIM – ATTORNEY**

Mr. Bloxenheim graduated from Columbia Law School in 2023. Mr. Bloxenheim received his B.A. in Political Science, *summa cum laude*, from Brooklyn College. Mr. Bloxenheim is admitted to practice in New York and in the United States District Courts for the Southern District and Eastern District of New York.

**CHRISTIE BUZZETTI – ATTORNEY**

Ms. Buzzetti graduated from Brooklyn Law School in 2022. She received her B.A. in Political Science from the University of California, Los Angeles in 2016.  Ms. Buzzetti is admitted to practice in New York.

**MICHAEL COHEN – ATTORNEY**

Mr. Cohen focuses his practice on securities and shareholder derivative litigation.  Prior to joining The Rosen Law Firm in 2021, Mr. Cohen was an associate in the litigation practice of Kramer Levin Naftalis & Frankel LLP, where he advised corporate and individual clients on a wide variety of litigation and regulatory matters in federal and state courts.  He has also served as a law clerk to the Honorable Corinne Beckwith of the District of Columbia Court of Appeals. Mr. Cohen is admitted to practice in New York and the United States District Courts for the Eastern

ROSEN LAW FIRM BIOGRAPHY                    9

and Southern Districts of New York. Mr. Cohen was recognized by Best Lawyers as Best Lawyers: Ones to Watch 2023-2025.

**YITZCHOK (IZZY) FISHBACH – ATTORNEY**

Mr. Fishbach received his J.D. from Vanderbilt University Law School in 2022, where he served as the Articles Editor of the Environmental Law and Policy Annual Review. He received his B.A. in Political Science from Binghamton University in 2019. Mr. Fishbach is admitted to practice in New York, Tennessee, and the United States District Courts for the Eastern and Southern Districts of New York.

**LUKE FOLEY – ATTORNEY**

Mr. Foley received his J.D. from the William and Mary Law School in 2022.  He received his B.A. in History and Citizenship & Civic Engagement from Syracuse University in 2016. Prior to joining the Rosen Law Firm in September 2023, Mr. Foley was the Law Clerk to the Hon. Barbara Buono Stanton of the New Jersey Superior Court, Passaic County.  Mr. Foley is admitted to practice in Maryland.

**RYAN HEDRICK – ATTORNEY**

Mr. Hedrick received his J.D. from the University of Chicago in 2019.  He received his B.A. in Linguistics and Political Science, *summa cum laude*, from The Ohio State University in 2015. Mr. Hedrick joined the Rosen Law Firm in August 2019.  Mr. Hedrick is admitted to practice in New York, New Jersey, the United States District Courts for the Eastern and Southern Districts of New York, the United States District Court for the District of New Jersey, and the United States District Court for the District of Colorado.

**HA SUNG (SCOTT) KIM – ATTORNEY**

Mr. Kim received his J.D. from the Columbia Law School in 2017. He received his B.A., *magna cum laude*, from Wheaton College in 2013. Mr. Kim joined the Rosen Law Firm in January 2020.  Mr. Kim is admitted to practice in New York.

**LEAH HEIFETZ-LI – ATTORNEY**

Ms. Heifetz-Li is a 2009 graduate of Columbia Law School, and received a B.A. from the University of Pennsylvania.  Ms. Heifetz-Li served as a Law Clerk to the Honorable Cynthia S. Kern, New York State Supreme Court, New York County.  She has extensive experience in class action litigation, having previously practiced at a large class action firm representing shareholders in merger and acquisition litigation as well as shareholder derivative actions.  Ms. Heifetz-Li has worked on case teams that secured significant financial recoveries for stockholders as well as corporate governance reforms in the Delaware Court of Chancery and other courts throughout the country.

**IAN MCDOWELL – ATTORNEY**

Mr. McDowell graduated *cum laude* from the University of Richmond School of Law in 2022. He received his B.A. from James Madison University in 2016. Mr. McDowell is admitted to practice in Pennsylvania and Maryland as well as the United States District Court for the Eastern District of Pennsylvania.

**OLIVIA SIMKINS – ATTORNEY**

Ms. Simkins is a 2024 graduate of Tulane University School of Law. She earned her B.A. in Linguistics and English *cum laude* from Tulane University in 2017.  Ms. Simkins is admitted to practice in Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

**ERIC JUN BI** – **LAW CLERK**

Mr. Bi is a 2024 graduate of Cornell Law School.  He earned his Bachelor of Laws from Yanching Institute of Technology in 2020.  Mr. Bi is fluent in Mandarin.

