# EXHIBIT 5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LARRY BERGMANN,
Individually and on behalf of all
others similarly situated,

Plaintiff,

v.

GDS HOLDINGS LIMITED,
WILLIAM WEI HUANG, and
DANIEL NEWMAN,

Defendants.

Case No. 2:23-cv-4900-JAK (BFMx)

**DECLARATION OF BHUSHAN KHANNA**

CLASS ACTION

- 1 -
DECLARATION OF BHUSHAN KHANNA; 2:23-cv-4900-JAK (BFMx)

Docusign Envelope ID: 1B85BD8E-A7CD-4F39-AF33-DB3796C7D9EA

Pursuant to 28 U.S.C. §1746, I, Bhushan Khanna, declare:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I am the owner of KNA Family LLC (KNA"). KNA is the Court-appointed Lead Plaintiff in the above-captioned securities class action ("Action") and a proposed Settlement Class Representative. I submit this declaration on behalf of KNA in support of: (a) the motion for final approval of the proposed settlement; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Class.

2. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3. KNA is aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and KNA has discharged those duties to the best of its ability.

4. KNA is a trading vehicle. I am an investor with an estimated hourly rate of $200.00. KNA is incorporated in Georgia and its principal place of business is Griffin, Georgia.

5. KNA approved the Settlement of this Action for $3,000,000.

6. KNA has been actively involved in the prosecution of this case since KNA moved for appointment as Lead Plaintiff.

7. In fulfillment of KNA's responsibilities as the Lead Plaintiff and putative class representative on behalf of the members of the Class in this Action, KNA has worked closely with Lead Counsel regarding all aspects of the litigation and the resolution of the Action.

8. Throughout the litigation, KNA received periodic status reports from Lead Counsel on case developments and participated in regular discussions concerning

DECLARATION OF BHUSHAN KHANNA; 2:23-cv-4900-JAK (BFMx)

the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. In particular, throughout the course of this Action, KNA: (a) regularly communicated with its attorneys regarding the posture and progress of the case, as well as litigation strategy; (b) reviewed all significant pleadings and briefs filed in the Action, including the initial complaint, the amended complaint, and motion to dismiss briefing; (c) reviewed Court orders and discussed them with its attorneys; (d) evaluated and approved the proposed Settlement; and (e) reviewed the settlement documents.

9.      Based on KNA's involvement throughout the prosecution and resolution of the claims asserted in the Action, KNA believes that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, KNA believes that the proposed Settlement is fair, reasonable, and adequate for the Settlement Class and KNA strongly endorses approval of the Settlement by the Court.

10.      KNA believes that Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class. KNA has evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and has authorized this fee request for the Court's ultimate determination.

11.      KNA further believes that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with KNA's obligation to the Settlement Class to obtain the best result at the most efficient cost, KNA fully supports Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

12.      I understand that the PSLRA provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation. I believe that

- 3 -

DECLARATION OF BHUSHAN KHANNA; 2:23-cv-4900-JAK (BFMx)

KNA fulfilled its fiduciary duty to class members to work with counsel to make sure the class received fair and adequate representation. KNA has done its best to promote the interests of the class vigorously and to obtain the largest recovery possible under the circumstances, which KNA believes the Settlement achieves.

13. The time that I, on behalf of KNA, devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities on behalf of KNA and, thus, represented a cost to KNA. I seek reimbursement in the amount of $2,000 for the time I devoted to participating in this Action on behalf of KNA, which I estimate amounted to be approximately 10 hours on the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable.

14. KNA believes that the time and effort I devoted to this litigation on behalf of KNA was necessary to help achieve the Settlement for the Settlement Class.

15. Accordingly, KNA respectfully requests that the Court award it $2,000 as reimbursement for the time spent, and efforts I and KNA made, on behalf of the Class. KNA believes this request is fair and reasonable.

16. In conclusion, KNA strongly endorses the Settlement as fair, reasonable, and adequate. KNA respectfully requests that the Court approve: (a) the motion for final approval of the proposed Settlement and approval of the proposed plan of allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) KNA's request for reimbursement of the reasonable costs and expenses KNA incurred in prosecuting the Action of behalf of the Settlement Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____12/30/2024____

Signed by:

78CB9F598D1942E...

Bhushan Khanna

- 4 -

DECLARATION OF BHUSHAN KHANNA; 2:23-cv-4900-JAK (BFMx)