# EXHIBIT 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | Case No. 2:23-cv-4900-JAK (BFMx)<br><br>**DECLARATION OF LARRY BERGMANN**<br><br>CLASS ACTION |

Pursuant to 28 U.S.C. §1746, I, Larry Bergmann, declare:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I am a named Plaintiff in the above-captioned securities class action ("Action"), and a proposed Settlement Class Representative. I submit this declaration in support of: (a) the motion for final approval of the proposed settlement; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Class.

2. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I have discharged those duties to the best of my ability.

4. I am retired. I live in Regina, Saskatchewan, Canada.

5. I approved the Settlement of this Action for $3,000,000.

6. I have been actively involved in the prosecution of this case since I filed the initial complaint.

7. In fulfillment of my responsibilities as a named Plaintiff and putative class representative on behalf of the members of the Class in this Action, I have worked closely with Lead Counsel regarding all aspects of the litigation and the resolution of the Action.

8. Throughout the litigation, I received periodic status reports from Lead Counsel on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as

DECLARATION OF LARRY BERGMANN; 2:23-cv-4900-JAK (BFMx)

Docusign Envelope ID: 834048B6-A39D-472D-06B5-6DBCC734DA58

well as litigation strategy; (b) reviewed all significant pleadings and briefs filed in the Action, including the initial complaint, the amended complaint, and motion to dismiss briefing; (c) reviewed Court orders and discussed them with my attorneys; (d) evaluated and approved the proposed Settlement; and (e) reviewed the settlement documents.

9.      Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

10.      I believe that Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class. I have evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

11.      I further believe that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

12.      I understand that the PSLRA provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation. I believe that I fulfilled my fiduciary duty to class members to work with counsel to make sure the class received fair and adequate representation. I have done my best to promote the

- 3 -

DECLARATION OF LARRY BERGMANN; 2:23-cv-4900-JAK (BFMx)

interests of the class vigorously and to obtain the largest recovery possible under the circumstances, which I believe the Settlement achieves.

13.     The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me. I seek reimbursement in the amount of $1,400 for the time I devoted to participating in this Action, which I estimate amounted to be approximately 7 hours on the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable.

14.     I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Settlement Class.

15.     Accordingly, I respectfully request that the Court award me $1,400 as reimbursement for the time spent, and efforts I made on behalf of the Class. I believe this request is fair and reasonable.

16.     In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I respectfully request that the Court approve: (a) the motion for final approval of the proposed Settlement and approval of the proposed plan of allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses I incurred in prosecuting the Action of behalf of the Settlement Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____12/13/2024____

DocuSigned by:

_____
2D73D7E25A4149F...
Larry Bergmann

- 4 -

DECLARATION OF LARRY BERGMANN; 2:23-cv-4900-JAK (BFMx)