Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BERGMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,<br><br>Defendants. | Case No. 2:23-cv-4900-JAK (BFMx)<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES AND RELATED RELIEF**<br><br>CLASS ACTION<br><br>Date: February 10, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10C<br>Judge: Hon. John A. Kronstadt |

Lead Plaintiff KNA Family, LLC ("KNA") and named plaintiff Larry Bergmann ("Plaintiffs") submit this reply memorandum in further support of their motions for: (1) final approval of the proposed Settlement and Plan of Allocation, and final certification of the proposed Settlement Class; and (2) an award of attorneys' fees of 25% of the Settlement Amount, or $750,000, reimbursement of $40,957.14 in litigation expenses incurred, and awards to Plaintiffs of $3,400 total.[1] Dkt. Nos. 77 and 79 ("Motions").

## I.      STATEMENT OF FACTS

The Court-appointed Claims Administrator, Strategic Claims Services ("SCS"), sent over 39,000 copies of the Notice via mail or emails with direct links to the Notice to potential Settlement Class Members. Bravata Suppl. Decl. ¶3. A nominee also informed the Claims Administrator that they had emailed over 16,000 of their clients to notify them of the Settlement, including direct links to the Long Notice and Claim Form on the settlement website. *Id.* Since Plaintiffs filed their Motions, SCS mailed 140 additional copies of the Notice to potential Settlement Class Members, and a nominee informed SCS that they sent an additional 1,193 emails with direct links to the Notice and settlement website. *Id.* In total, over 57,000 potential Settlement Class Members received notice via mail or email. *Id.*

SCS also published the Summary Notice electronically twice over *Globe Newswire* and once in print in *Investor's Business Daily*. Dkt. No. 81-1 ("Bravata Decl.") ¶11. On October 15, 2024, SCS established a website dedicated to the Settlement which included the online claim filing link and important documents including the Long Notice, Claim Form, Preliminary Approval Order, and Stipulation.

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Stipulation of Settlement, dated June 14, 2024 ("Stipulation") (Dkt. No. 60). Internal citations and quotations are omitted and emphasis is added unless otherwise noted. Citations to "Bravata Suppl. Decl." are to the Supplemental Declaration of Josephine Bravata, attached as Exhibit 1 hereto.

REPLY IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT; 2:23-cv-4900-JAK (BFMx)

Bravata Suppl. Decl. ¶6. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶5.

The January 13, 2025 claims filing deadline and the January 6, 2025 deadline for objections and requests for exclusion have each passed. To date, potential Settlement Class Members have submitted 37,028 claims. *Id.* ¶9. There have been no objections to the Settlement or to either of the Motions. *Id.* ¶8. SCS received no valid requests for exclusion from the Settlement from any Settlement Class Members. *Id.* ¶7.[2] An updated version of the Proposed Order and Final Judgment (Dkt. No. 60-5), conformed to the Court's Amended Preliminary Approval Order (Dkt. No. 76), is attached here as Exhibit 2.

## II.   ARGUMENT

### A.   The Reaction of the Settlement Class Supports Final Approval

The absence of any objections to the Settlement or Plan of Allocation supports their approval. *Nat'l Rural Telecommunications Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (granting final approval of settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement."); *In re Rambus Inc. Derivative Litig.*, 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (granting final approval of settlement, awarding attorneys' fees, and finding that the "the absence of a large number of objections to a proposed class settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"); *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) (same).

Likewise, the absence of any valid requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and

---

[2] SCS received one timely exclusion request from an investor who had no compensable losses and thus was not a Settlement Class Member. Bravata Decl. ¶14; Stipulation ¶1.34. SCS also received a late exclusion request which was both untimely and invalid. Bravata Suppl. Decl. ¶7 and Exhibit A.

REPLY IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT; 2:23-cv-4900-JAK (BFMx)

supports final approval. *See Churchill Vill., L.L.C. v. Gen. Elec.*, 361 F.3d 566, 577 (9th Cir. 2004) (affirming settlement with 0.56% of eligible class members requesting exclusion); *Maine State Ret. Sys. v. Countrywide Fin. Corp.*, 2013 WL 6577020, at *16 (C.D. Cal. Dec. 5, 2013) (69 exclusion requests in response to mailing of over 50,000 notices supports settlement); *Chun-Hoon v. McKee Foods Corp.*, 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) ("overwhelming positive reaction of the class members" including 16 exclusion request representing 4.86% of class supports settlements' approval.); *Destefano v. Zynga, Inc.*, 2016 WL 537946, at *14 (N.D. Cal. Feb. 11, 2016) (16 valid exclusion requests representing 0.176% of public shares, supported settlement approval).

At Lead Counsel's direction, SCS carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, directly notifying over 57,000 potential Settlement Class Members of the pending Settlement. Not a single investor objected to the Settlement, and not one Settlement Class Member submitted a valid request for exclusion from the Settlement. "[T]he fact that the overwhelming majority of the class willingly approved the offer and stayed in the class presents at least some objective positive commentary as to its fairness." *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998). The lack of objections and/or valid requests for exclusion further supports final approval.

**B.    The Reaction of the Settlement Class Also Supports Approval of the Requests for an Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs**

A lack of objections to fee and expense requests supports the approval of the requested award. *See, e.g., In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award"). Here, not a single Settlement Class Member has objected to Lead Counsel's requests for an award of attorneys' fees of 25% of the Settlement Amount, reimbursement of $40,957.14 in litigation expenses incurred, and awards to

3

Plaintiffs of $3,400 total, which are less than or equal to the maximum figures (fees of up to 30% of the Settlement Amount, expenses of up to $55,000, and awards to Plaintiffs of up to $6,000 total) presented to potential Settlement Class Members in the Notice. Bravata Decl., Ex. A at 2. The lack of requests for exclusion from Settlement Class Members further demonstrates the positive reaction of the Settlement Class and thus supports awarding the requested fee and expense amounts. *See Chun-Hoon*, 716 F. Supp. 2d at 852. Accordingly, the Settlement Class's overwhelmingly positive reaction strongly supports the fairness and reasonableness of these requests.

## III.   CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' motions for: (1) final approval of the proposed Settlement and Plan of Allocation; and (2) for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs.

Respectfully submitted,

Dated: January 22, 2025

**THE ROSEN LAW FIRM, P.A.**

By: */s/Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jbaker@rosenlegal.com

Phillip Kim (*pro hac vice*)

4

275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Lead Counsel for Plaintiffs*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Additional Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Ex Kano S. Sams II
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com
Email: rprongay@glancylaw.com

*Additional Counsel for Plaintiffs*

REPLY IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT; 2:23-cv-4900-JAK (BFMx)

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 11-6.2</u>

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains 1,129 words, which complies with the word limit of L.R. 11-6.1.

Date: January 22, 2025

*/s/Laurence M. Rosen*

REPLY IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT; 2:23-cv-4900-JAK (BFMx)