# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LARRY BERGMANN, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN,

Defendants.

Case No. 2:23-cv-04900-JAK-BFM

Hon. John A. Kronstadt

<u>CLASS ACTION</u>

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING/EMAILING OF THE NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND <u>(C) CLAIMS RECEIVED TO DATE</u>**

I, Josephine Bravata, declare as follows:

1.     I am the Director of Quality Assurance at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING/EMAILING OF THE NOTICE**

2.      Pursuant to the Stipulation of Settlement, dated June 14, 2024 (Dkt. No. 60, the "Stipulation") and the Court's Amended Order Re Plaintiff's Motion for Preliminary Approval of Class Action, dated October 9, 2024 (Dkt. No. 76, the "Preliminary Approval Order"), SCS was retained as the Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the Settlement of the above-captioned action.   I submit this declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated December 30, 2024 (Dkt. No. 81-1, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,304 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list and then the additional 24 nominees from the DTC Participant lists.  An additional 26,093 Notice and Proof of Claims were mailed to potential Settlement Class Members and nominees by SCS or nominees.  SCS also emailed 13,526 links to the Notice and Proof of Claim upon the request of nominees,

and SCS was notified by a nominee that they emailed 16,316 of their clients to notify them of this settlement and provided a direct link to the Notice and Proof of Claim on the settlement webpage. Since the Initial Mailing Declaration, SCS mailed 140[1] additional Notice and Proof of Claims due to nominee responses, SCS emailed an additional three links of the Notice and Proof of Claims due to a nominee response, and SCS was notified by a nominee that they sent an additional 1,193 emails with links to the location of the Notice and Proof of Claims.  In total, as of the date of this declaration, 57,271 potential Settlement Class Members were notified either by mailed Notice and Proof of Claim or emailed direct link to the Notice and Proof of Claim.

4.     Since the Initial Mailing Declaration, 485 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 17, and SCS immediately mailed another Notice and Proof of Claim to the updated addresses.  The remaining 468 Notice and Proof of Claims returned as undeliverable were "skip-traced" to obtain updated addresses and 131 were re-mailed to updated addresses.

---

[1] Out of the 140 Notice and Proof of Claims requested and mailed, requests for 20 of the Notice and Proof of Claims were received and mailed on January 15, 2025. SCS will continue to process the Proof of Claims received through February 15, 2025.

3

**UPDATE ON TOLL-FREE TELEPHONE LINE**

5. The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number through the claims process.

**UPDATE ON SETTLEMENT WEBPAGE**

6. The Initial Mailing Declaration also noted that on October 15, 2024, SCS established a webpage on its website at www.strategicclaims.net/GDS. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains a current status; the case deadlines; the online claim filing link; and important case documents. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information through the claims process. To date, there have been 4,724 page views by 1,629 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

7. The Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than January 6, 2025. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has received two requests for exclusion. A copy of the first exclusion request

4

was provided as Exhibit D to the Initial Mailing Declaration and was filed by an entity that is not a Settlement Class Member as there was no compensable losses. After the Initial Mailing Declaration, and after the Court-ordered deadline for requests for exclusion, SCS received a second exclusion request which was late and invalid. This exclusion request did not provide the required information such as purchase and sale transactions and the holdings on July 13, 2020 and April 3, 2023. A copy of the late, invalid exclusion request is attached as **Exhibit A**.

8.      According to the Notice, Summary Notice and settlement webpage, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs must have been submitted to the Clerk of the Court as well as Lead Counsel and Defense Counsel, such that they were received no later than January 6, 2025. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were filed.

## CLAIMS RECEIVED TO DATE

9.      As of the date of this declaration, SCS has received 37,028 claims. The claim filing deadline was either submitted online or postmarked no later than January 13, 2025. SCS is currently processing the claims received as there were late nominee responses and notice mailings/emailings.      This includes conducting quality

assurance reviews, such as verifying required supporting documentation was submitted with the claim, detecting duplicate claims, etc. Once this process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of January 2025, in Media, Pennsylvania.

_Josephine B ravata_

Josephine Bravata

6

**EXHIBIT A**

12/31/2024

Melody Fu.


Request to have my account excluded from
GDS Holding Limited Securities Litigation.

Sincerely,


Melody Fu

Melody Tu

2 JAN 2025    PM 6 L
2 JAN 2025    PM 6 L

JAN 1 0 2025

GDS Holding Limited Securities
Litigation    c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

19063-256455