UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV23-04900 JAK (BFMx) | Date | February 10, 2025 |
| Title | Larry Bergmann v. GDS Holdings Limited, et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Daniel Torrez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joshua Baker | Bo Jin |

**Proceedings:**    **Motion for Final Approval of Settlement and Plan of Allocation, and Certification of Settlement Class (Dkt. 77); Motion for Award of Attorneys' fees and Expenses and Awards to Plaintiffs (Dkt. 79)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation, and Certification of Settlement Class (Dkt. 77) (the "Motion"). Counsel address the Court. The Court requests further information regarding the forthcoming motion as to administrative fees. A status conference is set for May 5, 2025, at 11:30 a.m., with the precise time to be determined once the final calendar issues for that date. If the forthcoming motion as to administrative fees has been filed by April 29, 2025, the status conference will be taken-off calendar and no report is required. If the forthcoming motion has not been filed, then on or before April 29, 2025, counsel shall file a joint report regarding the status of the filing of the forthcoming motion. Based on a review of that report, a determination will be made whether to vacate, continue, or proceed with the status conference. Should the status conference proceed, remote appearance by counsel is permitted.

**IT IS SO ORDERED.**

|  | : | 14 |
|---|---|---|
| Initials of Preparer | DT | |