II.    **RECENT ACCOMPLISHMENTS OF THE ROSEN LAW FIRM, P.A.**

- **Alibaba Group Holding Ltd.**, (S.D.N.Y.). Rosen Lead Counsel.  **$250 million**.

- **Fiat Chrysler Automobiles**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$110 million**.

- **Infinity Q Diversified Alpha Fund**, (N.Y. Supreme). Rosen Co-Lead Counsel. **$48 million**.

- **Silver Wheaton Corp.**, (C.D. Cal.). Rosen Lead Counsel. **$41.5 million**.

- **Vanguard Chester Funds** (E.D. Pa.). Rosen Lead Counsel. **$40 million**, pending Court approval.

- **Omega Healthcare Investors, Inc.,** (S.D.N.Y.).  Rosen Lead Counsel.  **$30.75 million.**

- **Magnachip Semiconductor Corp.**, (N.D. Cal.). Rosen Co-Lead Counsel. **$29.7 million**.

- **Och-Ziff Capital Management Group LLC**,(S.D.N.Y.).  Rosen Co-Lead Counsel. **$28.75 million**.

- **Walter Investment Management**, (S.D. Fla.). Rosen Co-Lead Counsel. **$24 million**.

- **Galena Biopharma, Inc.**, (D. Or.). Rosen Co-Lead Counsel.  **$20.165 million**.

- **El Pollo Loco Holdings, Inc.**, (C.D. Cal.). Rosen Co-Lead Counsel.  **$20 million**.

- **Tibet Pharmaceuticals, Inc.**, (D.N.J.). Rosen Lead Counsel. **$14 million bankruptcy settlement.  $2.075 million** with auditor.

- **USA Technologies, Inc.**, (E.D. Pa.).  Rosen Lead Counsel.  **$15.3 million**.

- **Zillow Group, Inc. Sec. Litig.**, (W.D. Wash.).  Rosen Lead Counsel.  **$15 million.**

- **Silvercorp Metals, Inc.**, (S.D.N.Y.). Rosen Plaintiffs' Counsel. **$14 million**.

ROSEN LAW FIRM BIOGRAPHY                    12

- **Sandridge Energy, Inc.**, (W.D. Okla.). Rosen Co-Lead Counsel. **$13.945 million**.

- **Astec Industries, Inc.**, (E.D. Tenn.). Rosen Lead Counsel. **$13.7 million**.

- **Blue Apron Holdings, Inc.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$13.25 million.**

- **Canopy Growth Corporation**, (D.N.J.). Rosen Co-Lead Counsel. **$13 million**.

- **SeaWorld Entertainment Inc. (Shareholder Derivative)** (Del. Ch.). Rosen Co-Lead Counsel. **$12.5 million.**

- **The RealReal, Inc.**, (N.D. Cal.). Rosen Lead Counsel. **$11 million**.

- **Full Truck Alliance Co.** (E.D.N.Y.) and (NY. Sup.). Rosen Federal Lead Counsel. **$10.25 million**.

- **Quest Energy Partners LP**, (W.D. Okla.). Rosen Lead Counsel. **$10.1 million** all classes.

- **Prosper Marketplace, Inc.**, (Cal. Superior). Rosen Class Counsel. **$10 million.**

- **PG&E Corp.**, (N.D. Cal.). Rosen Co-Lead Counsel. **$10 million**.

- **Textainer Financial Servs. Corp.**, (Cal. Superior). Rosen Co-Lead Counsel. **$10 million**.

- **comScore, Inc. (Shareholder Derivative)**, Rosen Co-Lead Counsel. **$10 million**.

- **Santander Consumer USA Holdings Inc.**, (N.D. Tex.). Rosen Co-Lead Counsel. **$9.5 million.**

- **Uxin Limited**, (E.D.N.Y.). Rosen Lead Counsel. **$9.5 million.**

- **Concordia International Corp.**, (S.D.N.Y.). Rosen Lead Counsel. **$9.25 million.**

- **PPDAI Group Inc.**, (E.D.N.Y.). Rosen Lead Counsel. **$9 million**.

- **Puda Coal**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$8.7 million**.

- **RINO International Corporation**, (C.D. Cal.). Rosen Lead Counsel. **$8,685,000**.

- **Acer Therapeutics, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$8.35 million**.

- **Montage Technology Group Limited**, (N.D. Cal.). Rosen Lead Counsel. **$7.25 million.**

ROSEN LAW FIRM BIOGRAPHY                    13

- **AgFeed Industries**, (M.D. Tenn.). Rosen Lead Counsel.  **$7 million**.

- **Sundial Growers, Inc.**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$7 million**.

- **Akazoo S.A.**, (E.D.N.Y.). Rosen Co-Lead Counsel.  **$6.51 million**.

- **Global Brokerage, Inc. f/k/a FXCM, Inc. Sec. Litig.**, (S.D.N.Y.).  Rosen Lead Counsel. **$6.5 million**.

- **Aeterna Zentaris, Inc.**, (D. N.J.). Rosen Class Counsel. **$6.5 million**.

- **Sunlands Technology Group**, (E.D.N.Y.).  Rosen Lead Counsel.  **$6.2 million**.

- **Covia Holdings Corp.**, (N.D. Ohio).  Rosen Lead Counsel.  **$6 million**.

- **FalconStor Software, Inc.**, (E.D.N.Y.). Rosen Lead Counsel.  **$5 million**.

- **Jumia Technologies AG**, (S.D.N.Y.). Rosen Lead Counsel.  **$5 million**.

- **Momo, Inc.**, (S.D.N.Y.). Rosen Lead Counsel.  **$5 million**.

- **SOS Limited**, (D.N.J.). Rosen Co-Lead Counsel.  **$5 million.**

- **Missfresh Limited**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$4.9039 million**.

- **State Street**, (D. Mass.). Rosen Lead Counsel.  **$4.9 million**.

- **Dada Nexus Limited**, (C.D. Cal.).  Rosen Lead Counsel.  **$4.8 million**, pending Court approval.

- **Altice USA Inc.**, (E.D.N.Y.). Rosen Lead Counsel.  **$4.75 million**.

- **KIOR, Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel.  **$4.5 million**.

- **Entropin, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$4.5 million**.

- **Sonus Networks, Inc.**, (D. Mass). Rosen Co-Lead Counsel. **$4.5 million.**

- **Uni-Pixel, Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel.  **$4.5 million**.

- **China Expert Technology, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$4.2 million**.

- **IDreamSky Technology Limited**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$4.15 million.**

- **Universal Travel Group, Inc.**, (D.N.J.). Rosen Lead Counsel.  **$4.075 million**.

- **Allegiant Travel Co.**, (D. Nev.). Rosen Lead Counsel. **$4 million**.

- **Zynerba Pharms., Inc.**, (E.D. Pa.). Rosen Co-Lead Counsel. **$4 million**.

- **Dapper Labs, Inc.**, (S.D.N.Y.).  Rosen Lead Counsel, **$4 million**.

- **Liberty Oilfield Services, Inc.**, (D. Colo.). Rosen Lead Counsel.  **$3.9 million**.

- **Caribou Biosciences, Inc.**, (N.D. Cal.). Rosen Co-Lead Counsel.  **$3.9 million**, pending Court approval.

- **China Electric Motor, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$3,778,333.33**.

- **IsoRay, Inc.**, (E.D. Wash.). Rosen Co-Lead Counsel. **$3,537,500**.

- **Deer Consumer Products, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$3.55 million**.

- **SAExploration Holdings, Inc.,** (S.D. Tex.).  **$3.55 million**.

- **L&L Energy, Inc.**, (S.D.N.Y.).  Rosen Lead Counsel. **$3.5 million**.

- **Tarena International, Inc.**, N (E.D.N.Y.).  Rosen Lead Counsel. **$3.5 million**.

- **Catalyst Pharmaceutical Partners, Inc.**, (S.D. Fla.).  Rosen Lead Counsel.  **$3.5 million**.

- **Sunlight Financial Holdings, Inc.,** (S.D.N.Y.).   Rosen Lead Counsel. **$3.5 million**, pending Court approval.

- **Keyuan Petrochemicals, Inc. and Auditor**, (S.D.N.Y.) & (D.N.J.). Rosen Lead Counsel. **$3.5 million**.

- **StockerYale, Inc.**, (D.N.H.). Rosen Lead Counsel.  **$3.4 million**.

- **Industrial Enterprises of America, Inc.,** (S.D.N.Y.). Rosen Co-Lead Counsel. **$3.4 million**.

- **Ampio Pharmaceuticals, Inc.**, (C.D. Cal.).  Rosen Lead Counsel. **$3.4 million**.

- **Textura Corporation**, (N.D Ill.). Rosen Lead Counsel.  **$3.3 million**.

ROSEN LAW FIRM BIOGRAPHY                     15

- **Roka Bioscience, Inc.**, (D.N.J.). Rosen Lead Counsel. **$3.275 million**.

- **Intrusion, Inc.,** No. 21-cv-307-SDJ (E.D. Tex.). Rosen Lead Counsel. **$3.25 million.**

- **Wedbush Morgan Securities, Inc.**, (Cal. Superior). Co-Lead Counsel. **$3.2 million**.

- **New Oriental Education & Technology Group Inc.**, (D.N.J.). Rosen Co-Lead Counsel. **$3.15 million**.

- **TierOne Corporation**, (D. Neb.). Rosen Lead Counsel. **$3.1 million**.

- **GDS Holdings Limited**, (C.D. Cal.). Rosen Lead Counsel. **$3 million**, pending Court approval.

- **Hanmi Financial Corporation**, (C.D. Cal.). Rosen Lead Counsel. **$3 million**.

- **Cadiz, Inc.**, (C.D. Cal.). Rosen Co-Lead Counsel. **$3 million**.

- **Fat Brands, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$3 million.**

- **China Finance Online Co. Limited**, (S.D.N.Y.). Rosen Lead Counsel. **$3 million**.

- **Skilled Healthcare Group, Inc.**, (C.D. Cal.). Rosen Co-Lead Counsel. **$3 million**.

- **Spectrum Pharms. Inc.**, (D. Nev.). Rosen Lead Counsel. **$2.995 million**.

- **MiMedx Group, Inc.**, (N.D. Ga.). Rosen Lead Counsel. **$2.979** million.

- **Pegasus Communications Corp**, (E.D. Pa.). Rosen Lead Counsel. **$2.95 million**.

- **Albany Molecular Research**, (E.D.N.Y.). Rosen Lead Counsel. **$2.868 million**.

- **Lihua International, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$2.865 million**.

- **TVIA, Inc.**, (N.D. Cal.). Rosen Lead Counsel. **$2.85 million**.

- **New Source Energy Partners LP**, (S.D.N.Y.). Rosen Lead Counsel. **$2.85 million**.

- **Innocoll Holdings Public Ltd.**, (E.D. Pa.). Rosen Lead Counsel. **$2.755 million**.

- **Natural Health Trends Corp., et al.**, (N.D. Tex.). Rosen Lead Counsel. **$2.75 million**.

- **Sequans Communications**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.75 million**.

- **Akari Therapeutics PLC**, (S.D.N.Y.). Rosen Lead Counsel. **$2.7 million.**

- **Electric Last Mile Solutions**, (D.N.J.).  Rosen Lead Counsel. **$2.7 million**.

- **Growlife, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$2.7 million (cash and stock)**.

- **Tangoe, Inc.**, (D. Conn.). Rosen Co-Lead Counsel.  **$2.55 million**.

- **Twitter, Inc.**, (Cal. Superior). Rosen Co-Lead Counsel. **$2.5 million**.

- **Radient Pharmaceuticals Corporation**, (C.D. Cal.). Rosen Lead Counsel. **$2.5 million**.

- **Robert T. Harvey Securities Litigation**, (C.D. Cal.). Rosen Co-Lead Counsel. **$2.485 million**.

- **China Education Alliance, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2.425 million.**

- **Oasmia Pharmaceuticals AB.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.35 million.**

- **BioAmber, Inc.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.25 million**.

- **DouYu International Holdings Ltd.**,  (D.N.J.).  Rosen Co-Lead Counsel.  **$2.25 million**, pending Court approval.

- **NetApp, Inc.**, (N.D. Cal.).  Rosen Lead Counsel.  **$2.25 million**.

- **Akers Biosciences, Inc.**, (D.N.J.). Rosen Lead Counsel.  **$2.25 million**.

- **Kanzhun Limited,** (D.N.J.).  Rosen Lead Counsel.  **$2.25 million**.

- **SkyPeople Fruit Juice**, (S.D.N.Y.). Rosen Lead Counsel.  **$2.2 million**.

- **Caesarstone Sdot-Yam Ltd.**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$2.2 million**.

- **RCI Hospitality Holdings Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel. **$2.2 million**.

- **Fuwei Films**, (S.D.N.Y.). Rosen Lead Counsel. **$2.15 million**.

- **Gulf Resources, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2.125 million**.

- **PTC Inc.**, (D. Mass.). Rosen Lead Counsel. **$2.1 million**.

- **DS Healthcare Group, Inc.**, (S.D. Fla.). Rosen Lead Counsel.  **$2.1 million**.

- **Indivior PLC**, (D.N.J.).  Rosen Lead Counsel. **$2 million**.

- **Orient Paper, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2 million**.

- **Mesoblast Limited**, (S.D.N.Y.). Rosen Lead Counsel.  **$2 million.**

- **GTT Communications, Inc.**, No. 21-CV-270-DOC-AS (C.D. Cal.). **$2 million**.

- **iBio, Inc.**, (D. Del.). Rosen Lead Counsel. **$1.875 million**.

- **CD Projekt SA**, No. CV-20-11627 (FMO)(RAOx) (C.D. Cal.).  $**1.85 million**.

- **Ignite Restaurant Group, Inc.**, (S.D. Tex.). Rosen Lead Counsel. **$1.8 million**.

- **Electronic Game Card, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$1.755 million**.

- **BMW AG**, (D.N.J.).  Rosen Lead Counsel.  **$1.75 million**.

- **Natural Health Trends Corp.**, (C.D. Cal.). Rosen Co-Lead Counsel. **$1.75 million**.

- **Corrrevio Pharma Corp.**,(S.D.N.Y.). Rosen Co-Lead Counsel.  **$1.75 million**.

- **Delstaff LLC (Merger Litigation)**, (Cal. Superior). **$1.6425 million.**

- **Worldwide Energy & Manufacturing USA, Inc**, (Cal. Superior). Rosen Lead Counsel. **$1.615 million**.

- **Alliance MMA, Inc.**, (D.N.J.). Rosen Lead Counsel. **$1.55 million**.

- **Lightinthebox Holding Co., Ltd.**, (S.D.N.Y.).  Rosen Lead Counsel.  **$1.55 million.**

- **Nutracea, Inc.**, (D. Ariz.). Rosen Lead Counsel.  **$1.5 million**.

- **Kraton Corporation**, (S.D. Tex.). Rosen Lead Counsel.  **$1.5 million**.

- **RMG Networks Holding Corporation (Merger Litigation)**, (Del. Ch.). **$1.5 million**.

- **BlueNRGY Group Ltd, f/k/a CBD Energy Ltd.**, (S.D. Tex.). Rosen Lead Counsel.  **$1.5 million**.

- **Ambow Education Holding Ltd.**, (C.D. Cal.). Rosen Lead Counsel.  **$1.5 million**.

- **Active Power, Inc.**, (W.D. Tex.). Rosen Lead Counsel. **$1.5 million**.

- **Northfield Laboratories, Inc.**, (N.D. Ill.). Rosen Lead Counsel.  **$1.5 million**.

- **PartsBase.com, Inc.**, (S.D. Fla.). Rosen Lead Counsel.  **$1.5 million**.

- **China Natural Gas, Inc.**, (D. Del.). Rosen Lead Counsel.  **$1.5 million**.

- **FAB Universal Corp.**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$1.5 million**.

- **Sogou, Inc.**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$1.45 million**.

- **Code Rebel Corp.**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$1.415 million**.

- **Empyrean Bioscience**, (N.D. Ga.). Rosen Lead Counsel.  **$1.4 million**.

- **Shattuck Labs, Inc.**, (E.D.N.Y.).  Rosen Lead Counsel.  **$1.4 million**.

- **Longeveron, Inc.**, (S.D. Fla.). Rosen Lead Counsel.  **$1.395 million**.

- **Agria, Inc.**, (D.N.J.). Rosen Lead Counsel. **$1.3 million**.

- **Ateerian, Inc.**, (S.D.N.Y.).  Rosen Lead Counsel.  **$1.3 million**.

- **CoCrystal Pharma, Inc.**, (D.N.J.). Rosen Lead Counsel.  **$1.265 million**.

- **Wins Financial Holdings, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$1.26 million**, pending Court approval.

- **ERBA Diagnostics, Inc.**, (S.D. Fla.).  Rosen Lead Counsel.  **$1.215 million.**

- **Yingli Green Energy Holding Co. Ltd.**, (C.D. Cal.). Rosen Lead Counsel.  **$1.2 million**.

- **Himax Technologies, Inc.**, (C.D. Cal.).  Rosen Co-Lead Counsel. **$1.2 million**.

- **Flight Safety Technologies, Inc.**, (D. Conn.). Rosen Lead Counsel.  **$1.2 million**.

- **M.H. Meyerson & Co.**, (D.N.J.). Rosen Lead Counsel.  **$1.2 million**.

- **Izea, Inc.**, (C.D. Cal.). Rosen Co-Lead Counsel.  **$1.2 million**.

- **India Globalization Capital, Inc.**, (D. Md.). Rosen Co-Lead Counsel.  **$1 million.**

- **National Lampoon, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$1 million**.

- **Lentuo International, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$1 million**.

- **Katanga Mining Limited**, (D.N.J.). Rosen Lead Counsel.  **$1 million.**

- **Busybox.com, Inc.**, (Cal. Superior). Rosen Co-Lead Counsel.  **$1 million**.

III.    SECURITIES CLASS ACTIONS IN WHICH THE ROSEN LAW FIRM, P.A. IS CURRENTLY LEAD COUNSEL

In re Maiden Holdings, Ltd. Securities Litigation, No. 19-CV-5296-RMB-JS (D.N.J.) Rosen Co-Lead Counsel.

In re ChinaCast Education Corporation Sec. Litig., No. CV 12-4621- JFW (PLAx) (C.D. Cal.).  Rosen Co-Lead Counsel.

Kasillingam v. Tilray, Inc., No. 20-CV-3459 (PAC) (S.D.N.Y.). Rosen Lead Counsel.

In re NIO, Inc. Securities Litigation, No. 19-CV-1424 (NGG) (JRC) (E.D.N.Y.).  Rosen Class Counsel.

Lavin v. Virgin Galactic Holdings Inc., No. 21-CV-3070 (ARR)(TAM) (E.D.N.Y.).  Rosen Lead Counsel.

Handal v. Tenet Fintech Group, Inc., No. 21-cv-6461 (PKC)(RLM) (E.D.N.Y.).  Rosen Lead Counsel.

Atery v. Astra Space, Inc., No. 22-cv-737 (NM)(MMH) (E.D.N.Y.).  Rosen Co-Lead Counsel.

Hoang v. ContextLogic, Inc., No. 21-cv-3930-BLF (N.D. Cal.).  Rosen Co-Lead Counsel.

Mallozzi v. Innovative Industrial Properties, Inc., No. 22-cv-2359-EP-JRA (D.N.J.). Rosen Lead Counsel.

Gru v. Axsome Therapeutics, Inc., No. 22-cv-3925 (AGS) (S.D.N.Y.).  Rosen Co-Lead Counsel.

Farhar v. Ontrak, Inc., No. 21-CV-1987-FLA-A (C.D. Cal.).  Rosen Lead Counsel.

In re Walmart Secs. Litig., No. 21-cv-55-CFC (D. Del.).  Rosen Lead Counsel.

ROSEN LAW FIRM BIOGRAPHY                   20

Sanchez v. Arrival SA, No. 220cv0172 (DG)(RLM) (E.D.N.Y.). Rosen Lead Counsel.

Winter v. Stronghold Digital Mining, Inc., No. 22-CV-3088 (RA). Rosen Lead Counsel.

In re VEON Ltd. Sec. Litig., No. 15-cv-8672 (ALC)(OTW) (S.D.N.Y.). Rosen Lead Counsel.

In re Volkswagen AG Sec. Litig., No. 22-cv-45-RDA-TCB (E.D. Va.). Rosen Lead Counsel.

In re DiDi Global Inc. Sec. Litig., No. 21-CV-5807 (LAK) (S.D.N.Y). Rosen Lead Counsel.

Patterson v. TerraForm Labs Pte Ltd., No. 22-cv-3600-TLT (N.D. Cal.). Rosen Lead Counsel.

Diaz v. The Gap, Inc., No. 22-cv-7371 (DG)(RER) (E.D.N.Y.). Rosen Lead Counsel.

Armbruster v. Gaia, Inc., No. 22-CV-3267 (D. Colo.). Rosen Lead Counsel.

Pang v. Levitt (Core Scientific, Inc.), No. 22-CV-1191-LY (W.D. Tex.). Rosen Lead Counsel.

Goodman v. Wheels Up Experience, Inc., No. 23-cv-2900 (OEM)(VMS) (E.D.N.Y.). Rosen Lead Counsel.

Brennan v. Latch, Inc., No. 22-CV-7473 (JGK) (S.D.N.Y.). Rosen Lead Counsel.

In re Enovix Corp. Sec. Litig., No. 23-cv-71-SI (N.D. Cal.). Rosen Co-Lead Counsel.

Gambrill v. CS Disco, Inc., No. 23-cv-8270 (LAK)(SN) (S.D.N.Y.). Rosen Lead Counsel.

Lewandowski v. Tal Education Group, No. 23-cv-1769 (MEF) (JRA) (D.N.J.). Rosen Lead Counsel.

HRSA-ILA Funds v. adidas AG, No. 23-CV-629-IM (D. Or.). Rosen Lead Counsel.

Tan v. PacWest Bancorp., No. CV-23-1685 (JWH)(ADSx) (C.D. Cal.). Rosen Co-Lead Counsel.

ROSEN LAW FIRM BIOGRAPHY                    21

Maschhoff v. Polished.com, No. 22-cv-6605 (NGG)(VMS) (E.D.N.Y.). Rosen Lead Counsel.

Donley v. Live Nation Entertainment, Inc., No. CV-23-6343 (KK)(ASx) (C.D. Cal.). Rosen Co-Lead Counsel.

Pelham v. VBIT Tech. Corp., No. 23-CV-162-CFC-SRF (D. Del.). Rosen Lead Counsel.

Sporn v. Brainstorm Cell Therapeutics, Inc., No. 23-cv-9630 (DEH) (S.D.N.Y.) Rosen Lead Counsel.

In re GigaCloud Tech. Sec. Litig., No. 23-cv-10645 (JMF) (S.D.N.Y.). Rosen Co-Lead Counsel.

Glantz v. James River Group Holdings Ltd., No. 23-cv-10000 (LJL). Rosen Lead Counsel.

Schelling v. Microvast Holdings, Inc., No. 23-cv-4565 (S.D. Tex.). Rosen Co-Lead Counsel.

Sigman v. Nuscale Power Corp., No. 23-cv-1689-IM (D. Or.). Rosen Lead Counsel.

Spitzer v. Flexon, No. 23-cv-8659-HDV (C.D. Cal.). Rosen Co-Lead Counsel.

Bender v. Vertex Energy, Inc., No. 23-cv-2145 (S.D. Tex.). Rosen Lead Counsel.

Hunter v. Blue Ridge Bankshares, Inc., No. 23-cv-8944 (DG)(JAM) (E.D.N.Y.). Rosen Lead Counsel.

Jaar v. Northern Genesis Acquisition Corp., No. 24-cv-2155 (JLR) (S.D.N.Y.). Rosen Lead Counsel.

Taylor v. The Chemours Company, No. 24-cv-361-RGA (D. Del.). Rosen Lead Counsel.

Nowakowski v. AXT, Inc., No. 24-cv-2778-MMC (N.D. Cal.). Rosen Lead Counsel.

Dorin v. Exscientia PLC, No. 24-cv-5692-RMD-AMD (D.N.J.). Rosen Lead Counsel.

Pujo v. EHang Holdings Limited, No. 23-CV-10165-FLA (C.D. Cal.). Rosen Lead Counsel.

<u>In re Intel Corp. Sec. Litig.</u>, No. 24-cv-2683-TLT (N.D. Cal.).  Rosen Co-Lead Counsel.

<u>In re Altimmune, Inc. Sec. Litig.</u>, No. 24-cv-1315-ABA (D. Md.).  Rosen Co-Lead Counsel.

<u>Yarborough v. Ardelyx, Inc.</u>, No. 24-cv-12119-LTS (D. Mass.).  Rosen Lead Counsel.